UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

RECEIVED & FILED IN OPEN COURT
ON 9-27-00 AT
/HC , FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

UNITED STATES OF AMERICA

vs                                             CASE NO. 00-6273-CR-Huck

Trentacosta et al
_____/

ORDER

THIS CAUSE is before the Court upon oral motion of the government to unseal the indictment in the above-named case. The government's motion is GRANTED and it is hereby

ORDERED AND ADJUDGED that the indictment be unsealed as to all defendants.

DONE AND ORDERED at Fort Lauderdale, Florida, this 27 day of September, 2000.

_____
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

SEP 2 9 2000

Rec'd in MIA Dkt _____