COURT MINUTES
MAGISTRATE JUDGE BARRY L. GARBER

| | |
|---|---|
| DEFT: Frederick Massaro (J)# | CASE NO: 00-6273-CR-Huck |
| AUSA: Jeff Sloman/ Larry LaVecchio | ATTNY: Fred Haddad _present_ |
| AGENT: _present_ _present_ | VIOL: _(temp)_ |
| PROCEEDING: Initial Appearance | BOND REC: PTD |
| BOND HEARING HELD - yes (no) | COUNSEL APPOINTED: |

BOND SET @

CO-SIGNATURES: _____ SEP 2 7 2000

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
___ Electronic Monitoring _____

d - advised of charges

Ct finds good cause to set PTD on 6th day - 10/5/00

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL | 10-5-00 | 10:00am | Duty/Miami |
| PTO/BOND HEARING: | 10-5-00 | 10:00am | Duty/Miami |
| PRELIM/ARRAIGN. OR REMOVAL: | 10-5-00 | 10:00am | Duty/Miami |
| STATUS CONFERENCE: | | | |
| DATE: 9-27-00 | TIME: 11:00am | TAPE # 00-073 | PG # 2860-3324 |

SEP 29 2000

Rec'd in MIA Dkt _____