# United States District Court

SOUTHERN DISTRICT OF FLORIDA   508255

UNITED STATES OF AMERICA

V.

FREDERICK J. MASSARO
a/k/a "Freddie"
a/k/a "Uncle"

## WARRANT FOR ARREST

CASE NUMBER: **00-6273 CR-HUCK**

MAGISTRATE JUDGE **BROWN**

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest FREDERICK J. MASSARO a/k/a "Freddie", a/k/a "Uncle"
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) RICO conspiracy, bank fraud, conspiracy to commit murder in aid of racketeering, murder in aid of racketeering, uttering counterfeit checks, conspiracy to make extortionate extensions of credit, conspiracy to participate in the use of extortionate means to collect extensions of credit, theft from interstate shipments and being a felon in possession of firearms

in violation of Title 18 United States Code, Section(s) 1962(d), 1344, 1959(a)(1), (a)(5), 513, 892(a), 894(a)(1), 659 & 922(g)(1)

CARLOS JUENKE
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Bail fixed at $ Pre-Trial Detention

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

September 19, 2000 Fort Lauderdale, Florida
Date and Location

by William P. Dimitrouleas, United States District Judge
Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above defendant at
Ft. Lauderdale, FL

| DATE RECEIVED 9/19/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone U.S. Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER [signature] Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST 9/26/00 | | |