UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA

vs.

FREDERICK MASSARO

ORDER

FILED BY __
CLARENCE HADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIA
2000 OCT -6 AM 11:49

THIS CAUSE came before the Court this date, and pursuant to proceedings held before the Duty Magistrate Judge, it is hereby

ORDERED and ADJUDGED as follows:

Upon request of the parties, and good cause having been shown, the REPORT RE COUNSEL AND ARRAIGNMENT hearing is hereby re-set to 10/16/00 at 10:00 AM o'clock before the Duty Magistrate Judge.

DONE and ORDERED in Chambers, at Miami, Florida this 5th day of October, 2000.

_____
BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Tape No. 00C-68-2180

cc: AUSA La Vecchio / Sloman
    Defense counsel Fred Haddad
    Pre-trial Services