UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-Huck

UNITED STATES OF AMERICA,

v.

FREDERICK MASSARO

NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD

FILED by MAG. SEC
OCT 17 2000
CLARENCE MADDOX
U.S. DIST. CT.
S.D. OF FLA.

COMES NOW **FRED HADDAD**, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.

DATED: 16 Oct. 00

Attorney **Fred Haddad**
Address 2612, 1 Financial Pl
City Ft Laud State FL Zip 33394
Telephone 954-467-6767
Florida Bar No. 160851

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.