UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 02399-748

Language: English

FILED by D.C.
MAG. SEC.
OCT 17 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

The above-named Defendant appeared before **Magistrate Judge TURNOFF**, where the Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: _____

    Tel. No: _____

Defense Counsel:    Name : Fred Haddad

    Address: 2612 1 Financial Plaza
    Ft. Lauderdale, FL 33394

    Tel. No: 954 467-6767

Bond Set/Continued:    $ _____

Dated this 16 day of OCTOBER, 2000.

CLARENCE MADDOX, COURT ADMINISTRATOR

BY PATRICIA MITCHELL
    Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services
formarra.ign

TAPE NO. 00G 81-925
DIGITAL START NO._____