

**U.S. Department of Justice**

United States Attorney
Southern District of Florida

FILED by _____ D.C.

OCT 2 5 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.



Jeffrey H. Sloman
Assistant United States Attorney

500 East Broward Boulevard, 7ᵗʰ Floor
Fort Lauderdale, FL 33394
Tel. No. (954) 356-7255
Fax No. (954) 356-7230

October 24, 2000

United States Marshals' Service
301 North Miami Avenue
Miami, Florida 33128

Re:  United States v. Trentacosta, et al., 00-6273-Cr-Huck

Dear U.S. Marshal:

Please authorize Jeffrey H. Sloman and Lawrence D. LaVecchio from the United States Attorneys' Office and/or their representatives from the Federal Bureau of Investigation to bring audio playing equipment into the courthouse on October 25, 2000 through the duration of the scheduled hearing in the above-mentioned matter. Should you have any questions, please call the undersigned at (954) 356-7392, extension 3576.

Very truly yours,

GUY A. LEWIS
UNITED STATES ATTORNEY

By:

JEFFREY H. SLOMAN
Assistant United States Attorney

APPROVED

Paul C. Huck
United States District Judge

DATE: Oct. 24, 2000