1
2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

3

4

5   UNITED STATES OF AMERICA,              No: 00-6273-CR-HUCK

6                   Plaintiff,             Miami, Florida
                                           October 5, 2000
7       v.
                                           ORIGINA
8   FREDERICK MASSARO,

9                   Defendant (s).

10   _____/

11

12          TRANSCRIPT OF PRETRIAL DETENTION HEARING
          BEFORE THE HONORABLE BARRY L. GARBER,
13             UNITED STATES MAGISTRATE JUDGE.

14

15   APPEARANCES:

16   For the Plaintiff:        LAVECCHIO
                               Asst. U. S. Attorney
17                             99 N.E. 4th Street
                               Miami, Florida  33132-2111
18
     For the Defendant:        FRED HADDAD, ESQ.
19

20

21   Transcriber:              F. Levy

22

23

24

25

**Accurate Reporting Services, Inc.**
Third Floor
172 West Flagler Street
Miami, Florida 33130

