CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
NOV 06 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE
PAUL C. HUCK

===============================================================

CASE NO. 00-6273-CR            DATE 11-06-2000

CLERK   Valerie Thompkins      REPORTER LARRY HERR

USPO _____    INTERPRETER_____

    UNITED STATES OF AMERICA  vs. ANTHONY TRENTACOSTA et al.,

AUSA LAWRENCE LAVECCHIO        DEFENSE CSL. J.Sloman, F. Haddad

R. Houlihan, J. Weinkle, D. Spadero, M. Smith, T. Almon, A.Taquechel

Defendant(s) Present_____ Not Present xxx In Custody_____

TYPE OF HEARING STATUS CONFERENCE

RESULT OF HEARING Defendant Frederick Massaro, Motion for

continuance of trial and to extend time to file pretrial motions,

filed on 10-24-2000 is hereby granted.

new dates: Calendar Call 8-29-01 Trial 9-4-01 status 2-5-01.

===============================================================

NEW DATES SET BY COURT

Defense P/T/Motions  _____    Trial Date _____

Govt. Resp to P/T/Motions_____  Further S/C _____

Change of Plea _____