UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK

NIGHT BOX
FILED

DEC 19 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
    Defendant.
_____/

## UNOPPOSED MOTION FOR THIRTY DAY EXTENSION OF TIME TO FILE PRETRIAL MOTIONS

COMES NOW the Defendant, Frederick Massaro, by the undersigned counsel and makes this Unopposed Motion for Thirty Day Extension of Time to File Pretrial Motions and as grounds would state the following:

1. This matter is currently scheduled for trial in September 2001.

2. The undersigned has received thousands of pages of transcripts, and several CDs and audio tapes.

3. The undersigned has reviewed the above to a large degree, however, awaits the consensual tapes that the Government is in the process of obtaining, that are crucial to the issues of the wiretaps and search warrants.

4. The undersigned is currently awaiting the remainder of some 13 CDs for review, as other motions are dependant thereon.

5. That due to the above, the undersigned would request that a thirty day extension be given to allow time to review the remainder of the discovery materials to properly present the motions.

6. The undersigned has spoken with Mr. Jeffrey Sloman, Assistant United States

Attorney, and he has indicated that he has no objection to the granting of this Motion.

7. The undersigned is diligently preparing this matter and this Motion is not interposed for any purpose of delay.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this 19 day of December, 2000.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: _____
FRED HADDAD
Florida Bar No. 180891

## CERTIFICATE OF SERVICE

Jeffrey H. Sloman, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Richard Houlihan, Esq.
300 Aragon Avenue, Suite 310
Coral Gables, Florida 33134

Samuel Deluca, Esq.
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esq.
1035 N.W. 11th Avenue
Miamk, Florida 33136

Donald Spadero, Esq.
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael Smith, Esq.
633 S.E. 3rd Street, Suite 4F
Fort Lauderdale, Florida 33301

Alejandro Taquechel, Esq.
3750 W. 16th Avenue, Suite 238
Hialeah, Florida 33012

Thomas Almon, Esq.
321 N.E. 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esq.
782 N.W. Le Jeune Road, Suite 440
Miami, Florida 33126