UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK



UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
　　Defendant.
_____/

## MOTION FOR RULE 104(c) HEARING REGARDING
## RULE 404(b) EVIDENCE WITH MEMORANDUM OF LAW

COMES NOW the Defendant, through his undersigned counsel, and pursuant to Rule 104(c), Federal Rules of Evidence, moves that this Court order a bill of particulars of the 404(b) evidence and a hearing regarding admissibility of any Rule 404(b) evidence which the Government intends to introduce at trial.

## MEMORANDUM OF LAW

Rule 404(b), Federal Rules of Evidence, renders inadmissible evidence of other crimes, wrongs, or acts unless relevant to a material issue. Such evidence is presumed to be irrelevant and prejudicial, and therefore, not admissible unless and until the Government can demonstrate relevancy and materiality. Thereafter, the Court must balance the probative value of the evidence against its prejudicial effect. The preferred manner of handling other crime's evidence in order to avoid mistrial is implementation of Rule 104 procedure. United States v. DeVaughn, 601 F.2d 42 (2d Cir. 1979); Grimaldi v. United States, 606 F.2d 332, 340 n. 9 (1st Cir. 1979).



I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this 30 day of January, 2001.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: /s/ Fred Haddad
FRED HADDAD
Florida Bar No. 180891

## CERTIFICATE OF SERVICE

Jeffrey H. Sloman, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Larry LaVecchio, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Richard Houlihan, Esq.
300 Aragon Avenue, Suite 310
Coral Gables, Florida 33134

Samuel Deluca, Esq.
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esq.
1035 N.W. 11th Avenue
Miami, Florida 33136

Donald Spadero, Esq.
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael Smith, Esq.
633 S.E. 3rd Street, Suite 4F
Fort Lauderdale, Florida 33301

Alejandro Taquechel, Esq.
3750 W. 16th Avenue, Suite 238
Hialeah, Florida 33012

Thomas Almon, Esq.
321 N.E. 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esq.
782 N.W. Le Jeune Road, Suite 440
Miami, Florida 33126