UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK



UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
　　　Defendant.
_____/

## INITIAL MOTION TO QUASH SEARCH WARRANTS AND SUPPRESS EVIDENCE, WIRE TAP DERIVATIVE, WITH AUTHORITY

COMES NOW the Defendant, Fred Massaro, by the undersigned counsel and makes this Initial Motion to Quash Search Warrants and Suppress Evidence and states:

1.　　The Court, through Magistrate Judge Lurana Snow, issued a search warrant for various "premises" on August 23, 1999, including the Defendant's home at 1499 Shoreline Way, Hollywood, Florida.

2.　　The Court had on 30 March 1999 again under the hand of Magistrate Judge Snow issued a search warrant for a white cargo trailer (Case 99-4663 Snow] on State Road 7, Hollywood, Florida.

3.　　Each of the places searched is a "place" of the Defendant, and thus he has standing to contest the searches.

4.　　Each of these search warrants were issued on the basis of search warrants that resulted from the "wiretaps" and interceptions in orders entered by Judge Dimitrouleas.

5.　　The Defendant has moved to suppress the wiretaps in Motions filed on even date herewith.



6. That since, it is alleged, the wiretaps are illegal then perforce the search warrants that flow therefrom would likewise be illegal as being the fruits of the poisonous tree, *Wong v. Sun*, 83 S.Ct. 407 (1963).

WHEREFORE the Defendant moves that each search warrant be quashed and the evidence be ordered suppressed.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this 30 day of January, 2001.

                                          HADDAD & HESTER, P.A.
                                        One Financial Plaza, Suite 2612
                                        Fort Lauderdale, Florida 33394
                                        [954] 467-6767

                                        By: _____
                                             FRED HADDAD
                                             Florida Bar No. 180891

## CERTIFICATE OF SERVICE

Jeffrey H. Sloman, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Larry LaVecchio, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Richard Houlihan, Esq.
300 Aragon Avenue, Suite 310
Coral Gables, Florida 33134

Samuel Deluca, Esq.
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esq.
1035 N.W. 11th Avenue
Miami, Florida 33136

Donald Spadero, Esq.
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael Smith, Esq.
633 S.E. 3rd Street, Suite 4F
Fort Lauderdale, Florida 33301

Alejandro Taquechel, Esq.
3750 W. 16th Avenue, Suite 238
Hialeah, Florida 33012

Thomas Almon, Esq.
321 N.E. 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esq.
782 N.W. Le Jeune Road, Suite 440
Miami, Florida 33126