UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK

NIGHT BOX
FILED

JAN 0 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
        Defendant.
_____/

## UNOPPOSED MOTION FOR THIRTY DAY EXTENSION OF TIME TO FILE FURTHER MOTIONS

COMES NOW the Defendant, Frederick Massaro, through counsel undersigned and makes this Unopposed Motion for Thirty Day Extension of Time to File Further Motions and as grounds would state the following:

1. The case is set for trial in September 2001.

2. The undersigned is in the first month of a three month trial and has been working evenings and weekends to try to be able to file motions.

3. Within the last ten days the undersigned received a box full of over 70 consensual tapes which need to be listened to, which is difficult because of the undersigned's trial schedule.

4. The undersigned has two investigators working with him on this case at various times. Too, the Defendant's daughter is a lawyer and she is assisting in some of the matters.

5. The undersigned is filing a number of motions on even date herewith however needs additional time to file more motions in this matter.

6. This matter involves a federal murder and death penalty and due to the trial being some eight months away no harm would result in granting of an additional 30 days to file motions.

7. Larry LaVecchio, Assistant United States Attorney, has indicated that he has no



objection to an extension being given.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this 30 day of January, 2001.

> HADDAD & HESTER, P.A.
> One Financial Plaza, Suite 2612
> Fort Lauderdale, Florida 33394
> [954] 467-6767
>
> By: _____
> FRED HADDAD
> Florida Bar No. 180891

## CERTIFICATE OF SERVICE

Jeffrey H. Sloman, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Larry LaVecchio, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Richard Houlihan, Esq.
300 Aragon Avenue, Suite 310
Coral Gables, Florida 33134

Samuel Deluca, Esq.
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esq.
1035 N.W. 11th Avenue
Miami, Florida 33136

Donald Spadero, Esq.
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael Smith, Esq.
633 S.E. 3rd Street, Suite 4F
Fort Lauderdale, Florida 33301

Alejandro Taquechel, Esq.
3750 W. 16th Avenue, Suite 238
Hialeah, Florida 33012

Thomas Almon, Esq.
321 N.E. 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esq.
782 N.W. Le Jeune Road, Suite 440
Miami, Florida 33126