UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK

UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
    Defendant.
_____/



NIGHT BOX
FILED

3 1 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## MOTION FOR EXTENSION OF TIME TO FILE DEATH RELATED MOTIONS UNTIL SUCH TIME AS NOTICE THEREOF IS GIVEN

COMES NOW the Defendant, Frederick Massaro, through counsel undersigned and makes this Motion for Extension of Time to File Death Related Motions Until Such Time as Notice is Thereof is Given and as grounds would state the following:

1. The statutes involved in the prosecution of this matter include one that sounds in death.

2. The Government has spoken to the undersigned and has advised they have not yet gone forward with a presentation.

3. The Defendant has not yet made application for appointment of a second learned death counsel as the case has not yet reached that level [see 18 U.S.C. §3005].

4. The undersigned expects to make such application in an abundance of caution before any final answer is given to the defense.

5. That the plethora of Motions addressing the death penalty, the statute and the like are not yet ripe for filing, yet alone consideration.

6. That the undersigned has been advised that attorney William Matthewman, an exceptionally learned death counsel, has been appointed for Mr. Hernandez and will also be seeking

additional time for such Motions.

7.    As with other extensions sought, since the trial date is not until September 2001, no harm or prejudice could result.

8.    The undersigned's office has talked to the prosecutors at various times and they have no objections to reasonable extensions [see Motion for Thirty Day Extension of Time filed on day before this Motion].

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this 31 day of January, 2001.

                                            HADDAD & HESTER, P.A.
                                            One Financial Plaza, Suite 2612
                                            Fort Lauderdale, Florida 33394
                                            [954] 467-6767

                                            By:_____
                                                FRED HADDAD
                                                Florida Bar No. 180891

## CERTIFICATE OF SERVICE

Jeffrey H. Sloman, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Larry LaVecchio, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Richard Houlihan, Esq.
300 Aragon Avenue, Suite 310
Coral Gables, Florida 33134

Samuel Deluca, Esq.
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esq.
1035 N.W. 11th Avenue
Miami, Florida 33136

Donald Spadero, Esq.
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael Smith, Esq.
633 S.E. 3rd Street, Suite 4F
Fort Lauderdale, Florida 33301

Alejandro Taquechel, Esq.
3750 W. 16th Avenue, Suite 238
Hialeah, Florida 33012

Thomas Almon, Esq.
321 N.E. 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esq.
782 N.W. Le Jeune Road, Suite 440
Miami, Florida 33126