UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00 – 6273 – CR – HUCK/BROWN



United States of America

Vs.                                        ORDER re
                                           STATUS

Anthony Trentacosta, et al.
_____/

This cause having come on to be heard on Tuesday, March 6, 2001,

for a status report. After being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED

That the defense motion for extension of time to file motions is *granted*.

All defense motions shall be filed with the clerk no later than the close of business
on Friday, March ~~23~~ 30, 2001.

DONE AND ORDERED at Miami, Florida, this 6th day of March, 2001.

                                    Paul Huck
                                    U.S. District Judge