CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



FILED by _V͟T͟_ D.C.

MAR 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

HONORABLE *Paul C. Huck*

===================================================

CASE NO. *00-6273-CR*      DATE *3-6-01*

CLERK   Valerie Thompkins        REPORTER *Larry Herr*

USPO   _____   INTERPRETER _____

UNITED STATES OF AMERICA   vs. *Anthony Trentacosta et Al*

AUSA *Lawrence LaVecchio*      DEFENSE CSL. *Richard Houlihan*

Defendant(s) Present_____ Not Present ☒ In Custody_____

TYPE OF HEARING *Special Status Conference*

RESULT OF HEARING *Defense Oral Tenus*
*motion to Continue Trial*
*is hereby Granted*

===================================================

NEW DATES SET BY COURT

Defense P/T/Motions *Cut-off* *3-30-01*  Trial Date *11-19-01*

Govt. Resp to P/T/Motions_____   Further ~~&&~~ *Calendar Call* *11-14-01*

Change of Plea _____

[ ] The Court finds that the time between now and the time of
    trial, to wit: *3-6-01* thru *11-30-01* to be excludable
    pursuant to the Speedy Trial Act.

