00-6273.02

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK MASSARO,

    Defendant.

_____/



**ORDER ON MOTION FOR LEAVE TO ADOPT
PERTINENT MOTIONS OF CO-DEFENDANTS**

This Cause is before the Court on Defendant Frederick Massaro's Motion for Leave to Adopt

Pertinent Motions of Co-Defendants, filed March 2, 2001. This Court having reviewed the motion

and being otherwise fully advised, it is **ORDERED AND ADJUDGED** as follows:

    1.   To the extent that Defendant seeks to adopt a certain Motion or Motions filed by Co-

Defendants, he shall file a Notice of Adoption within the motion filing deadline as to that motion

or motions.

    2.   The Motion is **GRANTED** to the extent that Defendant will be deemed to have adopted

all timely filed motions as to which he has filed a timely Notice of Adoption.

    **DONE AND ORDERED** this 6 day of March, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
       counsel on attachment

Jeffrey H. Sloman, Esq. (AUSA)
Larry LaVecchio, Esq.
Richard Houlihan, Esq.
Samuel Deluca, Esq.
Jeffrey Weinkle, Esq.
Donald Spadero, Esq.
Michael Smith, Esq.
Fred Haddad, Esq.
Alejandro Taquechel, Esq.
Thomas Almon, Esq.
Manuel Gonzalez, Esq.