00-6273.oc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK MASSARO,

    Defendant.
_____/



## ORDER GRANTING MOTION FOR LEAVE TO ADOPT

This Cause is before the Court on Defendant Frederick Massaro's Motion for Leave to Adopt, filed March 5, 2001. This Court having reviewed the motion and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**, and Defendant Massaro is hereby deemed to have adopted the Motion for Severance of Counts 17, 18, 19 and 20, filed by Co-Defendant Julius Chiusano.

    **DONE AND ORDERED** this 7th day of March, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        Jeffrey H. Sloman, Esq. (AUSA)
        Larry LaVecchio, Esq.
        Richard Houlihan, Esq.
        Samuel Deluca, Esq.
        Jeffrey Weinkle, Esq.
        Donald Spadero, Esq.
        Michael Smith, Esq.
        Fred Haddad, Esq.
        Alejandro Taquechel, Esq.
        Thomas Almon, Esq.
        Manuel Gonzalez, Esq.