UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

FREDERICK MASSARO,
    Defendant,
_____/

## ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR APPOINTMENT OF "LEARNED COUNSEL" PURSUANT TO 18 U.S.C. §3005**, and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby Granted.

Christopher Grillo, Esq. is hereby appointed as co-counsel for the above named defendant.

DONE AND ORDERED in Miami, Florida, this 4th day of March.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

CC:    All Parties

Rec'd in MIA Dkt 3-12-01