00-6273.02

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK MASSARO,

    Defendant.
_____/

### ORDER FOR DISCOVERY CONFERENCE

This Cause is before the Court on sua sponte. Upon consideration of this case and being apprized of the discovery problems attendant thereto, and the Court being otherwise fully advised, it is **ORDERED AND ADJUDGED** that counsel for the government and the defendants shall have a discovery conference among themselves to streamline, if possible, the dissemination of discovery to all of the defendants without the necessity of unnecessary expenditure of government funds.

**DONE AND ORDERED** this 15th day of March, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:   Honorable Paul C. Huck
      counsel on attachment

Jeffrey H. Sloman, Esq. (AUSA)
Larry LaVecchio, Esq.
Richard Houlihan, Esq.
Samuel Deluca, Esq.
Jeffrey Weinkle, Esq.
Donald Spadero, Esq.
Michael Smith, Esq.
Fred Haddad, Esq.
Albert Levin, Esq.
Thomas Almon, Esq.
Manuel Gonzalez, Esq.