CIVIL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

U. S. MAGISTRATE JUDGE **STEPHEN T. BROWN**

COURTROOM VIII    TIME: 10:00 a.m. - 10:15 a.m.

Case No. 00-6273-CR-PCH    Date 3/12/01

Deputy Clerk **STEPHANIE A. LEE**    Tape No. 00D-23-2620

Title of Case USA v. Fred Massaro

P. Attorney(s) Jeffrey Sloman, AUSA

D. Attorney(s) Fred Haddad

Reason for Hearing: M/Appt of Csl - Indigency Hrg

Result of Hearing: Deft found indigent for appt of Csl.

STB    COURTROOM VIII