UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO.   #00-6273CR-HUCK

    Plaintiff,    JUDGE:   HUCK

v.

FREDERICK MASSARO,

    Defendant.

_____/

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE COURT:

PLEASE enter the appearance of CHRISTOPHER A. GRILLO, P.A. as Counsel of Record on behalf of the Defendant, FREDERICK MASSARO, for pretrial purposes through trial only in the above styled case, and to forward any and all correspondence or materials to the below indicated address.

DATED: March 22, 2001

    Respectfully submitted,

    CHRISTOPHER A. GRILLO, P.A.
    Counsel for Accused
    1 East Broward Boulevard, #700
    Fort Lauderdale, FL 33301
    (954) 524-1125

    _____
    CHRISTOPHER A. GRILLO, ESQ
    Florida Bar No. 302661