UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK

UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
    Defendant.
_____/

NIGHT BOX FILED
MAR 28 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## MOTION FOR LEAVE TO ADOPT DEFENDANT ARIEL HERNANDEZ' MOTIONS

COMES NOW the Defendant Fred Massaro, by the undersigned counsel and hereby makes this Motion for Leave to Adopt Defendant Ariel Hernandez' following Motions:

- A. Motion to Sever the Trial of All Co-Defendants or in the Alternative Motion in Limine to Preclude Introduction of Statements Made by Co-Defendants after Ariel Hernandez was no Longer a Member of the Conspiracy.

- B. Request for Specific Brady Material and Memorandum of Law and for Immediate Disclosure.

- C. Request to Disclose Expert Testimony.

- D. Motion to Sever Counts 17 and 18 and to Strike Allegations of the Murder of Jeannette Smith.

- E. Motion to Expand Time to File Additional Motions.

- F. Motion for Disclosure of Rule 404 Evidence and Memorandum of Law.

- G. Motion for a Pre-trial James Hearing and in the Alternative to Adhere to the Preferred Order of Proof and Memorandum of Law.

- H. Defendant's Motion for Discovery and Suppression of Co-Conspirator's Statements and Incorporated Memorandum of Law.

- I. Motion to Strike Government's Discovery Response for Failure to Provide True and Accurate Copies of Intercepted Wire Communications and to Order Production of "Line Sheets".

MAR 30 2001

Rec'd in MIA DKT _____

WHEREFORE the Defendant requests this Motion be granted and an Order be entered allowing the adoption of the above listed Motions.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this 28 day of March, 2001.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: /s/ Fred Haddad
FRED HADDAD
Florida Bar No. 180891

## CERTIFICATE OF SERVICE

Jeffrey H. Sloman, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Larry LaVecchio, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Richard Houlihan, Esq.
300 Aragon Avenue, Suite 310
Coral Gables, Florida 33134

Samuel Deluca, Esq.
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esq.
1035 N.W. 11th Avenue
Miami, Florida 33136

Donald Spadero, Esq.
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael Smith, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Alejandro Taquechel, Esq.
3750 W. 16th Avenue, Suite 238
Hialeah, Florida 33012

Thomas Almon, Esq.
321 N.E. 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esq.
782 N.W. Le Jeune Road, Suite 440
Miami, Florida 33126