UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED
APR - 5 2001

CASE NO. 00-6273CR-HUCK

CLARENCE MADDOX
CLERK; USDC / SDFL / MIA

UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
    Defendant.
_____/



## MOTION FOR LEAVE TO ADOPT DEFENDANT MOTIONS

COMES NOW the Defendant Fred Massaro, by the undersigned counsel and hereby makes this Motion for Leave to Adopt Defendant the following Motions:

    A.    Anthony Trentacosta's Motion to Suppress Wiretap Evidence.

    B.    Ariel Hernandez's Motion to Suppress Intercepted Wire Communications.

WHEREFORE the Defendant requests this Motion be granted and an Order be entered allowing the adoption of the above listed Motions.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this 5 day of April, 2001.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By:_____
FRED HADDAD
Florida Bar No. 180891

SCANNED

## CERTIFICATE OF SERVICE

Jeffrey H. Sloman, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Larry LaVecchio, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Richard Houlihan, Esq.
300 Aragon Avenue, Suite 310
Coral Gables, Florida 33134

Samuel Deluca, Esq.
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esq.
1035 N.W. 11th Avenue
Miami, Florida 33136

Donald Spadero, Esq.
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael Smith, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Alejandro Taquechel, Esq.
3750 W. 16th Avenue, Suite 238
Hialeah, Florida 33012

Thomas Almon, Esq.
321 N.E. 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esq.
782 N.W. Le Jeune Road, Suite 440
Miami, Florida 33126