00-6273.or1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK MASSARO,

    Defendant.
_____/



## ORDER FOR RESPONSES

This Cause is before the Court <u>sua sponte</u>. This Court having reviewed the file and having noted the absence of responses by the Government to numerous pending motions filed by Defendants, it is hereby **ORDERED AND ADJUDGED** that the Government shall respond to all pending motions on or before May 1, 2001.

**DONE AND ORDERED** this 16th day of April, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
        Jeffrey H. Sloman, Esq. (AUSA)
        Larry LaVecchio, Esq.
        Richard Houlihan, Esq.
        Samuel Deluca, Esq.
        Jeffrey Weinkle, Esq.
        Donald Spadero, Esq.
        Michael Smith, Esq.
        Fred Haddad, Esq.
        Alejandro Taquechel, Esq.
        Thomas Almon, Esq.
        Manuel Gonzalez, Esq.