00-6273.od

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK MASSARO,

    Defendant.
_____/



## ORDER STRIKING MOTION AS UNTIMELY

This Cause is before the Court on Defendant Frederick Massaro's Motion for Leave to Adopt, filed April 5, 2001. This Court having reviewed the motion and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motion is hereby **STRICKEN** as untimely.

**DONE AND ORDERED** this 16th day of April, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:  Honorable Paul C. Huck
     Jeffrey H. Sloman, Esq. (AUSA)
     Larry LaVecchio, Esq.
     Richard Houlihan, Esq.
     Samuel Deluca, Esq.
     Jeffrey Weinkle, Esq.
     Donald Spadero, Esq.
     Michael Smith, Esq.
     Fred Haddad, Esq.
     Alejandro Taquechel, Esq.
     Thomas Almon, Esq.
     Manuel Gonzalez, Esq.