00-6273.of

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK MASSARO,

    Defendant.
_____/



## ORDER GRANTING MOTION FOR LEAVE TO ADOPT

This Cause is before the Court on Defendant Frederick Massaro's Motion for Leave to Adopt Defendant Ariel Hernandez' Motions, filed March 28, 2001. This Court having reviewed the motion and being otherwise fully advised, it is **ORDERED AND ADJUDGED** that the Motion is hereby **GRANTED**, and Defendant Massaro is hereby deemed to have adopted the following Motions filed by Defendant Hernandez:

    A.    Motion to Sever the Trial of All Co-Defendants or in the Alternative Motion in Limine to Preclude Introduction of Statements Made by Co-Defendants after Ariel Hernandez was no Longer a Member of the Conspiracy;

    B.    Request for Specific Brady Material and Memorandum of Law and for Immediate Disclosure;

    C.    Request to Disclose Expert Testimony;

    D.    Motion to Sever Counts 17 and 18 and to Strike Allegations of the Murder of Jeanette Smith;

    E.    Motion to Expand Time to File Additional Motions;

    F.    Motion for Disclosure of Rule 404 Evidence and Memorandum of Law;

    G.    Motion for a Pre-Trial James Hearing and in the Alternative to Adhere to the Preferred Order of Proof and Memorandum of Law;

    H.    Defendant's Motion for Discovery and Suppression of Co-Conspirator's Statements and Incorporated Memorandum of Law;

    I.    Motion to Strike Government's Discovery Response for Failure to Provide True and Accurate Copies of Intercepted Wire Communications and to Order Production of "Line Sheets."

**DONE AND ORDERED** this 16th day of April, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
    Jeffrey H. Sloman, Esq. (AUSA)
    Larry LaVecchio, Esq.
    Richard Houlihan, Esq.
    Samuel Deluca, Esq.
    Jeffrey Weinkle, Esq.
    Donald Spadero, Esq.
    Michael Smith, Esq.
    Fred Haddad, Esq.
    Alejandro Taquechel, Esq.
    Thomas Almon, Esq.
    Manuel Gonzalez, Esq.