UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.00-6273-CR-HUCK

                    Plaintiff,

vs.                                          NOTICE OF HEARING

ANTHONY TRENTACOSTA,
FRANCIS RUGGIERO,
ARIEL HERNANDEZ,
JULIUS BRUCE CHIUSANO,
ADAM TODD SILVERMAN,
CHARLES PATRICK MONICO,
ANTHONY RAYMOND BANKS,
FREDERICK J. MASSARO,
CARLOS GARCIA,
                    Defendant.

_____/



     PLEASE TAKE NOTICE that the above-entitled cause has been

scheduled for a special status hearing on Thursday, June 21, 2001,

at 4:00 p.m., before the Honorable PAUL C. HUCK, United States

District Judge, at Federal Justice Building, 99 NE 4th Street, 10th

Floor, Courtroom #6, Miami, Florida.

     Dated: April 20, 2001

                              CLARENCE MADDOX, CLERK

                              By: _____
                                  Valerie Thompkins,
                                  Deputy Clerk

cc: all counsel of record
     U.S. Probation Office
     U.S. Marshals Service
     Pre-Trial Services