UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK-BROWN

UNITED STATES OF AMERICA,
          Plaintiff,
VS.

FREDERICK MASSARO, et al
          Defendant.
_____/



### ORDER AFFIRMING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS MATTER came before the Court upon the Report and Recommendation filed by Magistrate Judge Stephen T. Brown dated March 15, 2001.

THE COURT has considered the recommendation, no objections has been filed.

Therefore, the Court **ADOPTS** the Report and Recommendations in its **ENTIRETY** and **GRANTS** Defendant's Ex-Parte Motions for Costs as **RECOMMENDED** in the Report and Recommendation.

DONE AND ORDERED in Miami, Florida this 23 day of April 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc: Judge Stephen T. Brown
all counsel of record

