UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK-BROWN

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

FREDERICK J. MASSARO and,
ARIEL HERNANDEZ,
    Defendant(s).
_____/



FILED by _____ D.C.
APR 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**ORDER**

THIS CAUSE has come before the Court upon the Government's Motion for Additional Time within which to Advise the Court as to its Intention to Seek the Death Penalty, filed April 24, 2001. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Governments Motion is **GRANTED**. The Government has until the close of business May 12, 2001, to advise the Court as to whether the penalty of death will be sought against the defendant's Massaro and/or Hernandez in the instant case.

DONE AND ORDERED at Miami, Florida, this 25th day of April 2001.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:  Judge Stephen T. Brown
     all counsel of record

