UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**ANTHONY TRENTACOSTA, et al.,**

    Defendants.
_____/

GOVERNMENT'S NOTICE OF THE EXISTENCE OF SUFFICIENT DNA
MATERIAL WHICH IS AVAILABLE FOR TESTING

    COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files the instant Notice advising the defendants that a sufficient quantity of DNA material exists for the defense in the instant case to conduct independent testing. This disclosure is made in connection with the report of Kevin Noppinger dated October 12, 2000 which has previously been provided to all defense counsel and which summarizes the evidence which the government will present at trial concerning DNA analysis which was conducted in this case. For the convenience of defense counsel, attached hereto is a list of independent laboratories which conduct such testing.

    Respectfully submitted,

    GUY A. LEWIS
    UNITED STATES ATTORNEY

By: _____
    LAWRENCE D. LaVECCHIO
    Assistant United States Attorney
    Florida Bar No. 0305405
    500 E. Broward Blvd., Suite 700
    Fort Lauderdale, Florida 33394
    Tel: (954) 356-7255/356-7230 - fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by U.S. mail to the following on this 15th day of June 2001.

Richard K. Houlihan, Esq. **(for Anthony Trentacosta)**
300 Aragon Avenue, Ste. 310
Coral Gables, Florida 33134

Fred Haddad, Esq. **(for Frederick J. Massaro)**
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

Samuel D. DeLuca, Esq. **(for Francis Ruggiero)**
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esquire **(for Ariel Hernandez)**
1035 NW 11th Avenue
Miami, Florida 33136

Donald Spadaro, Esquire **(for Julius B. Chiusano)**
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael G. Smith, Esquire **(for Adam Todd Silverman)**
633 SE 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Albert Z. Levin, Esquire **(for Carlos Garcia)**
888 Brickell Avenue, Sixth Floor
Miami, Florida 33131

Thomas Almon **(for Charles P. Monico)**
321 NE 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esquire **(for Anthony R. Banks)**
782 NW Le Jeune Road, Suite 440
Miami, Florida 33126

William D. Matthewman, Esq. **(for Ariel Hernandez)**
2300 Glades Rd., Suite 340 - West Tower
Boca Raton, Florida 33431

Christopher A. Grillo, Esq. **(for Frederick J. Massaro)**
1 East Broward Blvd., #700
Ft. Lauderdale, Florida 33301

_____
LAWRENCE D. LaVECCHIO
Assistant United States Attorney

2

| Name | Services | Databasing | Accredited/ Certified | Number of employees/ size | Turnaround time | Cost |
|---|---|---|---|---|---|---|
| Analytical Genetic Testing Center<br>7808 Cherry Creek Dr. #201<br>Denver, CO 80231<br>Phone: 303-750-2023<br>Fax: 303-750-2171<br>www.geneticid.com | --Paternity<br>--Semen I.D.<br>--Protein<br>--STR | None | | | No Information | check website |
| Bode Technology Group<br>7364 Steel Mill Drive<br>Springfield, VA 20191<br>phone: 703-644-1200<br>fax: 703-644-7730<br>www.bodetech.com | --STR<br>--Mito | North Carolina<br>Virginia | NFSTC | appox. 40 employees | 2-3 weeks for STR<br>4-6 weeks for mito | check website |
| Cellmark Diagnostics<br>20271 Goldenrod Lane<br>Germantown, MD 20876<br>Phone: 800-872-5227<br>Fax: 301-428-4877<br>www.cellmark-labs.com | --Semen, Blood I.D.<br>--DQ<br>--RFLP<br>--STR<br>--6 pro bono cases/year | Massachusetts<br>Wyoming | ASCLD | appox. 40 employees | approx. 5 weeks for STR, depending on situation | check website |
| Fairfax Identity Laboratories<br>3025 Hamaker Court, Suite 203<br>Fairfax, VA 22031<br>phone: 800-848-4362<br>fax: 336-294-7921<br>www.fairfaxidlab.com | --Paternity | Ohio<br>Florida | NFSTC | | 9-10 days | pricing given to customer |
| Genelex Corporation<br>2203 Airport Way South, Suite 350<br>Seattle, WA 98134<br>phone: 800-523-6487<br>fax: 206-382-6277<br>www.genelex.com | --Paternity<br>--STR<br>--RFLP | | ASCLD<br>AABB | | | check website |
| Genescreen<br>2600 Stemmons Freeway, Suite 133<br>Dallas, TX 75207<br>phone: 214-631-8152<br>fax: 214-634-3322<br>www.genescreen.com | --Paternity<br>--DQ<br>--PM<br>--D1S80<br>--STR<br>--Mito | | NFSTC<br>AABB Certified (blood bank group) | | No Information | check website |

| | | | | |
|---|---|---|---|---|
| Laboratory Corporation of America<br>1912 Alexander Drive<br>Research Triangle Park, NC 27709<br>phone: 800-533-0567<br>fax: 919-361-7797<br>www.labcorp.com | --Paternity<br>--RFLP<br>--DQα<br>--PMº<br>--D1S80<br>--STR<br>--Mito | | ASCLD | approx. 8 people (techs & examiners) | 4-5 weeks for STRs<br>8-12 weeks for RFLP<br>4-5 months for mito | check website |
| Micro Diagnostics (owned by Lifecodes)<br>11400 Donelson Pike, Suite A-15<br>Nashville, TN 37217<br>phone: 615-360-5000<br>fax: 615-360-5003<br>www.microdx.com | --Paternity | New Mexico | NFSTC | 2 doctors on staff to look at results<br>approx. 60 employees | | check website |
| Myriad Genetic Laboratories<br>320 Wakara Way<br>Salt Lake City, UT 84108<br>phone: 801-584-1100<br>fax: 801-584-3615<br>www.myriad.com | --Databasing Only | New Jersey<br>New York<br>Arizona | NFSTC | | 10,000 samples per week for all 13 STR loci | $50/sample |
| ReliaGene Technologies<br>5525 Mounes Street<br>New Orleans, LA 70123<br>phone: 800-256-4106<br>fax: 504-734-9787<br>www.reliagene.com | --Semen ID<br>--STR<br>--Mito<br>--Paternity | Washington | NFSTC<br>ASCLD | approx. 40 employees | 4-6 weeks can rush for additional fees (10-12 days) | check website |
| SERI<br>3053 Research Drive<br>Richmond, CA 94806<br>phone: 510-223-7374<br>fax: 510-222-8887<br>serimain@serological.com | --Protein<br>--RFLP<br>--DQα<br>--PMº<br>--D1S80<br>--STR | | NFSTC | 3 Examiners<br>3 Assistants | 6-8 weeks | check website |