UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK

UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
    Defendant.
_____/

## NOTICE OF CORRECTION

COMES NOW undersigned counsel for the Defendant hereby gives Notice of the following correction:

1.     A Motion to Dismiss Indictment, Rico Conspiracy was filed in January 2001 in this matter.

2.     That in the first paragraph of said Motion the name Gerald Chilli appears by accident.

3.     That the undersigned from time to time cuts and pastes opening paragraphs from various Motions and that during that the name of the Defendant was mistakenly not changed.

4.     That attached hereto is the corrected front page of said Motion.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this ___ day of June, 2001.

                                      HADDAD & HESTER, P.A.
                                      One Financial Plaza, Suite 2612
                                      Fort Lauderdale, Florida 33394
                                      [954] 467-6767

                                      By: _____
                                          FRED HADDAD
                                          Florida Bar No. 180891

## CERTIFICATE OF SERVICE

Jeffrey H. Sloman, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Larry LaVecchio, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Richard Houlihan, Esq.
300 Aragon Avenue, Suite 310
Coral Gables, Florida 33134

Samuel Deluca, Esq.
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esq.
1035 N.W. 11th Avenue
Miami, Florida 33136

Donald Spadero, Esq.
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael Smith, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Alejandro Taquechel, Esq.
3750 W. 16th Avenue, Suite 238
Hialeah, Florida 33012

Thomas Almon, Esq.
321 N.E. 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esq.
782 N.W. Le Jeune Road, Suite 440
Miami, Florida 33126

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK

UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
    Defendant.
_____/

## MOTION TO DISMISS INDICTMENT, RICO CONSPIRACY

Now into court comes the defendant, Frederick Massaro, by undersigned counsel, and make this Motion to Dismiss the Indictment returned by the grand jury upon the racketeering conspiracy alleged in Count 1, and the defendant would show as follows:

1. That at the time of arraignment the defendant was granted time to file pre trial motions; this time has been, by agreement, extended to include the date of this filing.

2. That the defendant and others are charged in the Indictment with racketeering [conspiracy due to various "acts" set forth in the Indictment].

3. That Count 1 of the Indictment states, succinctly, that Massaro, Trentacosta, Ruggerio and others, did in essence conspire to violate Title 18 U.S.C., 1962(c), that is to knowingly and wilfully conduct and participate, directly and indirectly, in the conduct of the affairs of the enterprise through a pattern of racketeering activity.

4. That the essential elements of the RICO statute are association with any enterprise and to conduct or participate directly or indirectly, in such enterprise through a pattern of racketeering activity or the collection of an unlawful debt [18 U.S.C. 1962(5)]. The enterprise is distant from the individuals, must be an entity, whether legal or not, and as such must be specifically alleged, not just in general allegations of "La Cosa Nostra" and of various persons together. Indeed,