**STEPHEN T. BROWN**
**UNITED STATES MAGISTRATE JUDGE**

Criminal Minutes
GID-58-1050

## Calendar

| Start | End | Category | Description |
|---|---|---|---|
| 22  2:00 PM | ~~2:30~~ PM  2:45 p.m. | | USA v. ~~Trent Acosta~~ Anthony Trentacosta, et al<br>00-6273-CR-PCH<br>Exparte Motions for Fees/Costs<br>(30 mins) |

1) Richard Houlihan, Esq. for Deft Trentacosta

2) Richard Houlihan, Esq. for [?] Smith, Esq. for Deft Silverman

3) Jeffrey Weinkle, Esq. for Deft Ariel Hernandez.

Exparte hrg held. Court to hold conference with CJA Administrator, Lucy Lara, in re fees and costs.

FILED BY [sig] D.
2001 JUN 22 PM 3:40
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIA