UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ANTHONY TRENTACOSTA, et al.

    Defendant.
_____/



FILED by _____ D.C.

**JUN 2 6 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER RELIEVING COURT APPOINTED COUNSEL

THIS CAUSE comes before the Court on Defendants' counsel, Christopher A. Grillo's, June 25, 2001, Motion for Instructions from Court to Counsel Appointed as "Learned Counsel" under 18 U.S.C. § 3005. The court having independently reviewed and considered the motion, it is therefore

ORDERED AND ADJUDGED that Christopher A. Grillo, Esquire is relieved of his duties as "learned counsel" for Defendant Frederick Massaro. It is further ORDERED and ADJUDGED that Mr. Grillo's Motion for Instructions from Court to Counsel Appointed as "Learned Counsel" is hereby GRANTED.

DONE AND ORDERED in Chambers, Miami, Florida, this 26th day of June, 2001.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies furnished to:

All counsel of record.
Clerk, CJA Desk

