00-6273.op

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

FREDERICK MASSARO, et al.,

      Defendants.

_____/

### ORDER FOR SUPPLEMENTAL RESPONSES

**This matter** is before this Court on Defendant Frederick Massaro's Request for Specific Brady Material and for Immediate Disclosure; Potential Death Case (D.E. 156), Defendant Frederick Massaro's Motion for Accelerated Disclosure of Brady, Jenks, Kyle, Agurs Related Materials (D.E. 164), and Defendant Ariel Hernandez' Request for Specific Brady Material and for Immediate Disclosure (D.E. 191). The Court having reviewed the motions and the response, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

    1. On or before August 15, 2001, the Government shall file a supplemental response addressing each specific request, and shall state whether the information has been provided pursuant to the Government's discovery obligations, or whether the Government maintains that the request goes beyond the scope of those obligations.

    2.   A courtesy copy of the above submission shall be delivered to the Chambers of the undersigned on or before the above date.

    **DONE AND ORDERED** this **2d** day of August, 2001 at Miami, Florida.

                                  STEPHEN T. BROWN
                                  U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
       counsel on attached list

1

