00-6273.oq

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK MASSARO, et al.,

    Defendants.

_____/



### ORDER FOR SUPPLEMENTAL PLEADINGS

**This matter** is before this Court on Defendant Frederick Massaro's Motion to Exclude 404(b) Evidence [403 and 404 Objections] (D.E. 156), and Motion for Rule 104(c) Hearing Regarding Rule 404(b) Evidence (D.E. 155). The Court having reviewed the motions and the response, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Rule 104(c) Hearing Regarding Rule 404(b) Evidence is hereby **GRANTED** to the extent that on or before August 22, 2001, the Government shall file a supplemental disclosure, stating the specific evidence which it intends to introduce during its case in chief pursuant to Fed.R.Evid. 404(b) against Defendant. The request for a hearing is **DENIED** without prejudice.

2. Within ten (10) business days of the date of the Government's filing, if Defendant seeks to exclude any of the above evidence, he shall file a Supplemental Motion specifically addressing the above evidence. The Government shall respond to the Supplemental Motion within ten (10) business days of the date of filing. Defendant's Motion to Exclude 404(b) Evidence [403 and 404 Objections] is hereby **DENIED** without prejudice.

2. A courtesy copy of the above submissions shall be delivered to the Chambers of the

1



undersigned on or before the above dates.

**DONE AND ORDERED** this $\underline{2d}$ day of August, 2001 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Paul C. Huck
Lawrence D. LaVecchio, Esq. (AUSA)
Richard Houlihan, Esq.
Fred Haddad, Esq.
Samuel D. DeLuca, Esq.
Jeffrey Weinkle, Esq.
Donald Spadaro, Esq.
Michael G. Smith, Esq.
Albert Z. Levin, Esq.
Manuel Gonzales, Esq.
Thomas Almon, Esq.