UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK

UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
Defendant.
_____/

**NIGHT BOX FILED**

**AUG 10 2001**

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## OBJECTIONS TO REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE

COMES NOW Frederick Massaro, through counsel undersigned and gives Notice of Objections to the Report and Recommendation of Magistrate Judge Brown dated 6 August 2001 that recommended that Massaro's Motions to Dismiss (DE 161 and 163) be denied and states:

1. The Defendant filed extensive Motions to Dismiss, which he adopts herein as part of his objections as if set forth in haec verba.

2. The Magistrate Judge, it is respectfully urged, erred in finding that the "enterprise" was properly defined and that the requirements of the Constitution of the United States were satisfied.

3. The Defendant again urges that the Magistrate Judge erred in finding that Indictment passes muster on the "murder related counts", and thereby finding against the Defendant on that aspect.

4. The Defendant respectfully suggests that upon de novo review the Court should reverse the Honorable Magistrate Judge.

5. That as Judge Brown notes failure to object timely waives the same, and since these arguments, it could be stated, might be more properly made at Rule 29 hearings, still the issues must be raised pre trial to have vitality after trial commences.

WHEREFORE the Defendant moves that the Court reverse the Magistrate Judge.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this _10th_ day of August, 2001.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: _____
FRED HADDAD
Florida Bar No. 180891

### CERTIFICATE OF SERVICE

Jeffrey H. Sloman, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Larry LaVecchio, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Richard Houlihan, Esq.
300 Aragon Avenue, Suite 310
Coral Gables, Florida 33134

Samuel Deluca, Esq.
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esq.
1035 N.W. 11th Avenue
Miami, Florida 33136

Donald Spadero, Esq.
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael Smith, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Alejandro Taquechel, Esq.
3750 W. 16th Avenue, Suite 238
Hialeah, Florida 33012

Thomas Almon, Esq.
321 N.E. 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esq.
782 N.W. Le Jeune Road, Suite 440
Miami, Florida 33126