**NIGHT BOX FILED**

AUG 13 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK/BROWN

UNITED STATES OF AMERICA

    Plaintiff,

vs.

FREDERICK J. MASSARO

    Defendant.

_____/

### GOVERNMENT'S REQUEST FOR ENLARGEMENT OF TIME TO RESPOND TO COURTS ORDER TO RESPOND

COMES NOW, the United States of America, by and through undersigned counsel and respectfully requests an enlargement of time in which to respond to the Courts Order To Respond. In support thereof the government states the following:

    1. The above-entitled case is assigned to AUSA Lawrence LaVecchio. AUSA LaVecchio is currently out of the district and is expected to return on or about August 16, 2001.

    2. AUSA LaVecchio filed the response to the initial request for specific <u>Brady</u> information. As such AUSA LaVecchio is the appropriate counsel to respond to the Courts instant order.

    3. Based upon the foregoing the government respectfully requests that the time for the filing of the response to the instant Court Order be enlarged to on or before August 24, 2001.



Wherefore, based upon the foregoing the government respectfully request that the Court grant the governments motion to enlarge time to respond to the Courts Order.

        Respectfully Submitted

        GUY A. LEWIS
        UNITED STATES ATTORNEY

By: _____
        PAUL F. SCHWARTZ
        ASSISTANT UNITED STATES ATTORNEY
        Court ID No. A5500086
        500 East Broward Blvd, Suite 700
        Ft. Lauderdale, Florida 33394
        (TEL) (954) 356-7255, ext 3577
        (FAX) (954) 356-7230

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered

by U.S. mail to the following on this __13__ day of __August__ 2001.

Richard K. Houlihan, Esq. **(for Anthony Trentacosta)**
300 Aragon Avenue, Ste. 310
Coral Gables, Florida 33134

Fred Haddad, Esq. **(for Frederick J. Massaro)**
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

Samuel D. DeLuca, Esq. **(for Francis Ruggiero)**
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esquire **(for Ariel Hernandez)**
1035 NW 11th Avenue
Miami, Florida 33136

Donald Spadaro, Esquire **(for Julius B. Chiusano)**
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael G. Smith, Esquire **(for Adam Todd Silverman)**
633 SE 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Albert Z. Levin, Esquire **(for Carlos Garcia)**
888 Brickell Avenue, Sixth Floor
Miami, Florida 33131

Thomas Almon **(for Charles P. Monico)**
321 NE 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esquire **(for Anthony R. Banks)**
782 NW Le Jeune Road, Suite 440
Miami, Florida 33126

PAUL F. SCHWARTZ
Assistant United States Attorney

3