UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK\BROWN

UNITED STATES OF AMERICA

Plaintiff,

vs.

FREDERICK J. MASSARO

Defendant.

_____/

## ORDER

THIS CAUSE is before the Court on the governments Request For Enlargement Of

Time To Respond To Courts Order To Respond being fully advised, it is hereby

ORDERED AND ADJUDGED that the Government's request is GRANTED.

ORDERED that the governments response to the Courts Order To Respond is to be filed

on or before August 24, 2001.

DONE AND ORDERED at Miami, Florida, this _____15ᵗʰ_____ day of

August 2001.

STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Larry Lavecchio
    Richard K. Houlihan, Esquire
    Fred Haddad, Esquire
    Samuel D. DeLuca, Esquire
    Jeffrey Weinkle, Esquire
    Donald Spadaro, Esquire
    Michael G. Smith, Esquire
    Albert Z. Levin, Esquire
    Thomas Almon, Esquire
    Manuel Gonzalez, Esquire