00-6273.ox

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6273 CR HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK MASSARO, et al.,

    Defendants.

_____/

### ORDER DENYING AS MOOT MOTION FOR ACCELERATED DISCLOSURE OF BRADY, JENKS [sic], KYLE, AGURS RELATED MATERIAL

**This Cause** is before the Court on Defendant Frederick Massaro's Motion for Accelerated Disclosure of Brady, Jenks [sic], Kyle, Agurs Related Material (D.E. 164). The Court having reviewed the Motion and the Government's Supplemental Response filed August 23, 2001, it is hereby **ORDERED AND ADJUDGED** that the Motion is hereby **DENIED** as moot, based on the representations made in the Government's Supplemental Response.

**DONE AND ORDERED** this 27th day of August, 2001 at Miami, Florida.

                                  STEPHEN T. BROWN
                                  U.S. MAGISTRATE JUDGE

cc:    Honorable Paul C. Huck
       Lawrence D. LaVecchio, Esq. (AUSA)
       Richard Houlihan, Esq.
       Fred Haddad, Esq.
       Samuel D. DeLuca, Esq.
       Jeffrey Weinkle, Esq.
       Donald Spadaro, Esq.
       Michael G. Smith, Esq.
       Albert Z. Levin, Esq.
       Manuel Gonzales, Esq.
       Thomas Almon, Esq.