UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK/BROWN

NIGHT BOX
FILED

SEP 05 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,    :

        PLAINTIFF,    :

v.    :

ANTHONY TRENTACOSTA, et al.,    :

        DEFENDANTS.    :

---

GOVERNMENT'S RESPONSE TO THE DEFENDANT ADAM SILVERMAN'S PETITION AND THE DEFENDANT FREDERICK J. MASSARO'S OBJECTIONS, BOTH OF WHICH SEEK REVIEW OF THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT MASSARO'S MOTION TO DISMISS RICO CONSPIRACY AND MOTION TO DISMISS MURDER RELATED COUNTS

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files its Response to the petition filed by defendant Adam Todd Silverman, and the objections filed by defendant Frederick J. Massaro, seeking this Court's review of Magistrate Judge Brown's Report and Recommendation, issued on August 6, 2001, which recommended the denial of the following motions: (1) Defendant Frederick J. Massaro's Motion to Dismiss Indictment, RICO Conspiracy (DE 161); and (2) Defendant Frederick J. Massaro's Motion to Dismiss Murder Related Counts (DE 163).

In the defendant Silverman's Petition, he simply asserts that "the original Motion filed by

1

Defendant Massaro, and adopted by Defendant Silverman, adequately set forth the legal arguments and facts to support the granting of the referenced Motions." Similarly, in defendant Massaro's Objections, he simply asserts that the Magistrate Judge erred in finding that the enterprise was adequately defined and in ruling that the indictment "passes muster" on the murder-related counts. Given that no new issues or arguments are raised by defendants Silverman or Massaro in support of their respective requests seeking review of Magistrate Judge Brown's decision, the government relies upon its previously filed Response to Defendant Massaro's Motions to Dismiss Count 1 and Counts 17-20 (DE 265) in support of its position that the aforesaid Report and Recommendation of Magistrate Judge Brown should properly be adopted as the ruling of this Court.

WHEREFORE, the government respectfully suggests that the defendants' petition and objections urging reversal of the aforesaid Report and Recommendation should properly be denied.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAWRENCE D. LaVECCHIO
Assistant U.S. Attorney
Fla. Bar No. 0305405
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, Florida 33394
(954) 356-7255/(954) 356-7230 - fax

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by U.S. mail to the following on this 5th day of September 2001.

Stephen H. Rosen, Esq. **(for Anthony Trentacosta)**
Suite 1020
1221 Brickell Avenue
Miami, Florida 33131

Fred Haddad, Esq. **(for Frederick J. Massaro)**
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

Samuel D. DeLuca, Esq. **(for Francis Ruggiero)**
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esquire **(for Ariel Hernandez)**
1035 NW 11th Avenue
Miami, Florida 33136

Donald Spadaro, Esquire **(for Julius B. Chiusano)**
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael G. Smith, Esquire **(for Adam Todd Silverman)**
633 SE 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Albert Z. Levin, Esquire **(for Carlos Garcia)**
888 Brickell Avenue, Sixth Floor
Miami, Florida 33131

Thomas Almon **(for Charles P. Monico)**
321 NE 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esquire **(for Anthony R. Banks)**
782 NW Le Jeune Road, Suite 440
Miami, Florida 33126

_____
LAWRENCE D. LaVECCHIO
Assistant United States Attorney