UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK/BROWN

UNITED STATES OF AMERICA,      :

        PLAINTIFF,      :

v.      :

ANTHONY TRENTACOSTA, et al.,   :

        DEFENDANTS.      :

NIGHT BOX FILED
SEP 20 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## GOVERNMENT'S RESPONSE TO THE DEFENDANT FREDERICK J. MASSARO'S OBJECTION TO THE MAGISTRATE'S REPORT AND RECOMMENDATION DENYING DEFENDANT MASSARO'S MOTIONS TO SUPPRESS EVIDENCE

The United States of America, by and through the undersigned Assistant United States Attorney, hereby files its Response to the objection filed by defendant Frederick J. Massaro seeking this Court's review of Magistrate Judge Brown's Report and Recommendation, issued on September 10, 2001, which recommended the denial of the following motions: (1) Defendant Frederick J. Massaro's Motion to Suppress Evidence Derived from Illegal Electronic Surveillance in State Proceeding, Request for Evidentiary Hearing and Incorporated Memorandum of Law (DE 159); and (2) Defendant Frederick J. Massaro's Motion to Quash Search Warrants and Suppress Evidence, Wire Tap Derivative, with Authority (DE 157).

Insofar as the defendant Massaro asserts the same grounds set forth in his original Motions as a basis for seeking review of Magistrate Judge Brown's decision, the government relies upon its previously filed Response to Defendants Trentacosta's, Hernandez' and Massaro's Motions to Suppress



Wiretap Evidence (DE 276) in support of its position that the aforesaid Report and Recommendation of Magistrate Judge Brown should properly be adopted as the ruling of this Court. Magistrate Judge Brown properly found that the affidavit of Special Agent Feisthammel in the instant case is distinguishable from that found to be deficient in United States v. Kalustian, 529 F.2d 585 (9th Cir. 1976). Magistrate Judge Brown's finding in that regard is in accordance with those decisions which have been rendered since Kalustian was decided. See, e.g., United States v. Alfonso, 552 F.2d 605, 611-12 (5th Cir. 1977) (distinguishing Kalustian where, as here, the affidavit "recited specific instances in the investigation of this case where normal techniques had been unfruitful"); United States v. Ruggiero, 726 F.2d 913, 924-25 (2d Cir. 1984) (distinguishing Kalustian and finding that defendant's attack on the affidavit "borders on the frivolous" where, as here, the affidavit gives "specific, detailed reasons why the wiretaps were needed" and explains the reasons why other investigative techniques "were unsatisfactory in this case"); United States v. Torres, 901 F.2d 205, 231-32 (2d Cir. 1990) (distinguishing Kalustian where, as here, the affidavit set forth that the investigative methods employed up to that time had "only provided a limited picture of the Organization").

WHEREFORE, the government respectfully suggests that the defendant's objection urging reversal of the aforesaid Report and Recommendation should properly be denied.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
LAWRENCE D. LaVECCHIO
Assistant U.S. Attorney
Fla. Bar No. 0305405
500 E. Broward Blvd., 7th Floor
Ft. Lauderdale, Florida 33394
(954) 356-7255/(954) 356-7230 - fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by U.S. mail to the following on this 20th day of September 2001.

Stephen H. Rosen, Esq. **(for Anthony Trentacosta)**
Suite 1020
1221 Brickell Avenue
Miami, Florida 33131

Fred Haddad, Esq. **(for Frederick J. Massaro)**
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

Samuel D. DeLuca, Esq. **(for Francis Ruggiero)**
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esquire **(for Ariel Hernandez)**
1035 NW 11th Avenue
Miami, Florida 33136

Donald Spadaro, Esquire **(for Julius B. Chiusano)**
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael G. Smith, Esquire **(for Adam Todd Silverman)**
633 SE 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Albert Z. Levin, Esquire **(for Carlos Garcia)**
888 Brickell Avenue, Sixth Floor
Miami, Florida 33131

Thomas Almon **(for Charles P. Monico)**
321 NE 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esquire **(for Anthony R. Banks)**
782 NW Le Jeune Road, Suite 440
Miami, Florida 33126

_____
LAWRENCE D. LaVECCHIO
Assistant United States Attorney