UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK-BROWN

UNITED STATES OF AMERICA,
        Plaintiff,

VS.

FREDERICK MASSARO,
        Defendant.
_____/



FILED by _____ D.C.

SEP 27 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

### ORDER

THIS CAUSE is before the Court on Defendant Frederick Massaro's Motion to Suppress Evidence Derived From Illegal Electronic Surveillance in State Proceeding, and Request for Evidentiary Hearing, and Initial Motion to Quash Search Warrants and Suppress Evidence, Wire Tap Derivative, both filed January 30, 2001. The Motions were referred to Magistrate Judge Stephen T. Brown for a Report and Recommendation. On September 10, 2001, Magistrate Judge Brown rendered his Report and Recommendation("Report"). In his Report, Magistrate Judge Brown recommended that both Motions be Denied. On September 18, 2001, Defendant Massaro filed his Notice of Objection to the Report and Recommendation of the Magistrate that Defendant's Several Motions to Suppress be Denied. The Government filed its response to Defendant's Objections on September 20, 2001. The Court has on his de novo review reviewed and considered the record before the Court, the Report and Recommendation, the defendant's Objections, and the Government's response.

    In essence, the defendant objects to the Report's conclusion, that the affidavit of Special

Agent Terry Feisthammel, filed in support of the application, was sufficient to establish a basis for authorizing the subject wiretap and, accordingly, the judge who authorized the wiretap, Judge William P. Dimitrouleas, had a legally sufficient basis for authorizing the initial wiretaps and subsequent extensions. The defendant asserts that the government failed to establish that other investigative measures were insufficient, such that the use of a wiretap was justified. The defendant argues that there case is similar to and controlled by the case of United States v. Kalustian, 529 F.2d 585 (9 Cir. 1976), where the government failed to show that traditional, alternative investigative techniques were inadequate.

The Court disagrees with the defendant. Here Agent Feisthammel's affidavit establishs an appropriate basis for the employment of a wiretap and Judge Dimitrouleas' exercise of his discretion, finding that the wiretap was proper, given the limitations of other investigative techniques. Therefore , it is

ORDERED that the Defendant Massaro's Objection to the Report is OVERRULED, that the Court adopts in its entirety the Report and that Defendant's Motion to Suppress Evidence Derived From Illegal Electronic Surveillance in State Proceeding, and Initial Motion to Quash Search Warrants and Suppress Evidence, Wire Tap Derivative are DENIED.

DONE AND ORDERED this 27th day of September, 2001, at Miami, Florida.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:    Honorable Stephen T. Brown
       all counsel of record