UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by VT D.C.
OCT 04 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

COURTROOM MINUTES

The Honorable Paul C Huck, Presiding

Date 10-4-2001 Case No. 00-6273CR

United States of America

vs

Anthony Trentacosta et. Al

Type of hearing Status Conference

Plaintiff's Counsel Lawrence LaVecchio

Defendant's Counsel Stephen Rosen, (All other counsel present)

Deputy Clerk Valerie Thompson Court Reporter Larry Herr

Status Hearing Held

364/1