UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK-BROWN



UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ANTHONY TRENTACOSTA et al.,
    Defendant(s).
_____/

**ORDER**

    THIS CAUSE has come before the Court upon the Government's Motion to Resolve All Tape Recording Related Issues, filed October 10, 2001. The Court being fully advised in the premises, it is

    ORDERED AND ADJUDGED that the Governments Motion is **GRANTED**. The Defendants are to state with specificity what, if any, specific objections they have to the admission of this evidence. It is further

    ORDERED AND ADJUDGED **that all objections be hand delivered to chambers by Wednesday, October 24, 2001 no later then 4:00 p.m.** It is further

    ORDERED AND ADJUDGED that a hearing will be held on **Friday, October 26, 2001 at 3:00 p.m.**, at the Federal Justice Building, 99 NE 4th Street, courtroom 6 10th floor, Miami, Florida.

    DONE AND ORDERED at Miami, Florida, this 17th day of October 2001.

                                          PAUL C. HUCK
                                          UNITED STATES DISTRICT JUDGE

cc:    all counsel of record (served by fax & us mail)
       U. S. Pretrial Services Office

