UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK



UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
    Defendant.
_____/

## NOTICE OF CONFLICT

COMES NOW undersigned counsel for the Defendant hereby gives Notice that he will be unavailable and out of the State on a pre-scheduled family vacation to Aspen, Colorado from March 29, 2001 through April 8, 2001.

Notice is given nearly six (6) months early so that any scheduling conflicts will be known.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this 16 day of October, 2001.

          HADDAD & HESTER, P.A.
          One Financial Plaza, Suite 2612
          Fort Lauderdale, Florida 33394
          [954] 467-6767

          By:_____
             FRED HADDAD
             Florida Bar No. 180891



## CERTIFICATE OF SERVICE

Jeffrey H. Sloman, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Larry LaVecchio, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Stephen H. Rosen, Esq.
1221 Brickell Avenue, Suite 1020
Miami, Florida 33131

Samuel Deluca, Esq.
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esq.
1035 N.W. 11th Avenue
Miami, Florida 33136

Donald Spadero, Esq.
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael Smith, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Alejandro Taquechel, Esq.
3750 W. 16th Avenue, Suite 238
Hialeah, Florida 33012

Thomas Almon, Esq.
321 N.E. 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esq.
782 N.W. Le Jeune Road, Suite 440
Miami, Florida 33126