UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK

NIGHT BOX FILED
... 19 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
    Defendant.
_____/

## MOTION TO RESET HEARING, MOTION TO HAVE ONLY VOIR DIRE THE FIRST WEEK OF TRIAL

COMES NOW, Fred Haddad, as counsel and makes the above Motions and states:

1. This Court has set a hearing on Government's Motions on the tape admissibility issues for 24 October, 2001.

2. That the undersigned received notice of this hearing on even date herewith, 18 October, 2001.

3. That as a result of an MRI last week, the undersigned is already scheduled to have surgery on 22 October 2001 on his right rotator cuff to reattach the tendons or whatever they do.

4. The undersigned is in great pain; the doctors, who are friends of the undersigned have rearranged their schedules so that the undersigned could have the surgery and be available for the start of this trial on 19 November.

5. There is no way the undersigned will be able to represent his client, the main focus and participant on these tapes on the date set.

Indeed, the doctors have suggested the Monday after Thanksgiving is when the undersigned would be able to try a case, but agree the undersigned would be able to participate in voir dire and other preliminary matters on 19 November.

OCT 22 2001

Rec'd in MIA DKT _____

6.  The undersigned and his doctors consulted and surgery could not be put off until after the trial in this case due to the pain, as well as the damage that further waiting to reattach the cuff might cause.

7.  The undersigned has spoken with Mr. LaVecchio about this matter. To date the undersigned has listened to almost all the tapes, read most of the transcripts and made numerous comparisons and other than 404 matters and matters such as that, at this juncture has no real issues to raise. The undersigned plans to complete the tapes and transcripts during his recuperation.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to the following parties listed below, this ____ day of October, 2001.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: _____
    FRED HADDAD
    Florida Bar No. 180891

## **CERTIFICATE OF SERVICE**

Jeffrey H. Sloman, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Larry LaVecchio, Esq.
Office of the United States Attorney
500 E. Broward Blvd., 7th Floor
Fort Lauderdale, Florida 33394

Stephen H. Rosen, Esq.
1221 Brickell Avenue, Suite 1020
Miami, Florida 33131

Samuel Deluca, Esq.
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esq.
1035 N.W. 11th Avenue
Miami, Florida 33136

Donald Spadero, Esq.
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael Smith, Esq.
633 S.E. 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Alejandro Taquechel, Esq.
3750 W. 16th Avenue, Suite 238
Hialeah, Florida 33012

Thomas Almon, Esq.
321 N.E. 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esq.
782 N.W. Le Jeune Road, Suite 440
Miami, Florida 33126