UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK-BROWN

UNITED STATES OF AMERICA,

VS.                                                                 **ORDER**

FREDERICK MASSARO,
          Defendant.
_____/

    THIS CAUSE has come before the Court upon the Defendant Massaro's Motion to Reset Hearing, Motion to have only Voir Dire the First Week of Trial, filed October 19, 2001. The Court being fully advised in the premises, it is

    ORDERED AND ADJUDGED that the Defendants Motion to reset hearing, Motion to have only Voir Dire the First Week of Trial is hereby DENIED. The Defendant's Motion indicated that the hearing in question is scheduled for October 24, 2001, giving him insufficient time to recuperate from his October 22, 2001, shoulder surgery.

    In fact, the hearing is scheduled for October 26, 2001, which hopefully, depending on the nature and extent of the surgery, will provide sufficient recovery time prior to the hearing. If not, Defendant shall immediately advise the Court who will attempt to reschedule the hearing within the next few days late in the afternoon when all parties might be available.

    DONE AND ORDERED at Miami, Florida, this 23 day of October, 2001.

                                                PAUL C. HUCK
                                                UNITED STATES DISTRICT JUDGE

cc:    all counsel of record

