UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK/BROWN

UNITED STATES OF AMERICA,

    PLAINTIFF,

v.

ANTHONY TRENTACOSTA et al.,

    DEFENDANTS.
_____/

**NIGHT BOX FILED**
OCT 23 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

### GOVERNMENT'S RESPONSE TO DEFENDANT MASSARO'S MOTION TO RESET HEARING

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and files this Response to the defendant Massaro's Motion to Reset the hearing which has been scheduled for October 26, 2001 on the government's Motion to Resolve All Tape Recording Related Issues.

1. The government hereby suggests that this Court should properly conduct that hearing as scheduled with respect to those objections, if any, which are raised by the remaining defendants herein.

2. Given that Mr. Haddad has reviewed most of the tape-related materials, and, to date, he has not discovered a basis upon which to assert an objection to the introduction of such evidence, the government urges this Court to allow the defendant Massaro to assert any such objections at a later time prior to trial in the unlikely event that such objections arise. However, as to the remaining defendants, the government urges that this Court maintain its previously-announced schedule, and urges that this Court conduct a hearing October 26, 2001 on any specific objections which those defendants may raise. Of course, should those defendants not raise any such objections by October 24, 2001, then the necessity for conducting any such hearing would be obviated.

WHEREFORE, the government respectfully requests that this Court adhere to its schedule with respect to all defendants other than Frederick J. Massaro on the issue of the admissibility of tape

OCT 25 2001
Rec'd in MIA Dkt _____

recorded evidence.

                    Respectfully submitted,

                    GUY A. LEWIS
                    UNITED STATES ATTORNEY

By: _____
      LAWRENCE D. LaVECCHIO
      Assistant U.S. Attorney
      Fla. Bar No. 0305405
      500 E. Broward Blvd., Ste. 700
      Ft. Lauderdale, FL 33394
      (305) 356-7255
      (305) 356-7230 - Fax

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by U.S. mail to the following on this 23rd day of October, 2001.

Stephen H. Rosen, Esq. **(for Anthony Trentacosta)**
Suite 1020
1221 Brickell Avenue
Miami, Florida 33131

Fred Haddad, Esq. **(for Frederick J. Massaro)**
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394

Samuel D. DeLuca, Esq. **(for Francis Ruggiero)**
3451 John F. Kennedy Blvd.
Jersey City, New Jersey 07307

Jeffrey Weinkle, Esquire **(for Ariel Hernandez)**
1035 NW 11th Avenue
Miami, Florida 33136

Donald Spadaro, Esquire **(for Julius B. Chiusano)**
1000 S. Federal Highway, Suite 103
Fort Lauderdale, Florida 33316

Michael G. Smith, Esquire **(for Adam Todd Silverman)**
633 SE 3rd Avenue, Suite 4F
Fort Lauderdale, Florida 33301

Albert Z. Levin, Esquire **(for Carlos Garcia)**
888 Brickell Avenue, Sixth Floor
Miami, Florida 33131

Thomas Almon **(for Charles P. Monico)**
321 NE 26th Street
Miami, Florida 33137

Manuel Gonzalez, Esquire **(for Anthony R. Banks)**
782 NW Le Jeune Road, Suite 440
Miami, Florida 33126

_____
LAWRENCE D. LaVECCHIO
Assistant United States Attorney