CRIMINAL MINUTES

FILED by _____ D.C.

OCT 3 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE _Paul C HUCK_

========================================================

CASE NO. _00-6273-CR_    DATE _10/26/01_

CLERK    _Valerie Thompkins_    REPORTER _Kim McfUn_

USPO _____    INTERPRETER _____

UNITED STATES OF AMERICA    vs. _Cinthung Trentacosta_
                                    _et. Al_
_____

AUSA_____    DEFENSE CSL._____

_____

Defendant(s) Present_____ Not Present_XX_ In Custody_____

TYPE OF HEARING _Status Conference_

RESULT OF HEARING _Hearing Held_

_____

_____

_____

_____

========================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____    Trial Date _____

Govt. Resp to P/T/Motions_____    Further S/C _____