CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

HONORABLE

FILED by _EL_ D.C.
NOV 14 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

=================================================================

CASE NO. _00-6273-CR-Huck_   DATE _11/14/01_

CLERK _Elvis Taveras_   REPORTER _Larry Herr_

USPO _____   INTERPRETER _____

UNITED STATES OF AMERICA vs. _Anthony Trentecosta,_
_Ariel Hernandez, Frederick Massaro._

AUSA _Lawrence LaVecchio_   DEFENSE CSL. _Stephen Rosen,_
_Jeffrey Winkle, Fred Haddad_

Defendant(s) Present____ Not Present _✓_ In Custody_____

TYPE OF HEARING _General Status Conference_

RESULT OF HEARING _Status Conference held._
_Trial to start monday November 19, 2001._

=================================================================

NEW DATES SET BY COURT

Defense P/T/Motions _____   Trial Date _____

Govt. Resp to P/T/Motions _____   Further S/C _____

Change of Plea _____

[ ] The Court finds that the time between now and the time of
trial, to wit: _____ thru _____ to be excludable
pursuant to the Speedy Trial Act.