UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by CT D.C.
NOV 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

CASE # 01-6273-CR-Huck

COURTROOM MINUTES

HONORABLE _Paul C. Huck_, Presiding    Date 11/19/01

Cont'd from ___/___/___

Defendant 1. _Anthony Trentecosta_    Counsel 5. _Stephen Rosen, Esq_
2. _Ariel Fernandez_    6. _Jeffrey Winkle, Esq._
3. _Frederick Massaro_    7. _Fred Haddad, Esq._
4. _____    8. _____

Defense Counsel _____    AUSA _Larry Lavechio_

Deputy Clerk _Elvis Taveras_    Reporter _Kimberly Masten_

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__    Oral Motion_____

by_____

Oral Order    Grant__    Deny__    Adv.__

TRIAL:    JURY ✓    BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS ✓  JURY SELECTION CONTD.__ JURY IMPANELED ✓

JURY TRIAL BEGINS____ JURY TRIAL HELD____ CONTINUED TO 11/20/01

MISTRIAL DECLARED ____ NEW TRIAL ORDERED ____ TRIAL ENDS ____

DISMISSED COUNTS_____

__ COURT MOT __ GOVT. MOT __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____