FILED by ___CF___ D.C.
NOV 20 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6273  01-6273-CR-Huck

## COURTROOM MINUTES

HONORABLE __Paul C. Huck__, Presiding  Date 11/20/01

Cont'd from 11/19/01

Defendant 1. Anthony Trentecasta   Counsel 1. Stephen Rosen, Esq.
2. Ariel Hernandez   2. Jeff Winkle
3. Frederick Massaro   3. Fred Haddad

Defense Counsel __Above__   AUSA __Larry LaVechio__

Deputy Clerk __Elvis Taveras__   Reporter __Larry Herr__

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order  Grant__  Deny__  Adv.__

TRIAL:  JURY____  BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS ✓ JURY TRIAL HELD ✓ CONTINUED TO 11/21/01

MISTRIAL DECLARED ___  NEW TRIAL ORDERED ___  TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____