UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
DKTG
NOV 26 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CASE # 01-CR-6273

COURTROOM MINUTES

HONORABLE Paul C. Huck, Presiding    Date 11/26/01

Cont'd from 11/21/01

Defendant 1. Anthony Trentacasta    Counsel: Stephen Rosen
2. Ariel Hernandez    Jeff Winkle
3. Frederick Massaro    Fred Haddad
4. _____

AUSA Larry LaVacchio

Deputy Clerk Elvis Taveras    Reporter _____

Calendar Call Held __ Non-appearance of Deft/Bench Warrant issued __

Begin Fugitive Interval __    Oral Motion _____

by _____

Oral Order    Grant __    Deny __    Adv. __

TRIAL:    JURY ✓    BENCH ___

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __    JURY SELECTION CONTD. __    JURY IMPANELED __

JURY TRIAL BEGINS ____    JURY TRIAL HELD ✓ CONTINUED TO 11/27/01

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

DISMISSED COUNTS _____

__ COURT MOT    __ GOVT. MOT    __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY Cts # _____