UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ET D.C.
NOV 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

CASE # 00-CR-6273

COURTROOM MINUTES

HONORABLE Paul C. Huck, Presiding   Date 11/21/01

Cont'd from 11/20/01

Defendant 1. Anthony Trentacasta       Counsel: Stephen Rosen
          2. Ariel Hernandez                    Jeff Winkle
          3. Frederick Massaro                  Fred Haddad
          4. _____

AUSA Larry LaVecchio

Deputy Clerk Elvis Taveras   Reporter Larry Herr

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY____   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____   JURY TRIAL HELD ✓  CONTINUED TO 11/26/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____

423/wc