UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
NOV 27 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

CASE # *OO-CR-6273*

COURTROOM MINUTES

HONORABLE *Paul C. Hock*, Presiding    Date *11/26/01*

Cont'd from *11/21/01*

Defendant 1. *Anthony Trentacasta*    Counsel *Stephen Rosen*
          2. *Ariel Hernandez*        *Jeff Wingate*
          3. *Frederick Massaro*      *Fred Haddad*
          4. _____

AUSA *Larry LaVecchio*

Deputy Clerk *Elvis Taveras*    Reporter *Larry Henn*

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY____   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____   JURY TRIAL HELD _✓_ CONTINUED TO *11/27/01*

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___ TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____