FILED by __GT__ D.C.

NOV 27 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _00 CR-6273_

COURTROOM MINUTES

HONORABLE _Paul C. Huck_, Presiding   Date _11/27/01_

Cont'd from _11/26/01_

Defendant 1. _Anthony Trentacasta_   Counsel _Stephen Rosen_
2. _Ariel Hernandez_   _Jeff Weinkle_
3. _Frederick Massaro_   _Fred Haddad_
4. _____

AUSA _Larry LaVecchio_

Deputy Clerk _Elvis Taveras_   Reporter _Larry Herr_

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY____   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD. ✓ JURY IMPANELED __

JURY TRIAL BEGINS____   JURY TRIAL HELD ✓ CONTINUED TO _11/28/01_

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____