FILED by ef D.C.
NOV 28 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-CR-6273

COURTROOM MINUTES

HONORABLE Paul C. Hock, Presiding   Date 11/28/01

Cont'd from 11/27/01

Defendant 1. Anthony Trentacasta    Counsel Stephen Rosen
          2. Ariel Hernandez                 Jeff Winkle
          3. Frederick Massaro               Fred Haddad
          4. _____                 _____

                                      AUSA Larry LaVacchio

Deputy Clerk Elvis Taveras   Reporter Larry Herr

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

                                    by_____

               Oral Order   Grant__   Deny__   Adv.__

_____
               TRIAL:   JURY____   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____  JURY TRIAL HELD ✓ CONTINUED TO 11/29/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

          __ COURT MOT  __ GOVT. MOT  __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____