FILED by ___ D.C.
DEC 13 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 02-CR-6273

COURTROOM MINUTES

HONORABLE Paul C. Huck, Presiding   Date 12/6/01

Cont'd from 11/30/01

Defendant 1. Anthony Trentacasta    Counsel: Stephen Rosen
          2. Ariel Hernandez                  Jeff Winkle
          3. Frederick Massaro                Fred Haddad
          4. ___

AUSA Larry LaVecchio

Deputy Clerk Elvis Taveras   Reporter Jerry Herr

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion _____

by _____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY____   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD ✓ CONTINUED TO 12/7/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS _____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts # _____

JUDGMENT/VERDICT OF NOT GUILTY   Cts # _____