FILED by _Ed_ D.C.

DEC 13 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 01-CR-6273

COURTROOM MINUTES

HONORABLE _Paul C. Hock_, Presiding    Date _12/7/01_

Cont'd from ___/___/___

Defendant 1. _Anthony Trentacasta_    Counsel _Stephen Rosen_
2. _Ariel Hernandez_    _Jeff Winkle_
3. _Frederick Massaro_    _Fred Haddad_
4. _____

AUSA _Larry LaVacchio_

Deputy Clerk _Elvis Taveras_    Reporter _Larry Herr_

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__    Oral Motion _____

by _____

Oral Order    Grant__    Deny__    Adv.__

TRIAL:    JURY____    BENCH____

BENCH TRIAL BEGINS __  BENCH TRIAL HELD __  CONTINUED TO __/__/__

VOIR DIRE BEGINS __  JURY SELECTION CONTD.__  JURY IMPANELED __

JURY TRIAL BEGINS____    JURY TRIAL HELD _✓_ CONTINUED TO _12/8/01_

MISTRIAL DECLARED ___    NEW TRIAL ORDERED ___    TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT    __ GOVT. MOT    __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____

433