

FILED by _GT_ D.C.

**DEC 13 2001**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE # _01-CR-6273_

### COURTROOM MINUTES

HONORABLE _Paul C. Hock_, Presiding    Date _12/11/01_

Cont'd from ___/___/___

Defendant 1. _Anthony Trentacasta_    Counsel: _Stephen Rosen_

2. _Ariel Hernandez_    _Jeff Winkle_

3. _Frederick Massaro_    _Fred Haddad_

4. _____    _____

_____    AUSA _Larry LaVacchio_

Deputy Clerk _Elvis Taveras_    Reporter_____

Calendar Call Held___ Non-appearance of Deft/Bench Warrant issued_

Begin Fugitive Interval___    Oral Motion_____

by_____

Oral Order  Grant___    Deny___    Adv.___

_____

TRIAL:  JURY_____    BENCH_____

BENCH TRIAL BEGINS ___ BENCH TRIAL HELD ___ CONTINUED TO ___/___/___

VOIR DIRE BEGINS ___ JURY SELECTION CONTD.___ JURY IMPANELED ___

JURY TRIAL BEGINS_____    JURY TRIAL HELD _✓_ CONTINUED TO _12/10/01_

MISTRIAL DECLARED ____    NEW TRIAL ORDERED ____    TRIAL ENDS ____

DISMISSED COUNTS_____

___ COURT MOT ___ GOVT. MOT ___ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____

_Government rests. Defense rests._