FILED by EJ D.C.

DEC 13 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 01-CR-6273

COURTROOM MINUTES

HONORABLE **Paul C. Huck**, Presiding   Date 12/13/01

Cont'd from ___/___/___

Defendant 1. **Anthony Trentacasta**   Counsel .**Stephen Rosen**
2. **Ariel Hernandez**   .**Jeff Winkle**
3. **Frederick Massaro**   .**Fred Haddad**
4. _____

AUSA **Larry LaVecchio**

Deputy Clerk **Elvis Taveras**   Reporter **Larry Herr**

Calendar Call Held__ Non-appearance of Deft/Bench Warrant issued__

Begin Fugitive Interval__   Oral Motion_____

by_____

Oral Order   Grant__   Deny__   Adv.__

TRIAL:   JURY____   BENCH____

BENCH TRIAL BEGINS __ BENCH TRIAL HELD __ CONTINUED TO __/__/__

VOIR DIRE BEGINS __ JURY SELECTION CONTD.__ JURY IMPANELED __

JURY TRIAL BEGINS____ JURY TRIAL HELD ✓ CONTINUED TO 12/11/01

MISTRIAL DECLARED ___   NEW TRIAL ORDERED ___   TRIAL ENDS ___

DISMISSED COUNTS_____

__ COURT MOT   __ GOVT. MOT   __ DEFT. MOT

COURT JUDGMENT OF ACQUITTAL Cts #_____

JUDGMENT/VERDICT OF NOT GUILTY Cts #_____

**Summation made.**