UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



Case No. 00-6273-Cr-HUCK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY TRENTACOSTA, et al.,

    Defendants.
_____/

## STIPULATION

The United States of America and the defendant Frederick J. Massaro agree and stipulate as follows:

1.    The defendant Frederick J. Massaro was convicted of credit card fraud on or about March 22, 1985, in the Circuit Court of the Thirteenth Judicial Circuit in and for the County of Hillsborough, Florida, of a crime punishable by imprisonment for a term exceeding one year; and



2.  The following firearms were in or affected interstate commerce, that is, those firearms moved from a place outside the State of Florida to a place inside the State of Florida:

   a.  Raven model MP-25 serial number 1766264;

   b.  Colt model MK III serial number 28621U;

   c.  Marlin model 60 serial number 17321872; and

   d.  S & W revolver serial number AYP6794.

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
JEFFREY H. SLOMAN
ASSISTANT U.S. ATTORNEY

_____
LAWRENCE D. LAVECCHIO
ASSISTANT U.S. ATTORNEY

_____
FRED HADDAD
ATTORNEY FOR FREDERICK J. MASSARO

_____
FREDERICK J. MASSARO



UNITED STATES DISTRICT COURT IN AND
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE # 00-6273-Cr-HUCK

v.

ANTHONY TRENTACOSTA,
a/k/a/ "Tony Pep", et al.
_____/

STIPULATION

The United States of America and the defendant, ANTHONY TRENTACOSTA, hereby stipulate and agree that the defendant ANTHONY TRENTACOSTA is a member of the Gambino Crime Family, and has been a member since the late 1980s.

JEFFREY H. SLOMAN
Assistant United States Attorney

LAWRENCE D. LaVECCHIO
Assistant United States Attorney

STEPHEN H. ROSEN, ESQ.
Attorney for Anthony Trentacosta

ANTHONY TRENTACOSTA

GOVERNMENT EXHIBIT
CASE NO. 00-6273-Cr-HUCK
EXHIBIT NO. 170