UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
MAR 05 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 00-6273CR-HUCK

UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
　　　Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

COMES NOW the Defendant, Frederick Massaro, by the undersigned counsel and makes the above Unopposed Motion to Continue Sentencing Hearing and would state as follows:

1. This matter is currently scheduled for sentencing hearing on March 19, 2002.

2. The undersigned has been involved in trial before United States District Judge Hurley since February 4, 2002 in *U.S.A. V. Thomas Narog, et al*, commuting back and forth to West Palm Beach and said trial is still ongoing.

3. That as of this date the undersigned has not received a Presentence Report on Mr. Massaro.

4. That pursuant to Rule 32(b)6(A) of the Federal Rules of Criminal Procedure the Defendant is entitled to a Presentence Report no less than thirty five days before Sentencing, and that is clearly not the case herein.

5. That upon receiving the Presentence Report the undersigned would need to meet with his client in Miami and prepare objections after full review of said report. Due to the extensive nature of the case a great deal of work needs to be done for sentencing.

6. The undersigned, on five attempts to see his client, was unable to meet with Mr. Massaro due to a separation order. There are numerous issues to be resolved at sentencing and due

to the massive nature of the case extensive time must be spent, as has been noted.

7. The undersigned will have to meet with Mr. Massaro to go over objections to the Presentence Report, and such cannot be done until the Report has been received.

8. The Fifth and Sixth Amendments to the Constitution provide for a meaningful sentencing, which is seriously infringed at this juncture already, and the Presentence Report has not been received [cf: *Wilson v. United States*, 962 F.2d 996 (11 Cir. 1992)].

9. The Defendant does not believe that he would have sufficient time, if the Presentence Report seriously differs from the Co-Defendants, to prepare for sentencing.

10. Assistant United States Attorney Larry Lavechio has indicated that he has no objection to the granting of this Motion.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Larry Lavechio, Esq., Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394, this 6 day of March, 2002.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By: _____
FRED HADDAD
Florida Bar No. 180891