UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.00-6273 -CR-HUCK
Magistrate Judge Stephen T. Brown

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

ANTHONY TRENTECOSTA,
FREDERIC MASSARO,
ARIEL HERNANDEZ,

    Defendants.
_____/



FILED by ___ D.C.
MAR 1 8 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER GRANTING MOTION FOR CONTINUANCE OF SENTENCING

THIS MATTER came before the Court by virtue of Defendant, Frederick Massaro's Motion for a Continuance of the Sentencing filed March 5, 2002. Defendants Anthony Trentecosta and Ariel Hernandez join this motion. Upon consideration of the motion and a finding that good cause exists for the request, it is hereby

ORDERED that the defendants' motion is GRANTED. Therefore the sentencing is reset for April 23, 2002 at 4:00 p.m. before the Honorable Paul C. Huck, United States District Judge, in the Federal Justice Building, Tenth Floor, Courtroom 6, 99 NE 4th Street, Miami, Florida.

DONE AND ORDERED in Chambers, Miami, Florida, this 18 day of March, 2002.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

cc:    Jeffrey Sloman, AUSA



Lawrence LaVecchio

**Stephen Howard Rosen**
1221 Brickell Avenue
Suite 1020
Miami, FL 33131

**Fred Haddad, Esq.**
One Financial Plaza, Suite 2612
Fort Lauderdale, FL 33394

**Jeffrey Weinkle, Esq.**
1035 NW 11thn Avenue
Miami, FL 33136