UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK

UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
　　　　Defendant.
_____/

## INITIAL MOTION FOR DOWNWARD DEPARTURE

COMES NOW the Defendant aforesaid by the undersigned counsel and makes this Initial Motion for Downward Departure and would states:

1.　The Defendant was convicted of first degree murder, which provides for a base offense level of 43.

2.　The application notes of §2A1.1, First Degree Murder provides that in certain circumstances a downward departure may be warranted.

3.　The Defendant continually argued that the evidence was such that he had no knowledge of the murder of Jeanette Smith prior to its occurrence and only helped to dispose of the body, which makes him an accessory after the fact.

4.　The Defendant again denies any involvement in the murder of Ms. Smith.

5.　While not admissible as evidence in a criminal trial, the undersigned would note that Mr. Massaro was given a polygraph examination at the request of the undersigned, and as will be shown at the sentencing hearing, was found to be truthful in his denials of planning, conspiracy of having knowledge of the death of Ms. Smith.

6.　The Defendant submits that based on the above factors and the facts surrounding the death of Ms. Smith that as to Mr. Massaro a downward departure should be granted.

7. The Defendant would argue further grounds for downward departure by separate pleading.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Larry Lavechio, Esq., Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394 and to Thomas Felasco, U.S. Probation Officer, U.S. District Court, 300 N.E. 1st Avenue, Room 315, Miami, Florida 33132-2126, this 26 day of March, 2002.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel:  [954] 467-6767
Fax:  [954] 760-4421

By: _____
FRED HADDAD
Florida Bar No. 180891