UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK

UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
     Defendant.
_____/

NIGHT BOX
FILED
MAR 27 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## MOTION FOR ADDITIONAL TWENTY DAYS TO FILE FURTHER OBJECTIONS AND MOTIONS

COMES NOW the Defendant aforesaid by the undersigned counsel and makes this Motion for Additional Twenty Days to File Further Objections and Motions and would state as follows:

1. The Defendant was convicted on 14 December 2001, and a presentence report was ordered.

2. The undersigned received the Presentence Report on 20 March 2002, with a sentencing date set for April 23, 2002.

3. The undersigned is on even date herewith filing his initial Objections to the Presentence Report as well as an Initial Motion for Downward Departure, however, as noted the PSI is complex. Indeed it took three months to complete.

4. The Presentence Report is some 40 pages long with some 150 paragraphs, and is extremely complex.

5. The undersigned just finished a six week trial and is preparing Motions therein, is preparing for another trial, and has long standing plans to be away with his family on Easter week.

6. The extension is to amplify and expand on the timely objections presented, and should not cause any undue delay in the proceedings.

498

7.  Larry Lavechio, Assistant United States Attorney, has indicated that he has no objection to the granting of this Motion.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Larry Lavechio, Esq., Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394 and to Thomas Felasco, U.S. Probation Officer, U.S. District Court, 300 N.E. 1st Avenue, Room 315, Miami, Florida 33132-2126, this 26 day of March, 2002.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel:   [954] 467-6767
Fax:   [954] 760-4421

By: /s/ Fred Haddad
FRED HADDAD
Florida Bar No. 180891