UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK


FILED by _____ D.C.
APR 0 2 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

FREDERICK MASSARO,
    Defendant.
_____/

### ORDER

THIS CAUSE having come before the Court on the Defendant's **MOTION FOR ADDITIONAL** ~~TWENTY~~ *ten* **DAYS TO FILE FURTHER OBJECTIONS AND MOTIONS**, and the Court having been duly advised, it is hereby

ORDERED AND ADJUDGED that said Motion is hereby *Granted*. *Further objections due April 12, 2002.*

DONE AND ORDERED in Miami, Florida, this _2_ day of ~~March~~ *April*, 2002.

_____
~~Magistrate~~/District Judge

cc:    Fred Haddad, Esq.
       Larry Lavechio, AUSA
       Thomas Felasco, PO