UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK

UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
    Defendant.
_____/

## SUPPLEMENTAL MOTION FOR DOWNWARD DEPARTURE AND CLASSIFICATION TO A MEDICAL FACILITY

COMES NOW the Defendant aforesaid by the undersigned counsel and makes this Supplemental Motion for Downward Departure and Classification to a Medical Facility and states as follows:

1. The Defendant is scheduled for sentencing before this Court on 23 April, 2002.

2. The Defendant has filed his initial Motion for Downward Departure on the homicide conviction, and would move for a departure downward as to both the homicide conspiracies and the actual homicide and would adopt the same herein.

3. The Defendant suffers severe health problems, is already an elderly man with an abbreviated life expectancy and is in need of continual care. The Defendant's doctor will testify and present medical records at sentencing.

4. The Defendant's health conditions, it is submitted, renders him extremely vulnerable in prison, such as would warrant a downward departure [compare *United States v. Long*, 977 F.2d 1264 (8 Cir. 1992) and *United States v. Slater*, 971 F.2d 626 (10 Cir. 1992)].

5. That the Defendant, while involved in petty crimes in his lifetime has never been involved in something such as this, and indeed, such conduct could be considered such aberrant

behavior, particularly when all of the factors are considered. This Court can consider the factors find it to be aberrant behavior and then depart downward [compare for theory *United States v. Laur*, 20 F.3d 999 (9 Cir. 1994), compare also *United States v. Gifford*, 17 F.3d 462 (1 Cir. 1994)].

6. That based upon the above, again, the Defendant would request a downward departure.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Larry Lavechio, Esq., Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394, this ____ day of April, 2002.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
[954] 467-6767

By:_____
FRED HADDAD
Florida Bar No. 180891