# COURTROOM DEPUTY MINUTES

## UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA

BEFORE THE HONORABLE PAUL C. HUCK, COURTROOM #6, 10TH FLOOR

4/23/02

**23 Tuesday**

**4:00 PM   SENTENCING**

00-6273-CR-HUCK
USA
   Lawrence LaVecchio, 954.356.7255
   Jeffrey Sloman, 954.356.7392
V.
ARIEL HERNANDEZ (J)36717-004
   Jeffrey Weinkle, Esq.

FREDERICK J. MASSARO (J)02399-748
   Fred Haddad, Esq.

PO: Thomas Felasco, xt 5243

FILED by C/ D.C.
APR 23 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

CR: Larry Herr
CRD: Elvis Taveras

Both defendants sentenced.
See judgments for details.