# LEONARD G. BIERMAN

| | |
|---|---|
| Drive, Suite 320 | 150 South Pine Island Road, Suite 130 |
| Miami Lakes, Florida 33014 | Plantation, Florida 33324 |
| (305) 822-9395 | (954) 476-9200 |
| FAX (305) 822-3393 | |

Email – lienomore@earthlink.net

Leonard Bierman, a uniquely gifted Examiner, founded Leonard Bierman and Associates, Inc in 1989. He brings to his firm an extensive background having conducted in excess of 10,000 specific examinations and over 20,000 screening or pre-employment examinations while co-owner of Graymark Security Group. Mr. Bierman also supervised over 30 Polygraph Examiners while Chief Executive Officer of the Polygraph Division of Graymark.

Mr. Bierman has achieved the highest certifications awarded from the governing bodies of the American and Florida Polygraph Associations. A respected lecturer on polygraph, he has trained some of America's foremost Examiners and is frequently consulted as a recognized expert in forensic polygraph, generally considered the most demanding and critical polygraph examination.

In addition to his work as a forensic polygraphist, Mr. Bierman is an expert in the laws governing compliance with the Employee Polygraph Protection Act (EPPA).

## EXPERIENCE

- Leonard Bierman & Associates, Inc. – President – 12 years
- Graymark Security Group, Co-owner/Executive Vice President – 25 years
  - Chief Executive Officer and Director – Polygraph Division
    - Supervised activities of 30 Polygraph Examiners
    - Personally conducted in excess of 10,000 specific polygraph examinations
    - Director and Senior Instructor – National Polygraph Institute

## EDUCATIONAL TRAINING

- University of Miami
- Princeton University – Research Grant to study Interviewing and Interrogation
- Backster School of Lie Detection – Certification in Latest Developments in Lie Detection
- Certified Polygraphist - Florida Polygraph Association
- Florida Polygraph Association – Polygraph Techniques and Procedures

- American Association of Police Polygraphists – Certified Forensic Law Enforcement Polygraph Examiner
- Backster Zone of Comparison Technique
- National Polygraph Institute
- Psychology and the Polygraph
- U.S. Government Zone of Comparison Technique
- Forensic Psychophysiologist
- Princeton University – Assisted in research grant on interviewing and interrogation
- Sexual Offender Interviewing and Testing Certification
- Linguistic Analysis
- Profiling and Behavior Analysis
- American Polygraph Association – Certification for Advanced and Specialized Training in Polygraph
- Advanced Certification in Computerized Polygraph – Axciton/John Hopkins University Algorithm
- Interviewing Minors
- Axciton Systems Incorporated – Certificate of Forensic Psychophysiologist
- Florida Polygraph Association School for Continuing Studies – Certification of Proficiency – Polygraph Techniques and Procedures
- American Polygraph Association – Advanced and Specialized Training Certification
- Certified Post Conviction Sexual Offender Testing

## PROFESSIONAL ASSOCIATIONS

- American Polygraph Association (APA)
- Florida Polygraph Association (FPA) – Founding Member, Officer, Director, Charter Member and Certified Polygraphist
- American Association of Police Polygraphists
- National Polygraph Association
- United Security Professional Association – Charter Member
- American Polygraph Association Ad Hoc Committee on Polygraphs role for Homeland Security
- Professional Associate Diplomate – The American College of Forensic Examiners
- ASTM
- American Society for Industrial Security
- National Association of Chiefs of Police
- Fellow – American College of Forensic Examiners
- Financial Institute Security Association – Founder/Consultant
- Florida Association of Private Investigators
- Miami 100
- Greater Miami Crime Commission
- Greater Miami Chamber of Commerce Fraud and Embezzlement Committee

