

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
APR 2 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 00-6273CR-HUCK

UNITED STATES OF AMERICA,

vs.

FRED MASSARO,
    Defendant.
_____/

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Fred Massaro, takes and enters this his Notice of Appeal to the United States Court of Appeals for the Eleventh Circuit to review the Orders, Judgment and Sentence entered on April 23, 2002.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Larry Lavechio, Esq., Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33301, this 23rd day of April, 2002.

By: _____
    FRED MASSARO
    Pro Se

FRED MASSARO #02399-748
FDC MIAMI
P.O. BOX 019120
MIAMI, FLORIDA 33101-9120