UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK

UNITED STATES OF AMERICA,

vs.

FRED MASSARO,
      Defendant.
_____/



## MOTION FOR ADJUDICATION OF INSOLVENCY FOR TRANSCRIPT
## [UNOPPOSED WITH FILED AFFIDAVIT]

COMES NOW the Defendant aforesaid by counsel undersigned requesting this Court declare the Defendant indigent and provide transcripts for the Defendant pursuant to CJA and the form 24 attached and the Defendant states:

1. The Defendant has been in custody since September 2000 and has just been sentenced to life in prison.

2. The Defendant has previously been declared indigent in a case still pending before Judge Moreno, <u>U.S.A. v. Massaro</u>, Case Number 00-CR-1085-1 and has had counsel appointed therein.

3. The Defendant filed his appeal pro se and his family is attempting to obtain counsel, although the undersigned, since no one has appeared has filed an appearance in the Eleventh Circuit in an abundance of caution. The Defendant himself has no funds to pay for any transcript, nor the deposits that would be required.

4. The Defendant no longer has any property or bank accounts with sufficient funds or anything else with which to pay for transcripts and without CJA authorization he would be unable to prosecute any appeal.

5. The Defendant would request the Court review the PSI which also notes that the Defendant's financial condition is now such that he cannot afford the transcripts. Too, the Defendant has been assessed a $10,000.00 fine, $2,300.00 in assessments and undetermined as yet, amount of restitution.

6. The Defendant's affidavit attesting to his indigency is attached hereto, and the Defendant has used the form used in the United States Supreme Court. The Defendant is available for hearing.

8. The Defendant's daughter Erica, an Attorney managing the Defendant's affairs, has advised the undersigned that the financial circumstances including with Father and Son Moving are such that there are absolutely no funds available to pay for transcripts.

9. The Presentence Report notes that the business of Father and Son reported a loss of income each year.

10. The Presentence Report also notes the Defendant has other outstanding debts including various credit cards and hospitals.

11. Larry Lavechio, Assistant United States Attorney, has no objection to this Motion upon the filing of an affidavit by the Defendant attesting to his indigency.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Larry Lavechio, Esq., Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33301, this _14_ day of May, 2002.

                                      HADDAD & HESTER, P.A.
                                      One Financial Plaza, Suite 2612
                                      Fort Lauderdale, Florida 33394
                                      Tel:   [954] 467-6767
                                      Fax:  [954] 760-4421

                                      By:_____
                                        FRED HADDAD
                                        Florida Bar No. 180891

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK

UNITED STATES OF AMERICA,

vs.

FRED MASSARO,
      Defendant.
_____/

## AFFIDAVIT IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS ON APPEAL

I, Fred Massaro, being first duly sworn, depose and say that I am the Petitioner in the above entitled case; that in support of my motion to proceed on appeal without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefore; that I wish to prosecute an appeal in this matter:

1. That I am filing the affidavit that is used in the United States Supreme Court.

I further swear that the responses which I have made to the questions and instructions below relating to my ability to pay the cost of the prosecution of the certiorari are true.

1. Are you presently employed? *No*

    a. If the answer is yes, state the amount of your salary or wages per month and give the name and address of your employer.

    b. If the answer is no, state the date of your last employment and the amount of the salary and wages per month which you received. *Sept 2000*

*I am unsure of my wages However my Income was reflected on my Tax Returns which were included in the P.S.I. And a copy of those pages are attached.*

2. Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends or other source. yes Father + Son moving + storage of Tax Inc. checks are given to my daughter I am unaware of how much since I have been incarcerated.

　　　a. If the answer is yes, describe each source of income and state the amount received from each during the past 12 months.

3. Do you own any cash or checking or savings account? yes.

　　　a. If the answer is yes state the total value of the items owned. $200 - 500 To the best of my knowledge

4. Do you own any real estate, stocks, bond, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? No, other than Father + Son Moving and Storage

　　　a. If the answer is yes, describe the property and state its approximate value.

5. List the persons who are dependent upon you for support ant state your relationship to those persons. Wife Pacita Mother.

Based upon my present beliefs, and the state of the business I would be unable to afford the cost of the transcripts. I presently have no funds available to place a deposit or secure an order of transcripts for a lengthy trial such as this.

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury.

_____
FRED MASSARO

SUBSCRIBED AND SWORN TO before me, this _14_ day of May, 2002.. Affiant is personally known __✓__ or has produced _____.

_____
NOTARY, STATE OF FLORIDA
My Commission Expires:



Steven Roadruck
Commission # CC 960967
Expires Sep. 29, 2004
Bonded Thru
Atlantic Bonding Co., Inc.

I was also assessed fines of $10,000 special assessment of $2,300 and restitution to be set, Hence I am further indebted.

I have previously been declared indigent and I have court appointed counsel for a pending case

3