UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6273-HUCK/TURNOFF



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK MASSARO,

    Defendant.
_____/

### ORDER OF REFERENCE OF POST-TRIAL MOTION

THIS MATTER came before the Court upon Defendant's Motion for Adjudication of Insolvency for Transcript filed on May 14, 2002. It is hereby ordered that the motion is REFERRED to Magistrate Judge William Turnoff for consideration and ruling.

DONE AND ORDERED in Chambers, Miami, Florida, this 16 day of May, 2002.

                          PAUL C. HUCK
                          UNITED STATES DISTRICT JUDGE

CC:    Lawrence Lavecchio, AUSA
        Jeffrey Sloman, AUSA
        Fred Haddad, Esq.

