UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-CR-HUCK/TURNOFF



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

**ORDER**

FREDERICK MASSARO,

    Defendant.
_____/

This Cause came before the undersigned on the Defendant's <u>Motion for Adjudication of Insolvency for Transcript</u> filed May 14, 2002. After proceedings held, and pursuant to the agreement of the parties that the Government may attach a lien against the Defendant's Jacksonville business, Father & Son Movers, it is

    ORDERED AND ADJUDGED that the within motion is **GRANTED**.

    DONE AND ORDERED at Miami, Florida this 31 day of May, 2002.

                                    WILLIAM C. TURNOFF
                                    United States Magistrate Judge

c: Honorable Paul Huck
   Fred Haddad, Esq.
   Lawrence Lavecchio, AUSA