```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                  FORT LAUDERDALE DIVISION

                   CASE NO. 00-6273-CR-PCH
```

                                          FILED by _____ D.C.
                                          APPEAL
                                             JUN - 6 2002
                                          CLARENCE MADDOX
                                             U.S. DIST. CT.

| | |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | NOVEMBER 20, 2001 |
| v. | |
| ANTHONY TRENTACOSTA, FREDERICK J. MASSARO, ARIEL HERNANDEZ, | |
| Defendants. | NO. 2 TRIAL DAY |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE
AND A JURY

APPEARANCES:

FOR THE GOVERNMENT:   LAWRENCE D. LaVECCHIO, ESQ.
                     JEFFREY H. SLOMAN, ESQ.
                     Assistant U.S. Attorneys
                     500 East Broward Boulevard
                     Suite 700
                     Ft. Lauderdale, FL   33394
                     954/356-7255

FOR DEFENDANT TRENTACOSTA:

                     STEPHEN H. ROSEN, ESQ.
                     999 Ponce de Leon Boulevard
                     Suite 550
                     Coral Gables, FL   33134
                     305/448-9900

FOR DEFENDANT MASSARO:

                     FRED HADDAD, ESQ.
                     One Financial Plaza
                     Ft. Lauderdale, FL   33394

535
H.H.