```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      FORT LAUDERDALE DIVISION

                    CASE NO. 00-6273-CR-HUCK/BROWN
```

UNITED STATES OF AMERICA,              MIAMI, FLORIDA

        Plaintiff,             NOVEMBER 21, 2001

v.

ANTHONY TRENTACOSTA,
FREDERICK J. MASSARO,
ARIEL HERNANDEZ,

        Defendants.
                                         NO. 3 TRIAL DAY

```
             TRANSCRIPT OF TRIAL PROCEEDINGS
           BEFORE THE HONORABLE PAUL C. HUCK,
              UNITED STATES DISTRICT JUDGE
                       AND A JURY
```

APPEARANCES:

FOR THE GOVERNMENT:    LAWRENCE D. LaVECCHIO, ESQ.
                              JEFFREY H. SLOMAN, ESQ.
                              Assistant U.S. Attorneys
                              500 East Broward Boulevard
                              Suite 700
                              Ft. Lauderdale, FL  33394
                              954/356-7255

FOR DEFENDANT TRENTACOSTA:

                              STEPHEN H. ROSEN, ESQ.
                              999 Ponce de Leon Boulevard
                              Suite 550
                              Coral Gables, FL  33134
                              305/448-9900

FOR DEFENDANT MASSARO:

                              FRED HADDAD, ESQ.
                              One Financial Plaza
                              Ft. Lauderdale, FL  33394

*FILED by ___ D.
APPEAL
JUN - 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI*

536