```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      FORT LAUDERDALE DIVISION

                    CASE NO. 00-6273-CR-HUCK/BROWN
```

FILED by _____ D.C
APPEAL
JUN - 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | NOVEMBER 27, 2001 |
| v. | |
| ANTHONY TRENTACOSTA, FREDERICK J. MASSARO, ARIEL HERNANDEZ, | |
| Defendants. | **TRIAL DAY 5** |

```
              TRANSCRIPT OF TRIAL PROCEEDINGS
           BEFORE THE HONORABLE PAUL C. HUCK,
              UNITED STATES DISTRICT JUDGE
                       AND A JURY
```

**APPEARANCES:**

FOR THE GOVERNMENT:   **LAWRENCE D. LaVECCHIO, ESQ.**
                      **JEFFREY H. SLOMAN, ESQ.**
                      Assistant U.S. Attorneys
                      500 East Broward Boulevard
                      Suite 700
                      Ft. Lauderdale, FL  33394
                      954/356-7255

FOR DEFENDANT TRENTACOSTA:

                      **STEPHEN H. ROSEN, ESQ.**
                      999 Ponce de Leon Boulevard
                      Suite 550
                      Coral Gables, FL  33134
                      305/448-9900

FOR DEFENDANT MASSARO:

                      **FRED HADDAD, ESQ.**
                      One Financial Plaza
                      Ft. Lauderdale, FL  33394

537