```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      FORT LAUDERDALE DIVISION

                   CASE NO. 00-6273-CR-HUCK/BROWN
```

FILED by _____ D.C.
APPEAL
JUN - 6 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | NOVEMBER 28, 2001 |
| v. | |
| ANTHONY TRENTACOSTA,<br>FREDERICK J. MASSARO,<br>ARIEL HERNANDEZ, | |
| Defendants. | **TRIAL DAY 6** |

```
               TRANSCRIPT OF TRIAL PROCEEDINGS
            BEFORE THE HONORABLE PAUL C. HUCK,
                UNITED STATES DISTRICT JUDGE
                        AND A JURY
```

APPEARANCES:

FOR THE GOVERNMENT:        **LAWRENCE D. LaVECCHIO, ESQ.**
                           **JEFFREY H. SLOMAN, ESQ.**
                           Assistant U.S. Attorneys
                           500 East Broward Boulevard
                           Suite 700
                           Ft. Lauderdale, FL  33394
                           954/356-7255

FOR DEFENDANT TRENTACOSTA:

                           **STEPHEN H. ROSEN, ESQ.**
                           999 Ponce de Leon Boulevard
                           Suite 550
                           Coral Gables, FL  33134
                           305/448-9900

FOR DEFENDANT MASSARO:

                           **FRED HADDAD, ESQ.**
                           One Financial Plaza
                           Ft. Lauderdale, FL  33394

538
H.H