

```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                         MIAMI DIVISION

 3              CASE NO. 00-6273-CR-HUCK/BROWN
```



FILED by _____ D.C.
APPEAL
JUN - 6 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

```
 5   UNITED STATES OF AMERICA,        |   MIAMI, FLORIDA
                                      |
 6            Plaintiff,               |   NOVEMBER 29, 2001
                                      |
 7   v.                                |
                                      |
 8   ANTHONY TRENTACOSTA,              |
     FREDERICK J. MASSARO,             |
 9   ARIEL HERNANDEZ,                  |
                                      |
10            Defendants.              |
                                      x   NO. 7 TRIAL DAY
11   _____

12           TRANSCRIPT OF TRIAL PROCEEDINGS
            BEFORE THE HONORABLE PAUL C. HUCK,
13             UNITED STATES DISTRICT JUDGE
                       AND A JURY

14   APPEARANCES:

15   FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
16                           JEFFREY H. SLOMAN, ESQ.
                             Assistant U.S. Attorneys
17                           500 East Broward Boulevard
                             Suite 700
18                           Ft. Lauderdale, FL  33394
                             954/356-7255
19
     FOR DEFENDANT TRENTACOSTA:
20
                             STEPHEN H. ROSEN, ESQ.
21                           999 Ponce de Leon Boulevard
                             Suite 550
22                           Coral Gables, FL  33134
                             305/448-9900
23
     FOR DEFENDANT MASSARO:
24
                             FRED HADDAD, ESQ.
25                           One Financial Plaza
                             Ft. Lauderdale, FL  33394
```

539
H.H.