```
 1            UNITED STATES DISTRICT COURT        FILED by _____ D.
              SOUTHERN DISTRICT OF FLORIDA        APPEAL
 2              FORT LAUDERDALE DIVISION            JUN - 6 2002
 3          CASE NO. 00-6273-CR-HUCK/BROWN
 4    _____
                                              |
 5   UNITED STATES OF AMERICA,                |   MIAMI, FLORIDA
                                              |
 6              Plaintiff,                    |   NOVEMBER 30, 2001
                                              |
 7   v.                                       |
                                              |
 8   ANTHONY TRENTACOSTA,                     |
     FREDERICK J. MASSARO,                    |
 9   ARIEL HERNANDEZ,                         |
                                              |
10              Defendants.                   |
     _____x     NO. 8 TRIAL DAY
11
12              TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE PAUL C. HUCK,
13              UNITED STATES DISTRICT JUDGE
                         AND A JURY
14
     APPEARANCES:
15
     FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
16                           JEFFREY H. SLOMAN, ESQ.
                             Assistant U.S. Attorneys
17                           500 East Broward Boulevard
                             Suite 700
18                           Ft. Lauderdale, FL  33394
                             954/356-7255
19
     FOR DEFENDANT TRENTACOSTA:
20
                             STEPHEN H. ROSEN, ESQ.
21                           999 Ponce de Leon Boulevard
                             Suite 550
22                           Coral Gables, FL  33134
                             305/448-9900
23
     FOR DEFENDANT MASSARO:
24
                             FRED HADDAD, ESQ.
25                           One Financial Plaza
                             Ft. Lauderdale, FL  33394
```