```
                                              FILED by _____ D.C.
                                              APPEAL
 1          UNITED STATES DISTRICT COURT
            SOUTHERN DISTRICT OF FLORIDA        JUN - 6 2002
 2                 MIAMI DIVISION
                                              CLARENCE MADDOX
 3         CASE NO. 00-6273-CR-HUCK/BROWN     CLERK U.S. ...
                                              S.D. OF FLA.
 4   _____
                                       |
 5   UNITED STATES OF AMERICA,         |     MIAMI, FLORIDA
                                       |
 6              Plaintiff,             |     DECEMBER 6, 2001
                                       |
 7   v.                                |
                                       |
 8   ANTHONY TRENTACOSTA,              |
     FREDERICK J. MASSARO,             |
 9   ARIEL HERNANDEZ,                  |
                                       |
10              Defendants.            |
     _____x     NO. 9 TRIAL DAY
11

12              TRANSCRIPT OF TRIAL PROCEEDINGS
           BEFORE THE HONORABLE PAUL C. HUCK,
13             UNITED STATES DISTRICT JUDGE
                       AND A JURY
14
     APPEARANCES:
15
     FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
16                           JEFFREY H. SLOMAN, ESQ.
                             Assistant U.S. Attorneys
17                           500 East Broward Boulevard
                             Suite 700
18                           Ft. Lauderdale, FL  33394
                             954/356-7255
19
     FOR DEFENDANT TRENTACOSTA:
20
                             STEPHEN H. ROSEN, ESQ.
21                           999 Ponce de Leon Boulevard
                             Suite 550
22                           Coral Gables, FL  33134
                             305/448-9900
23
     FOR DEFENDANT MASSARO:
24
                             FRED HADDAD, ESQ.
25                           One Financial Plaza
                             Ft. Lauderdale, FL  33394
```

541