```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2                      FORT LAUDERDALE DIVISION

 3                   CASE NO. 00-6273-CR-HUCK/BROWN

 4     _____
                                          |
 5     UNITED STATES OF AMERICA,          |    MIAMI, FLORIDA
                                          |
 6                    Plaintiff,          |    DECEMBER 10, 2001
                                          |
 7     v.                                 |
                                          |
 8     ANTHONY TRENTACOSTA,               |
       FREDERICK J. MASSARO,              |
 9     ARIEL HERNANDEZ,                   |
                                          |
10                    Defendants.         |
                                          |
11     _____x    TRIAL DAY 11

12              TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE PAUL C. HUCK,
13                UNITED STATES DISTRICT JUDGE
                          AND A JURY
14
       APPEARANCES:
15
       FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
16                             JEFFREY H. SLOMAN, ESQ.
                               Assistant U.S. Attorneys
17                             500 East Broward Boulevard
                               Suite 700
18                             Ft. Lauderdale, FL  33394
                               954/356-7255
19
       FOR DEFENDANT TRENTACOSTA:
20
                               STEPHEN H. ROSEN, ESQ.
21                             999 Ponce de Leon Boulevard
                               Suite 550
22                             Coral Gables, FL  33134
                               305/448-9900
23
       FOR DEFENDANT MASSARO:
24
                               FRED HADDAD, ESQ.
25                             One Financial Plaza
                               Ft. Lauderdale, FL  33394
```

Filed by APPEAL
JUN - 6 2002
CLARENCE MADDOX
U.S. DIST. CT.
S.D. FLA. MIAMI

543
H.H