```
 1              UNITED STATES DISTRICT COURT      FILED by_____ D.C.
                SOUTHERN DISTRICT OF FLORIDA      APPEAL
 2                FORT LAUDERDALE DIVISION
                                                     JUN - 6 2002
 3         CASE NO. 00-6273-CR-HUCK/BROWN
                                                  CLARENCE MADDOX
                                                  CLERK U.S. DIST. CT.
 4    _____              S.D. OF FLA. MIAMI
                                      |
 5    UNITED STATES OF AMERICA,        |      MIAMI, FLORIDA
                                      |
 6              Plaintiff,             |      DECEMBER 11, 2001
                                      |
 7    v.                               |
                                      |
 8    ANTHONY TRENTACOSTA,             |
      FREDERICK J. MASSARO,            |
 9    ARIEL HERNANDEZ,                 |
                                      |
10              Defendants.            |
      _____x       TRIAL DAY 12
11

12              TRANSCRIPT OF TRIAL PROCEEDINGS
              BEFORE THE HONORABLE PAUL C. HUCK,
13              UNITED STATES DISTRICT JUDGE
                         AND A JURY
14
      APPEARANCES:
15
      FOR THE GOVERNMENT:      LAWRENCE D. LaVECCHIO, ESQ.
16                             JEFFREY H. SLOMAN, ESQ.
                               Assistant U.S. Attorneys
17                             500 East Broward Boulevard
                               Suite 700
18                             Ft. Lauderdale, FL  33394
                               954/356-7255
19
      FOR DEFENDANT TRENTACOSTA:
20
                               STEPHEN H. ROSEN, ESQ.
21                             999 Ponce de Leon Boulevard
                               Suite 550
22                             Coral Gables, FL  33134
                               305/448-9900
23
      FOR DEFENDANT MASSARO:
24
                               FRED HADDAD, ESQ.
25                             One Financial Plaza
                               Ft. Lauderdale, FL  33394
```