```
                    UNITED STATES DISTRICT COURT         FILED by _____ D.C.
                    SOUTHERN DISTRICT OF FLORIDA              APPEAL
                      FORT LAUDERDALE DIVISION               JUN - 6 2002

                                                          _____ MADDOX
                    CASE NO. 00-6373-CR-HUCK/BROWN        S. DIST. CT.
                                                             A. MIAMI
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | DECEMBER 13, 2001 |
| v. | |
| ANTHONY TRENTACOSTA, FREDERICK J. MASSARO, ARIEL HERNANDEZ, | |
| Defendants. | TRIAL DAY 13 |

TRANSCRIPT OF TRIAL PROCEEDINGS
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE
AND A JURY

APPEARANCES:

FOR THE GOVERNMENT:         **LAWRENCE D. LaVECCHIO, ESQ.**
                            **JEFFREY H. SLOMAN, ESQ.**
                            Assistant U.S. Attorneys
                            500 East Broward Boulevard
                            Suite 700
                            Ft. Lauderdale, FL  33394
                            954/356-7255

FOR DEFENDANT TRENTACOSTA:

                            **STEPHEN H. ROSEN, ESQ.**
                            999 Ponce de Leon Boulevard
                            Suite 550
                            Coral Gables, FL  33134
                            305/448-9900

FOR DEFENDANT MASSARO:

                            **FRED HADDAD, ESQ.**
                            One Financial Plaza
                            Ft. Lauderdale, FL  33394