```
 1                    UNITED STATES DISTRICT COURT       FILED by _____ D.C
                      SOUTHERN DISTRICT OF FLORIDA       APPEAL
 2                       FORT LAUDERDALE DIVISION              JUN - 6 2002

 3                    CASE NO. 00-6273-CR-HUCK/BROWN     CLARENCE MADDOX
                                                         CLER. U.S. DIST. CT.
                                                         S. D. OF FLA. - MIAMI
 4      _____
                                        |
 5      UNITED STATES OF AMERICA,       |      MIAMI, FLORIDA
                                        |
 6                 Plaintiff,           |      APRIL 23, 2002
        v.                              |
 7                                      |
        FREDERICK J. MASSARO,           |
 8      ARIEL HERNANDEZ,                |
                                        |
 9                 Defendants.          |
        _____x
10

11              TRANSCRIPT OF SENTENCING PROCEEDINGS
                FREDERICK J. MASSARO, ARIEL HERNANDEZ
12                 BEFORE THE HONORABLE PAUL C. HUCK,
                     UNITED STATES DISTRICT JUDGE
13
        APPEARANCES:
14
        FOR THE GOVERNMENT:      LAWRENCE D. LaVECCHIO, ESQ.
15                               JEFFREY H. SLOMAN, ESQ.
                                 Assistant U.S. Attorneys
16                               500 East Broward Boulevard, Suite 7
                                 Ft. Lauderdale, FL   33394
17                               954/356-7255

18      FOR DEFENDANT:           FRED HADDAD, ESQ.
          NASSARO:                One Financial Plaza
19                               Ft. Lauderdale, FL   33394
                                 954/467-6767
20
        FOR DEFENDANT            JEFFREY D. WEINKLE, ESQ.
21        HERNANDEZ:             One Southeast 2nd Street, Suite 355
                                 Miami, FL   33131 - 305/373-4445
22
        REPORTED BY:             LARRY HERR, RPR-CM-FCRR-AE
23                               Official Federal Court Reporter
                                 JLK Federal Justice Building
24                               99 Northeast 4th St., Suite 1067
                                 Miami, FL   33132 - 305/523-5528
25
```

U.S.A. vs Trentacosta, et al. - 04/23/02