UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

02-cr-6273

CASE NO. ~~02-60003~~-CR-HUCK
Magistrate Judge William C. Turnoff

UNITED STATES OF AMERICA,

    Plaintiff,

VS.

ARIEL HERNANDEZ
FREDERICK J. MASSARO
ANTHONY TRENTECOSTA
    Defendants.

_____/

FILED by CT  D.C.
JUL 12 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## SCHEDULING NOTICE

PLEASE TAKE NOTICE that a Hearing to determine restitution in this matter is set for <u>FRIDAY JULY 19, 2002 @ 8:45 A.M.</u> before the Honorable Paul C. Huck, United States District Judge, in the Federal Justice Building, Tenth Floor, Courtroom 6, 99 NE 4th Street, Miami, Florida.

_____
Elvis Taveras
Courtroom Deputy to Judge Huck

cc:    Lawrence Lavecchio, AUSA
        Jeffrey Sloman, AUSA - 954.356.7336
        Probation Department - 305.523.5496
        Jeffrey Weinkle, Esq. - 305.545.8514
        Fred Haddad, Esq.- 954.760.4421
        Stephen Rosen, Esq. - 305.371.6966

559