UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6273-Cr-Huck/Turnoff

UNITES STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK MASSARO,

    Defendant.
_____/

## NOTICE OF APPEARANCE AS APPELLATE COUNSEL
## FOR PENDING DIRECT APPEAL ONLY

The law firm of Sale & Kuehne, P.A., through Benedict P. Kuehne, enters this appearance as appellate counsel for defendant Frederick Massaro in his pending appeal to the United States Court of Appeals for the Eleventh Circuit. This appearance is limited to proceedings in the Court of Appeals only, and does not constitute an appearance for any proceedings in the district court.

    Respectfully submitted,

    **SALE & KUEHNE, P.A.**
    Bank of America Tower, Suite 3550
    100 S.E. Second Street
    Miami, Florida 33131
    Telephone: (305) 789-5989
    Fax: (305) 789-5987
    E-mail: ben.kuehne@lawyers.com

By: *[signature]*
**BENEDICT P. KUEHNE**
Florida Bar No. 233293

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY a true and correct copy of the foregoing has been mailed this 11th day of July 2002, to:

Lawrence Lavecchio, Esq.
Assistant United States Attorney
U.S. Department of Justice
500 East Broward Boulevard, Suite 700
Fort Lauderdale, Florida 33394-300
Telephone: (954) 356-7255
Fax: (954) 356-7231

Fred Haddad, Esq.
One Financial Plaza
Fort Lauderdale, Florida 33394-0002
Telephone: (954) 467-6767
Fax: (954) 760-4421

Jeffrey D. Weinkle, Esq.
1035 N.W. 11th Avenue
Miami, Florida 33136-2911
Telephone: (305) 373-4445
Fax: (954) 545-8514

Stephen H. Rosen, Esq.
1221 Brickell Avenue, Suite 1020
Miami, Florida 33131

*[signature]*
**BENEDICT P. KUEHNE**

S:\Firm\Massaro#1093\Pleadings\NOA Appellate Counsel..6-26-02.wpd

SALE & KUEHNE, P.A. • BANK OF AMERICA TOWER, SUITE 3550, 100 S.E. 2ND STREET, MIAMI, FL 33131-2154 • 305/789-5989 • FAX 305/789-5987