UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273CR-HUCK
Magistrate Judge William C. Turnoff

UNITED STATES OF AMERICA,

vs.

FREDERICK MASSARO,
            Defendant.
_____/



## UNOPPOSED MOTION TO CONTINUE RESTITUTION HEARING

COMES NOW the Defendant aforesaid by the undersigned counsel and makes this Unopposed Motion to Continue Restitution Hearing and would state as follows:

1.  The Court has scheduled a Restitution Hearing in this matter for Friday, July 19, 2002. The undersigned received notice of this at 3:00pm, Friday, July 12, 2002.

2.  Undersigned counsel will be unavailable and out of the State picking up his daughter from camp in Colorado Springs, Colorado from July 16, 2002 through July 21, 2002. All plane and hotel reservations have long been made. Due to the undersigned's recent divorce, the undersigned is the sole parent responsible for retrieving his daughter and has no other person available.

3.  The undersigned has been on trial calendar in _U.S.A. v. Ai Fa Yang_, before the Honorable Daniel D.K. Hurley in West Palm Beach for some time.

4.  The undersigned has been advised by Judge Hurley's chambers that this matter will be called upon to begin trial on July 22, 2002.

5.  That the undersigned will not be in trial on Fridays and would, if allowed by this Court, suggest that this hearing be rescheduled for the following Friday, June 26, 2002, or some Friday after that.

6. Due to the above conflict, the undersigned hereby waives the ninety day requirement for this matter to be heard.

7. Larry Lavechio, Assistant United States Attorney, has indicated that he has no objection to a continuance of the hearing.

WHEREFORE the Defendant requests this Motion be granted.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to Larry Lavechio, Esq., Office of the United States Attorney, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida 33394 and to Thomas Felasco, U.S. Probation Officer, U.S. District Court, 300 N.E. 1st Avenue, Room 315, Miami, Florida 33132-2126, this 15st day of July, 2002.

HADDAD & HESTER, P.A.
One Financial Plaza, Suite 2612
Fort Lauderdale, Florida 33394
Tel:  [954] 467-6767
Fax:  [954] 760-4421

By:_____
FRED HADDAD
Florida Bar No. 180891