**COURTROOM DEPUTY MINUTES**

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF FLORIDA**

BEFORE THE HONORABLE PAUL C. HUCK, COURTROOM #6, 10TH FLOOR

**26** Friday

9:00 AM   RESTITUTION DETERMINATION

00-6273-CR-HUCK
USA
    Lawrence LaVecchio, 954.356.7255
    Jeffrey Sloman, 954.356.7392
V.
FREDERICK J. MASSARO (J)02399-748
    Fred Haddad, Esq. 954.467.6767

FILED by _____ D.C.
JUL 26 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

- Hearing Held
- Order to follow

Court Reporter: Paul Haferlina