UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-CR-6273-HUCK/TURNOFF



FILED by _____ D.C.

JUL 26 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FREDERICK J. MASSARO,

    Defendant.
_____/

## ORDER OF RESTITUTION

THIS MATTER came before the Court in order to determine the final restitution amount in this case. On July 26, 2002 this Court held a hearing and it found as follows: Defendant, Frederick J. Massaro, is to pay restitution in the amount of $39,157.66, jointly and severely to the victims of his fraudulent activity as more fully set forth in the schedule attached hereto as Exhibit "A".

Restitution as to ABC Distributing, Inc. in the amount of $16,000.00 is denied.

The restitution is payable in accordance with a payment schedule and on terms to be determined by the United States Probation Officer, as more fully described by the Court in open court during the hearing on this matter. The U.S. Bureau of Prisons, U.S. Probation Office and U.S. Attorney's Office are responsible for the enforcement of this order. The restitution shall be made payable to the Clerk of the Court, United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788, attention: Financial Section, Room 150. Restitution will be forwarded by the Clerk of the Court to the victims on the attached list in the indicated amounts. The Government



shall provide this Court with the correct addresses of all the victims by <u>Friday, August 9, 2002.</u>

DONE AND ORDERED in Chambers, Miami, Florida, this 26 day of July, 2002.

PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

CC.  Jeffrey Sloman, AUSA
Lawrence Lavecchio, Esq.
Fred Haddad, Esq.
Tom Felasco, USPO