```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
```

UNITED STATES OF AMERICA,           CASE NO. 00-6273-CR-HUCK

       Plaintiff,                   Miami, Florida
                                    November 19, 2001
  v.

ANTHONY TRENTACOSTA,
ARIEL HERNANDEZ,
FREDERICK J. MASSARO,

       Defendants.
_____X

          Transcript of jury trial had
      before the Honorable Paul C. Huck,
        United States District Judge.

APPEARANCES:

FOR THE GOVERNMENT:        LAWRENCE LAVECCHIO, A.U.S.A.

                          JEFFREY SLOMAN, A.U.S.A.

FOR DEFENDANT TRENTACOSTA: STEPHEN ROSEN, ESQ.

FOR DEFENDANT HERNANDEZ:   JEFFREY WEINKLE, ESQ.

FOR DEFENDANT MASSARO:     FRED HADDAD, ESQ.

KIMBERLY V. MESFUN, RPR
OFFICIAL COURT REPORTER
301 N. Miami Avenue, Room 396
Miami, Florida  33128-7788
(305)  523-5631

Proceedings recorded by mechanical stenography, transcript produced by notereading.