```
                UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
                       MIAMI DIVISION
```

UNITED STATES OF AMERICA,           CASE NO.   00-6273-CR-HUCK

       Plaintiff,                   Miami, Florida
                                     November 26, 2001
  v.

ANTHONY TRENTACOSTA,
ARIEL HERNANDEZ,
FREDERICK J. MASSARO,

       Defendants.
_____X

        Transcript of jury trial had
  before the Honorable Paul C. Huck,
    United States District Judge.

APPEARANCES:

FOR THE GOVERNMENT:    LAWRENCE LAVECCHIO, A.U.S.A.

                    JEFFREY SLOMAN, A.U.S.A.

FOR DEFENDANT TRENTACOSTA:  STEPHEN ROSEN, ESQ.

FOR DEFENDANT HERNANDEZ:    JEFFREY WEINKLE, ESQ.

FOR DEFENDANT MASSARO:      FRED HADDAD, ESQ.


KIMBERLY V. MESFUN, RPR
OFFICIAL COURT REPORTER
301 N. Miami Avenue, Room 396
Miami, Florida  33128-7788
(305)  523-5631

Proceedings recorded by mechanical stenography, transcript produced by notereading.