1

```
                                              FILED by_____ D.C.
                                              APPEAL
     UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF FLORIDA              SEP 2 7 2002
       FORT LAUDERDALE DIVISION
                                              CLARENCE MADDOX
                                              CLER.. U.S. DIST. CT.
     CASE NO. 00-6273-CR-HUCK/BROWN            S.D. OF FLA. - MIAMI
```

---------------------------------
                                 |
**UNITED STATES OF AMERICA,**    |   MIAMI, FLORIDA
                                 |
              Plaintiff,         |   OCTOBER 4, 2001
v.                               |
                                 |
**ANTHONY TRENTACOSTA,**         |
**FREDERICK J. MASSARO,**        |
**ARIEL HERNANDEZ,**             |
                                 |
              Defendants.        |
---------------------------------x


              TRANSCRIPT OF STATUS CONFERENCE
           BEFORE THE HONORABLE PAUL C. HUCK,
              UNITED STATES DISTRICT JUDGE

**APPEARANCES:**

FOR THE GOVERNMENT:      **LAWRENCE D. LaVECCHIO, ESQ.**
                         **JEFFREY H. SLOMAN, ESQ.**
                         Assistant U.S. Attorneys
                         500 East Broward Boulevard, Suite 700
                         Ft. Lauderdale, FL   33394
                         954/356-7255


FOR DEFENDANT:           **STEPHEN H. ROSEN, ESQ.**
   TRENTACOSTA:          999 Ponce de Leon Boulevard
                         Suite 700
                         Coral Gables, FL 33134
                         305/448-9900



FOR DEFENDANT:           **FRED HADDAD, ESQ.**
   MASSARO:              One Financial Plaza
                         Ft. Lauderdale, FL   33394
                         954/467-6767