1

```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                      FORT LAUDERDALE DIVISION

                   CASE NO. 00-6273-CR-HUCK/BROWN
```

FILED by _____ D.C.
APPEAL
SEP 2 7 2002
CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | NOVEMBER 14, 2001 |
| v. | |
| ANTHONY TRENTACOSTA, FREDERICK J. MASSARO, ARIEL HERNANDEZ, | |
| Defendants. | |

```
              TRANSCRIPT OF STATUS CONFERENCE
           BEFORE THE HONORABLE PAUL C. HUCK,
                UNITED STATES DISTRICT JUDGE
```

APPEARANCES:

| | |
|---|---|
| FOR THE GOVERNMENT: | LAWRENCE D. LaVECCHIO, ESQ.<br>JEFFREY H. SLOMAN, ESQ.<br>Assistant U.S. Attorneys<br>500 East Broward Boulevard, Suite 700<br>Ft. Lauderdale, FL 33394<br>954/356-7255 |
| FOR DEFENDANT:<br>TRENTACOSTA: | STEPHEN H. ROSEN, ESQ.<br>999 Ponce de Leon Boulevard<br>Suite 700<br>Coral Gables, FL 33134<br>305/448-9900 |
| FOR DEFENDANT<br>MASSARO: | FRED HADDAD, ESQ.<br>One Financial Plaza<br>Ft. Lauderdale, FL 33394<br>954/467-6767 |