1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2                FORT LAUDERDALE DIVISION

 3              CASE NO. 00-6273-CR-HUCK/BROWN
```

FILED by APPEAL _____ D.C.
OCT 18 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

```
 4   ------------------------------
 5   UNITED STATES OF AMERICA,        |   MIAMI, FLORIDA
                                      |
 6          Plaintiff,                |   DECEMBER 14, 2001
                                      |
 7   v.                               |
                                      |
 8   ANTHONY TRENTACOSTA,             |
     FREDERICK J. MASSARO,            |
 9   ARIEL HERNANDEZ,                 |
                                      |
10          Defendants.               |
     ----------------------------x        TRIAL DAY 14
11

12            TRANSCRIPT OF TRIAL PROCEEDINGS
           BEFORE THE HONORABLE PAUL C. HUCK,
13             UNITED STATES DISTRICT JUDGE
                      AND A JURY
14
     APPEARANCES:
15
     FOR THE GOVERNMENT:    LAWRENCE D. LaVECCHIO, ESQ.
16                          JEFFREY H. SLOMAN, ESQ.
                            Assistant U.S. Attorneys
17                          500 East Broward Boulevard
                            Suite 700
18                          Ft. Lauderdale, FL  33394
                            954/356-7255
19
     FOR DEFENDANT TRENTACOSTA:
20
                            STEPHEN H. ROSEN, ESQ.
21                          999 Ponce de Leon Boulevard
                            Suite 550
22                          Coral Gables, FL  33134
                            305/448-9900
23
     FOR DEFENDANT MASSARO:
24
                            FRED HADDAD, ESQ.
25                          One Financial Plaza
                            Ft. Lauderdale, FL  33394
```