```
                    UNITED STATES DISTRICT COURT        FILED by _____ D.C.
                    SOUTHERN DISTRICT OF FLORIDA        APPEAL
                        FORT LAUDERDALE DIVISION        NOV 2 7 2002

                    CASE NO. 00-6273-CR-HUCK/BROWN      CLARENCE MADDOX
                                                        CLER., U.S. DIST. CT.
                                                        S.D. OF FLA. MIAMI
```

_____
                                       |
UNITED STATES OF AMERICA,              |   MIAMI, FLORIDA
                                       |
            Plaintiff,                 |   NOVEMBER 6, 2000
v.                                     |
                                       |
ANTHONY TRENTACOSTA, et al.            |
                                       |
            Defendants.                |
_____x


          TRANSCRIPT OF STATUS CONFERENCE
       BEFORE THE HONORABLE PAUL C. HUCK,
          UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:     LAWRENCE D. LaVECCHIO, ESQ.
                        Assistant U.S. Attorneys
                        500 East Broward Boulevard, Suite 700
                        Ft. Lauderdale, FL  33394
                        954/356-7255

FOR DEFENDANT:          RICHARD HOULIHAN, ESQ.
  TRENTACOSTA:


FOR DEFENDANT:          FRED HADDAD, ESQ.
  MASSARO:              One Financial Plaza
                        Ft. Lauderdale, FL  33394
                        954/467-6767


FOR DEFENDANT           JEFFREY D. WEINKLE, ESQ.
  HERNANDEZ:            One Southeast 2nd Street, Suite 3550
                        Miami, FL  33131 - 305/373-4445

```
 1
     FOR DEFENDANT
 2     MONACO:              THOMAS ALMON, ESQ.

 3
     FOR DEFENDANT
 4     GARCIA:              ALBERT LEVIN, ESQ.

 5
     FOR DEFENDANT
 6     SILVERMAN:           MIKE SMITH, ESQ.

 7

 8
     REPORTED BY:           LARRY HERR, RPR-CM-FCRR-AE
 9                          Official Federal Court Reporter
                            JLK Federal Justice Building
10                          99 Northeast 4th St., Suite 1067
                            Miami, FL  33132 - 305/523-5528
11
```