```
 1                  UNITED STATES DISTRICT COURT        FILED by _____ D.C.
                    SOUTHERN DISTRICT OF FLORIDA        APPEAL
 2                     FORT LAUDERDALE DIVISION
                                                        NOV 27 2002
 3             CASE NO. 00-6273-CR-HUCK/BROWN
                                                        CLARENCE MADDOX
 4     _____                  CLERK U.S. DIST. CT.
                                      |                 S.D. OF FLA. - MIAMI
 5     UNITED STATES OF AMERICA,      |    MIAMI, FLORIDA
                                      |
 6               Plaintiff,           |    MARCH 6, 2001
       v.                             |
 7                                    |
       ANTHONY TRENTACOSTA, et al.    |
 8                                    |
                 Defendants.          |
 9     _____x

10
                  TRANSCRIPT OF STATUS CONFERENCE
11             BEFORE THE HONORABLE PAUL C. HUCK,
                  UNITED STATES DISTRICT JUDGE
12
       APPEARANCES:
13
       FOR THE GOVERNMENT:    LAWRENCE D. LaVECCHIO, ESQ.
14                            Assistant U.S. Attorneys
                              500 East Broward Boulevard, Suite 700
15                            Ft. Lauderdale, FL  33394
                              954/356-7255
16
       FOR DEFENDANT:         RICHARD HOULIHAN, ESQ.
17       TRENTACOSTA:

18

19     FOR DEFENDANT:         FRED HADDAD, ESQ.
         MASSARO:             One Financial Plaza
20                            Ft. Lauderdale, FL  33394
                              954/467-6767
21

22     FOR DEFENDANT          JEFFREY D. WEINKLE, ESQ.
         HERNANDEZ:           One Southeast 2nd Street, Suite 3550
23                            Miami, FL  33131 - 305/373-4445

24

25                                                      602/ga
```

```
 1
     FOR DEFENDANT
 2      RUGGIERO:            THOMAS ALMON, ESQ.

 3
     FOR DEFENDANT
 4      SILVERMAN:           MICHAEL SMITH, ESQ.

 5

 6
     REPORTED BY:            LARRY HERR, RPR-CM-FCRR-AE
 7                           Official Federal Court Reporter
                             JLK Federal Justice Building
 8                           99 Northeast 4th St., Suite 1067
                             Miami, FL  33132 - 305/523-5528
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```