```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
                    FORT LAUDERDALE DIVISION

                  CASE NO. 00-6273-CR-HUCK/BROWN
```

FILED by _____ D.C.
APPEAL
NOV 27 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA, | MIAMI, FLORIDA |
| Plaintiff, | SEPTEMBER 4, 2001 |
| v. | |
| ANTHONY TRENTACOSTA, et al. | |
| Defendants. | |

TRANSCRIPT OF STATUS CONFERENCE
BEFORE THE HONORABLE PAUL C. HUCK,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:    LAWRENCE D. LaVECCHIO, ESQ.
                       Assistant U.S. Attorneys
                       500 East Broward Boulevard, Suite 700
                       Ft. Lauderdale, FL  33394
                       954/356-7255

FOR DEFENDANT:         STEPHEN H. ROSEN, ESQ.
  TRENTACOSTA:         999 Ponce de Leon Boulevard
                       Suite 700
                       Coral Gables, FL 33134
                       305/448-9900


FOR DEFENDANT:         FRED HADDAD, ESQ.
  MASSARO:             One Financial Plaza
                       Ft. Lauderdale, FL  33394
                       954/467-6767

```
 1  FOR DEFENDANT              JEFFREY D. WEINKLE, ESQ.
      HERNANDEZ:               One Southeast 2nd Street, Suite 3550
 2                             Miami, FL  33131 - 305/373-4445

 3
    FOR DEFENDANT
 4    RUGGIERO:                SAM DELUCA, ESQ.

 5
    FOR DEFENDANT
 6    SILVERMAN:               MICHAEL SMITH, ESQ.

 7  FOR DEFENDANT
      CHIUSANO:                DONALD SPADARO, ESQ.
 8

 9
    REPORTED BY:               LARRY HERR, RPR-CM-FCRR-AE
10                             Official Federal Court Reporter
                               JLK Federal Justice Building
11                             99 Northeast 4th St., Suite 1067
                               Miami, FL  33132 - 305/523-5528
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```