```
FILED by_____ D.C.
APPEAL

NOV 2 7 2002

CLARENCE MADDOX
CLER.; U.S. DIST. CT.
S.D. OF FLA. - MIAMI
```

1          UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA
2            FORT LAUDERDALE DIVISION

3          CASE NO. 00-6273-CR-HUCK/BROWN

4    _____
                                     |
5    UNITED STATES OF AMERICA,       |      MIAMI, FLORIDA
                                     |
6              Plaintiff,            |      OCTOBER 4, 2001
     v.                              |
7                                    |
     ANTHONY TRENTACOSTA,            |
8    FREDERICK J. MASSARO,           |
     ARIEL HERNANDEZ,                |
9                                    |
               Defendants.           |
10   _____x

11

                 TRANSCRIPT OF STATUS CONFERENCE
12            BEFORE THE HONORABLE PAUL C. HUCK,
                  UNITED STATES DISTRICT JUDGE
13
     APPEARANCES:
14
     FOR THE GOVERNMENT:      LAWRENCE D. LaVECCHIO, ESQ.
15                            JEFFREY H. SLOMAN, ESQ.
                              Assistant U.S. Attorneys
16                            500 East Broward Boulevard, Suite 700
                              Ft. Lauderdale, FL  33394
17                            954/356-7255

18   FOR DEFENDANT:          STEPHEN H. ROSEN, ESQ.
        TRENTACOSTA:         999 Ponce de Leon Boulevard
19                           Suite 700
                             Coral Gables, FL 33134
20                           305/448-9900

21

22   FOR DEFENDANT:          FRED HADDAD, ESQ.
        MASSARO:             One Financial Plaza
23                           Ft. Lauderdale, FL  33394
                             954/467-6767
24

25

```
 1

 2
    FOR DEFENDANT               JEFFREY D. WEINKLE, ESQ.
 3    HERNANDEZ:                One Southeast 2nd Street, Suite 3550
                                Miami, FL  33131 - 305/373-4445
 4
    REPORTED BY:                LARRY HERR, RPR-CM-FCRR-AE
 5                              Official Federal Court Reporter
                                JLK Federal Justice Building
 6                              99 Northeast 4th St., Suite 1067
                                Miami, FL  33132 - 305/523-5528
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```