# ACHIEVEMENTS

- Certified expert – Court testimony (Mr. Bierman has testified in federal, civil, circuit and international courts of law and has been court qualified as such)
- Regional Director – APA Case Review Committee (so called "Court of Last Resort") charged with the review of all Capital Convictions in the Southeast United States for possible miscarriage of justice
- Debated Congressional sponsor of the Employee Polygraph Protection Act to a national audience
- Florida Polygraph Association – Certified Polygraphist (The highest certification that FPA bestows)
- Authored numerous articles on polygraph and interrogation
- Frequent speaker to law enforcement, Officers of the Public Defender, criminal, civil and labor lawyers associations, the hospitality industry, auditors associations, banks and savings and loan associations
- Presented numerous seminars on polygraph, interviewing and interrogation techniques, fraud and embezzlement and the Employee Polygraph Protection Act
- Consultant in forensic polygraph, internal security and financial fraud
- Expert – drug screening techniques in the workplace
- Debated ACLU on Polygraph in the workplace – NBC televised
- Frequent interviewee on radio and television talk shows, local and national
- Conducted over 10,000 specific and 20,000 screening and/or pre-employment examinations
- Granted the highest level of certification by the Florida Polygraph Association, American Polygraph Association and the American Association of Police Polygraphists

# MILITARY HISTORY

- U.S. Army Rangers – Honorable Discharge

Mr. Bierman has consulted on or polygraphed in such high visibility cases as the infamous Hoffert/Wiley murder case, which became the pilot story for the Kojak television drama; the Jimmy Hoffa disappearance; the Valerie Percy murder; and the multi-million-dollar Barclay financial swindle.

Today, more than ever, experience, credibility, knowledge, ability and professionalism are the paramount prerequisites to effective use of polygraph tests and testimony.

LBA CV 1-22-02

# REPORT OF POLYGRAPH EXAMINATION

## OF

## FRED MASSARO

## FOR

## FRED HADDAD
## ATTORNEY AT LAW

### RE:

**Conspiring to Commit Murder**

Examination Date

March 14, 2002

Polygraph Examiner

Leonard G. Bierman

*Leonard Bierman & Associates, Inc.*

*6625 Miami Lakes Drive, Suite 320, Miami Lakes, Florida 33014 Tel. (305) 822-9395 • Fax: (305) 822-3393*
*150 South Pine Island Road, Suite 130, Plantation, Florida 33324 Tel. (954) 476-9200 • Fax: (954) 476-6650*

On March 14, 2002, Subject, Mr. Fred Massaro voluntarily underwent a polygraph examination. Said examination was conducted in an effort to determine the veracity of Mr. Massaro's statements and denials concerning the charges of conspiracy to commit murder.

Preliminary information was provided by Mr. Fred Haddad, and consisted of a telephone conference briefing with known matters of fact with regard to the aforementioned incident under consideration.

### Instrumentation

The polygraph examination, herein referenced was conducted on an Axciton Computerized Polygraph System utilizing four recording components. Two components of said system monitor pneumographic responses. One monitoring component perceives galvanic skin responses. The remaining monitoring component perceives cardiovascular activity. A standard size blood pressure cuff was utilized in conjunction with this monitoring component.

The noted system meets, or exceeds, all standards for polygraph instrumentation as established by the American Polygraph Association, The Florida Polygraph Association, The Employee Polygraph Protection Act of 1988, Department of Labor Rules and Regulations, and all other Federal and State legislative and/or regulatory rules and/or guidelines for the permanent and simultaneous monitoring/recording of blood volume, pulse, relative blood pressure, respiration and galvanic skin response. Validation studies ascribe a degree of accuracy in the mid to high 90s with an experienced examiner.

The above polygraph system was calibrated to standards established by the manufacturer and accepted by the American Polygraph Association and the Florida Polygraph Association.

### Technique

Backster Zone Comparison Technique and/or Modified General Question Technique was utilized with relevant test questions and Subject's responses detailed in a subsequent section of this report.

### Subject Information

Subject, Mr. Fred Massaro, for purposes of identification is described as a male who claims to be 62 years of age and provided October 20, 1939 as his date of birth. He further described his place of birth as Brooklyn, New York. Subject stated his Social Security Number to be 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. Mr. Massaro advised he presently resides at 1499 Shoreline Way, Hollywood, Florida where he has lived for the past five years.

*Leonard Bierman & Associates, Inc.*

6625 Miami Lakes Drive, Suite 320, Miami Lakes, Florida 33014 Tel. (305) 822-9395 • Fax: (305) 822-3393
150 South Pine Island Road, Suite 130, Plantation, Florida 33324 Tel. (954) 476-9200 • Fax: (954) 476-6650

As to his ability to comprehend the polygraph interview and questions, Mr. Massaro related that he graduated from high school. Subject indicated that he can read, write and understand the English language, as is in general use in the United States.

Prior to the commencement of his interview and examination, Mr. Massaro was provided a "Pretest Release and Agreement for Interview and Polygraph Examination" form, utilized by Leonard Bierman & Associates, whereon Subject, by his execution of same, consented to be interviewed, and agreed to hold harmless the Examiner, Leonard Bierman & Associates and Mr. Fred Haddad, Attorney at Law. A copy of this form is hereto attached.

With respect to his medical history, Subject stated he has no symptoms of, nor has he a history of treatment for brain, emotional or psychiatric disorders. Further, Mr. Massaro stated he has no symptoms or history of treatment for ulcers, epilepsy, diabetes, respiratory disorders or allergies. Subject stated that his general health is only fair as he is a diabetic and requires insulin injections twice a day. He also suffers from high blood pressure for which he takes Quanidine and Lisinipil. Subject informed that he has not taken the prior medications this date. Subject also advised he takes LoVastistin to control his cholesterol. Subject stated he underwent a quadruple bypass in July 1999. Additionally, he advised that within the twenty-four hours immediately preceding his polygraph examination he had seven to eight hours of sleep and his last meal (tacos) was the morning of this examination. Further, he advised that he was not suffering any pain or discomfort at the time of this polygraph examination.

Mr. Massaro denied the use of any illicit drugs during the forty-eight hours immediately prior to his exam.

Subject's employment history as related by him follows: Mr. Massaro advised he has been self-employed as a Partner in Father and Son Moving and Storage for the past eight to ten years.

### Subject's Pretest Statements

During the pretest interview, Mr. Massaro denied any discussion, conversation, plan, or conspiracy to kill the deceased, Jeanette Smith.

### Test/Chart Phase

Predicated upon the briefing information and Mr. Massaro's pretest statements and admissions, questions required for the proper administration of the chosen testing technique were developed and reviewed with the Subject. Immediately prior to the conduct of the instant relevant examination an acquaintance test was conducted to familiarize the Examinee with the process and to determine the Examinee's compatibility to the process. Mr. Massaro was at this time tested to determine the veracity of his statements and denials.

*Leonard Bierman & Associates, Inc.*

*6625 Miami Lakes Drive, Suite 320, Miami Lakes, Florida 33014 Tel. (305) 822-9395 • Fax: (305) 822-3393*
*150 South Pine Island Road, Suite 130, Plantation, Florida 33324 Tel. (954) 476-9200 • Fax: (954) 476-6650*

During the administration of his polygraph charts, Mr. Massaro was asked the following questions relevant to the issue under investigation, to which he responded in the negative:

Question 33: Did you plan, conspire or discuss the killing of Jeanette Smith?

Question 35: Before Jeanette Smith was killed, did you have reason to believe she was going to be killed?

## Results and Conclusions

After due and careful consideration of the polygrams developed during the test/chart phase of Mr. Massaro's polygraph examination, it is the opinion of this Examiner that **Subject's responses to the relevant questions did not contain consistent identifiable reactions of deception. Accordingly, results infer Subject was truthful in his answers to the relevant questions.**

This report has been respectfully submitted.

**Leonard Bierman & Associates, Inc.**

6625 Miami Lakes Drive, Suite 320, Miami Lakes, Florida 33014 Tel. (305) 822-9395 • Fax: (305) 822-3393
150 South Pine Island Road, Suite 130, Plantation, Florida 33324 Tel. (954) 476-9200 • Fax: (954) 476-6650

## PRETEST RELEASE AND AGREEMENT

## FOR POLYGRAPH INTERVIEW AND EXAMINATION

I, _FRED MASSARO_, am over the age of 18 years old, and do hereby authorize a polygraph (lie detector) examination be administered to me by a representative of LEONARD BIERMAN & ASSOCIATES, INC. I submit to this examination voluntarily, without duress, coercion, threats, or promise of reward or immunity. I authorize the attachment to my person of certain components of the polygraph and the preparation of written and/or oral records of this examination by those instruments in accordance with the law, and do hereby consent to the use of any electronic hearing, recording and/or viewing devices operated in conjunction with this examination.

I authorize LEONARD BIERMAN & ASSOCIATES, INC., to disclose either orally or in writing, the results of, and opinions concerning this examination and interview to _FRED HADDAD ESQ_

The examiner will make a report of opinions and findings to the sponsors. You may not agree with that report which may indicate that you were not truthful during the polygraph examination or polygraph interview.

In consideration of the above, I hereby release and forever discharge LEONARD BIERMAN & ASSOCIATES, INC., _L. BIERMAN_ and _FRED HADDAD ESQ_ and any and all of their officers, agents, servants and employees of and from any and all causes of action, claims or legal actions, which I have now, or may ever have, resulting directly or indirectly from my taking this examination, the written or oral record and report of the examination or interview.

I further acknowledge that I was advised that I could not be forced by anyone to take the examination. To the best of my knowledge I have no physical or mental condition which would prevent me from taking this examination.

I have carefully read and understood all of the foregoing and I sign this document freely and voluntarily.

Dated at: _MIAMI_, State of _FLA_
this _14_ day of _MARCH_, 20_02_

X _[signature]_
(Signature of Person Being Examined)

X _FREDERICK MASSARO_
(Printed Name)

X _3/14/02_
Date



PROB 48
(Rev. 9/00)

| Last Name | First Name | Middle Name | Social Security Number |
|---|---|---|---|
| MASSARO | FREDERICK | Joseph | 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 |

## Instructions for Completing Net Worth Statement

Having been convicted in the United States District Court, you are required to prepare and file with the probation officer an affidavit fully describing your financial resources, including a complete listing of all assets you own or control as of this date and any assets you have transferred or sold since your arrest. Amendments were made to 18 U.S.C. §§ 3663(a)(1)(B)(i), 3664(d)(3), and 3664(f)(2), and Rule 32(b)(4)(F) to clarify that the assets owned, jointly owned, or controlled by a defendant; and liabilities are all relevant to the court's decision regarding the ability to pay. Your Net Worth Statement should include assets or debts that are yours alone (I-Individual), assets or debts that are jointly (J-Joint) held by you and a spouse or significant other, assets or debts that are held by a spouse or significant other (S-Spouse or Significant Other) that you enjoy the benefits of or make occasional contributions toward, and assets or debts that are held by a dependent (D-Dependent) that you enjoy the benefits of or make occasional contributions toward.

If you are placed on probation or supervised release (or other types of supervision), you may be periodically required to provide updated information fully describing your financial resources and those of your dependents, as described above, to keep a probation officer informed concerning compliance with any condition of supervision, including the payment of any criminal monetary penalties imposed by the court (see 18 U.S.C. § 3603).

Please complete the Net Worth Statement in its entirety. You must answer "None" to any item that is not applicable to your financial condition. Attach additional pages if you need more space for any item. All entries must be accompanied by supporting documentation (see Request for Net Worth Statement Financial Records (Prob. 48A)). Initial and date each page (including any attached pages). Also, sign, date, and attach the Declaration of Defendant or Offender Net Worth & Cash Flow Statements (Prob. 48D).

PROB 48
(Rev. 9/00)

Page 2 of _____

| Last Name - |
|---|

# NET WORTH STATEMENT

NOTE: I = Individual   J = Joint   S = Spouse/Significant Other   D = Dependent

## ASSETS

**BANK ACCOUNTS** (Include all personal and business checking and savings accounts, credit unions, money markets, certificates of deposit, IRA and KEOGH accounts, Thrift Savings, 401K, etc.)

| I/J S/D | Name of Institution | Address | Type of Account | Account Number | Personal or Commercial | Balance |
|---|---|---|---|---|---|---|
| J | Bank United | 501 Golden Isle Dr. Hallandale Fl | Checking | 0323965474 | personal | $1968.58 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**SECURITIES** (Include all stocks in public corporations, stocks in businesses you own or have an interest in, bonds, mutual funds, U.S. Government securities, etc.)

| I/J S/D | Name and Kind of Security | Location of Security | Number of Units | Fair Market Value |
|---|---|---|---|---|
| | none | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**MONEY OWED TO YOU BY OTHERS** (Include all money owed to you by any person or entity.)

| I/J S/D | Name and Address of Debtor | Amount Owed to You | Reason Owed to You | Date Money Loaned | Relationship to Debtor (if any) | Monthly Payment or Date Full Payment Expected | Is debt collectible? |
|---|---|---|---|---|---|---|---|
| | none | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

Initials _____ Date _____

| Last Name - | | | | | | | |
|---|---|---|---|---|---|---|---|

**LIFE INSURANCE** (Include type of policy [whole life, variable, or term], face amount [the stated amount of coverage] and cash surrender value [the value of the investment portion of a whole life or variable policy.])

| I/J S/D | Name and Address of Company and Name of Beneficiary | Policy Number | Type of Policy | Face Amount | Cash Surrender Value | Amount Borrowed | Amount You Can Borrow |
|---|---|---|---|---|---|---|---|
| | none | | | | | | |
| | | | | | | | |
| | | | | | | | |

**SAFE DEPOSIT BOXES OR STORAGE SPACE FACILITY** (Include all safe deposit boxes or storage space you rent or places you have access to in which others are holding assets or items belonging to you.)

| I/J S/D | Name and Address of Box or Facility Location | Box Number or Space | Contents | Fair Market Value |
|---|---|---|---|---|
| | none | | | |
| | | | | |
| | | | | |

**MOTOR VEHICLES** (Include all cars, trucks, mobile homes, motorcycles, all terrain vehicles, boats, airplanes, etc.)

| I/J S/D | Year, Make & License Number/Vehicle Identification Number | Mileage | Loan/Lease Balance (if any) | Date Loan/Lease Will Be Paid Off or Ends | Monthly Payment | Fair Market Value |
|---|---|---|---|---|---|---|
| | none | | | | | |
| | | | | | | |
| | | | | | | |

**REAL ESTATE** (Include property, parcels, lots, timeshares, and developed land with buildings.)

| I/J S/D | Real Estate Address (include county and state)/ Mortgage Company or Lien Holder | Purchase Date | Purchase Price | Mortgage Balance (if any) | Date Mortgage Will be Paid Off | Monthly Payment | Fair Market Value |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**MORTGAGE LOANS OWED TO YOU** (Include name, address, and relationship [if any] to the mortgagee [the party that bought the real estate you sold and is making payments to you].)

| I/J S/D | Mortgagee (name & address)/ Relationship to Mortgagee | Mortgage Balance | Date Mortgage Will be Paid Off | Balloon Payment? If Yes, Date? | Monthly Payment | Is Debt Collectible? |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |

Initials _____ Date _____

Page 4 of _____

Last Name -

**OTHER ASSETS** (Include any cash on hand, jewelry, art, paintings, coin collections, stamp collections, collectibles, antiques, copyrights, patents, etc.)

| I/J S/D | Description | Loan Balance (if any) | Date Loan Will be Paid Off | Monthly Payment | Where is Asset Located? | Fair Market Value |
|---|---|---|---|---|---|---|
| | none | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**ANTICIPATED ASSETS** (Include any assets you expect to receive or control from lawsuits for compensation or damages, profit sharing, pension plans, inheritance, wills, or as an executor or administrator of any succession or estate.)

| I/J S/D | Amount Received or Expected to Receive | Date Expected to Receive | Reason You Expect This | Name and Address of Person or Company That Can Verify This (e.g., attorney, financial institution, executor.) |
|---|---|---|---|---|
| | none | | | |
| | | | | |
| | | | | |

**TRUST ASSETS** (Include all trusts in which you are a grantor or donor [the person who establishes the trust], the trustee or fiduciary [who controls the trust assets and income or the beneficiary who has or will receive benefits from the trust].)

| I/J S/D | Name of Trust/ Taxpayer ID# | Value of Trust | Your Annual Income from Trust | Your Interest in Trust Assets |
|---|---|---|---|---|
| | none | | | |
| | | | | |
| | | | | |

**BUSINESS HOLDINGS** (Include all businesses in which you have an ownership interest or with which you had an affiliation within the last three years, e.g., self-employed sole proprietor, officer, shareholder, board member, partner, associate, etc.) Complete Section N (attach additional pages, if necessary).

| I/J S/D | Name and Address of Business/ Taxpayer I.D.# | Type of Business Entity | Industry of Business | Date Business Started | Capital Investment to Start | Your Ownership Interest Percentage | Sale Price or Fair Market Value of Your Interest |
|---|---|---|---|---|---|---|---|
| J | Father & Son Moving & Storage of Jacksonville | Corporation | moving | 10/92 | approx. $55,000 | 50% | not available |
| | | | | | | | |
| | | | | | | | |

Initials _____ Date _____

PROB 48
(Rev. 9/00)

Page 5 of 8
PROB 48
(Rev. 9/00)

| Last Name - | | | |
|---|---|---|---|
| **INCOME TAX RETURNS** | | | |
| Type of Income Tax Return Filed | Last Filing Year | Years of Last 5 Income Tax Returns You Will Submit to the Probation Officer | |
| Individual (Form 1040) | 2000 | 1999, 2000 | |
| Partnership/Limited Liability Company (Form 1065) | | | |
| Corporation (Form 1120) | 2000 | 1996 - 2000 | |
| S Corporation (Form 1120S) | | | |

**TRANSFER OF ASSETS** (Include any assets you have transferred or sold since the date of your arrest with a cost or fair market value of more than $500.00. Also list any assets that someone else is holding on your behalf.)

| I/J S/D | Description of Asset/ Reason Transferred/Sold | Date of Transfer/Sale | Original Cost | Amount You Received, if Any | Name of Purchaser or Person Holding the Asset | Sale Price or Fair Market Value at Transfer |
|---|---|---|---|---|---|---|
| I | Personal Residence sold for attorney fees | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**NAMES OF SHAREHOLDERS OR PARTNERS** (Include all shareholders, officers, and/or partners, indicating each respective ownership interest.)

| Name of Business | Names of Shareholders/Partners | Ownership Interest Percentage |
|---|---|---|
| Father & Son Moving & Storage of Jacksonville | Yvonne Horowitz | 50% |
| | Fred Massaro | 50% |
| | | |
| | | |
| | | |

Initials _____   Date _____

| Last Name - | | | |
|---|---|---|---|
| ASSETS YOU WILL LIQUIDATE (Include all assets you intend to liquidate to satisfy any criminal monetary penalties that may be imposed.) | | | |
| Asset Description | Estimated Value of Asset | Date You Will Liquidate | Current Location of Asset (if real property, county, and state) |
| none | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

PROSPECT OF INCREASE IN ASSETS (Give a general statement of the prospective increase of the value of any asset you own.)

Initials _____    Date _____

PROB 48
(Rev. 9/00)

Page 7 of ___

| Last Name - | | | | | | |
|---|---|---|---|---|---|---|
| **LIABILITIES** ||||||||
| CHARGE ACCOUNTS AND LINES OF CREDIT (Include all bank credit cards, lines of credit, revolving charge accounts, etc.) ||||||||
| I/J S/D | Type of Account or Card | Name and Address of Creditor | Credit Limit | Amount Owed | Credit Available | Minimum Monthly Payment |
| I | Credit | MBNA | $21,000 | $20,000 | $1,000 | $520.00 |
| I | Credit | Discover | | | | |
| | | | | | | |
| | | | | | | |

OTHER DEBTS (Include mortgage loans, notes payable, delinquent taxes, and child support.)

| I/J S/D | Owed To | Address | Relationship (if any) | Amount Owed | Reason Owed | Monthly Payment |
|---|---|---|---|---|---|---|
| | none | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

PARTY TO CIVIL SUIT (Include any civil lawsuits you have ever been a party to.)

| I/J S/D | Name of Plaintiff in the Case | Court of Jurisdiction and County | Case Number | Date Suit Filed | Date of Judgment | Judgment Amount/ Unpaid Balance |
|---|---|---|---|---|---|---|
| | none | | | | | |
| | | | | | | |
| | | | | | | |

BANKRUPTCY FILINGS (Include information requested for any Chapter 7, 11, or 13 bankruptcy filings you have ever been a party to as an individual or as a business entity.)

| I/J S/D | Type of Bankruptcy (Voluntary or Involuntary)/Name and Address of Trustee | Bankruptcy Case Number | Bankruptcy Court of Jurisdiction | County and State of Discharge | Date Filed | Date of Discharge |
|---|---|---|---|---|---|---|
| | none | | | | | |
| | | | | | | |
| | | | | | | |

Signature _____  Date _____

PROB 48B
(9/00)

| Last Name | First Name | Middle Name | Social Security Number |
|---|---|---|---|
| MASSARO | FREDERICK | JOSEPH | 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 |

## Instructions for Completing Monthly Cash Flow Statement

Having been convicted in the United States District Court, you are required to prepare and file with the probation officer a statement fully describing your financial resources, including a complete listing of all monthly cash inflows and outflows.

If you are placed on probation or supervised release (or other types of supervision), you may be periodically required to provide updated information fully describing your financial resources and those of your spouse, significant others, or dependents, as described above, to keep a probation officer informed concerning compliance with any condition of supervision, including the payment of any criminal monetary penalties imposed by the court (see 18 U.S.C. § 3603).

Amendments were made to 18 U.S.C. §§ 3663(a)(1)(B)(i), 3664(d)(3), and 3664(f)(2), and Rule 32(b)(4)(F) to clarify that the assets owned, jointly owned, or controlled by a defendant; liabilities, and the financial needs and earning ability of a defendant and a defendant's dependents are all relevant to the court's decision regarding a defendant's ability to pay. Your Cash Flow Statement should include assets or debts that are yours alone (I-Individual), assets or debts that are jointly (J-Joint) held by you and a spouse or significant other, assets or debts that are held by a spouse or significant other (S-Spouse or Significant Other) that you enjoy the benefits of or make occasional contributions toward, and assets or debts that are held by a dependent (D-Dependent) living in your home that you enjoy the benefits of or make occasional contributions toward.

Please complete the Monthly Cash Flow Statement in its entirety. You must answer "None" to any item that is not applicable to your financial condition. Attach additional pages if you need more space for any item. All entries must be accompanied by supporting documentation (see Request for Cash Flow Statement Financial Records, Prob. 48C). Initial and date each page (including any attached pages) and sign and date the last page of the Cash Flow Statement.

PROB 48B  
(9/00)

Page 2 of _____

| Last Name - | | |
|---|---|---|
| **MONTHLY CASH FLOW STATEMENT** | | |
| Monthly Cash Inflows | | |
| Defendant | Gross | Net |
| **Your Salary/Wages** (List both monthly gross earnings and take-home pay after payroll deductions:) | $5,600 | $4194.64 |
| **Your Cash Advances** (List all payroll advances or other advances from work.) | none | none |
| **Your Cash Bonuses** (List all payments from work in addition to your salary that are not an advance.) | | |
| **Commissions** (List all non-employee earnings as an independent contractor.) | | |
| **Business Income** (List both monthly gross income and net income after deducting expenses.) | | |
| **Interest** (List all interest earned each month.) | | |
| **Dividends** (List all dividends earned each month.) | | |
| **Rental Income** (List all monthly income received from real estate properties owned.) | | |
| **Trust Income** (List all trust income earned each month.) | | |
| **Alimony/Child Support** (List all alimony or child support payments received each month.) | | |
| **Social Security** (List all payments received from Social Security.) | | |
| **Other Government Benefits** (List all amounts received from the government not yet reported (e.g., Aid to Families with Dependent Children.) | | |
| **Pensions/Annuities** (List all funds received from pensions and annuities each month.) | | |
| **Allowances-Housing/Auto/Travel** (List all funds received from housing allowances, auto allowances, travel allowances, and any other kind of allowance.) | | |
| **Gratuities/Tips** (List all gratuities and tips received each month from any and all sources.) | | |
| **Spouse/Significant Other Salary/Wages** (List all gross and net monthly salary and wages received by your spouse or significant other.) | | |
| **Other Joint Spousal Income** (List any monthly income jointly earned with your spouse or significant other [e.g., any income from spouse or income from a business owned or operated by the spouse that you have a joint ownership interest in or control]). | | |
| **Income of Others In-House** (List all monthly income of others living in the household or the monthly amount actually paid for household bills by these persons.) | | |
| **Gifts from Family** (List all amounts received as gifts from family members each month.) | | |
| **Gifts from Others** (List all gifts received from any sources not yet reported.) | | |
| **Loans from Your Business** (List all loan amounts received each month from all businesses owned or controlled by you.) | | |
| **Mortgage Loans** (List all amounts received each month from mortgage loans owed to you.) | | |
| **Other Loans** (List all other loan amounts received each month not yet reported.) | | |
| **Other (specify)** (List all other amounts received each month not yet reported.) | | |
| **TOTALS** | $5,600 | $4194.64 |

Initials _____  Date _____

PROB 48B
(9/00)

Page 3 of _____

| Last Name - | |
|---|---|
| **Necessary Monthly Cash Outflows** | Amount |
| Rent or Mortgage (List monthly rental payment or mortgage payment.) | 875.00 |
| Groceries (List the total monthly amount paid for groceries and number of people in your household.) # 2 | 400.00 |
| Utilities (List the monthly amount paid for electric, heating oil/gas, water/sewer, telephone, and basic cable.) | |
| Electric | 200.00 |
| Heating Oil/Gas | — |
| Water/Sewer | 75.00 |
| Telephone | 200.00 |
| Basic Cable (no premium channels) | 40.00 |
| Transportation (List monthly amount paid for gasoline, motor oil, necessary auto repairs, or the cost of public transportation.) | 75.00 |
| Insurance (List the monthly amount paid for auto, health, homeowner/rental, and life insurance.) | |
| Auto | 150.00 |
| Health | 250.00 |
| Homeowner/Rental | — |
| Life | — |
| Clothing (List the monthly amount actually paid for clothing.) | 200.00 |
| Loan Payments (List all monthly amounts paid toward verified loans, other than loans to family members, which are non-allowable expenses.) | — |
| Credit Card Payments (List all monthly credit card or charge card payments.) | 600.00 |
| Medical (List all monthly payments for necessary medical care or treatment.) | 250.00 |
| Alimony/Child Support (List all alimony or child support payments made each month.) | |
| Co-payments (List the total monthly payments made for electronic monitoring and drug and mental health treatment.) | |
| Other (specify) (List all other necessary monthly amounts paid each month not yet reported.) | |
| Other Factors That May Affect Monthly Cash Flow (Describe) Car payment | 350.00 |
| TOTAL | 3635.00 |

NET MONTHLY CASH FLOW: $559.64 _____ (CASH INFLOWS LESS NECESSARY CASH OUTFLOWS)

MONTHLY CRIMINAL MONETARY PENALTY PAYMENT: $_____

PROSPECT OF INCREASE IN CASH INFLOWS (Give a general statement of the prospective increase of the value of any cash inflows reported.)

Signature _____ Date _____