FILED by _____ D.C.
APPEALS

DEC 0 5 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date:  12/5/2002

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**1st Supplement**

IN RE:  **District Court No:** 00-06273-cr  - PCH

**U.S.C.A. No:** 02-12352-A

**Style:** ACOSTA V. USA

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

          0   **Volume(s) of pleadings**

          5   **Volume(s) of Transcripts**

     X   **Exhibits:**       0   **boxes;**          0   **folders;**

                        0   **envelopes;**          0   **PSIs (sealed)**

                   ☐ **other:** _____

                   ☐ **other:** _____

     ☐ **Other:** _____

     ☐ **Other:** _____

Sincerely,

Clarence Maddox,  Clerk of Court

By:  *Hope Hill*
          **Deputy Clerk**

Attachment                                         S/F A-15
c: court file                                       Rev. 10/94

---

☒  **301 N. Miami Avenue**        ☐  **299 E.  Broward Boulevard**        ☐  **701 Clematis Street**
   **Miami, Fl 33128-7788**              **Ft. Lauderdale, Fl 33301**              **West Palm Beach, Fl 33401**
   **305-523-5080**                        **954-769-5413**                              **561-803-3408**

606
H.H.

```
                                                    STB      CLOSED
                                                    APPEAL
                      U.S. District Court
          Southern District of Florida (FtLauderdale)

          CRIMINAL DOCKET FOR CASE #: 00-CR-6273-ALL

USA v. Trentacosta, et al                           Filed: 09/19/00
Dkt# in other court: None

Case Assigned to: Judge Paul C. Huck

ANTHONY TRENTACOSTA (1)            Donald F. Samuel
aka                                FTS 365-5041
Tony Pep                           [COR LD NTC ret]
      defendant                    Edward T. M. Garland
  [term  04/30/02]                 FTS 365-5041
                                   [COR LD NTC ret]
                                   Garland Samuel & Loeb
                                   3151 Maple Drive NE
                                   Atlanta, GA 30305
                                   404-262-2225

                                   Richard Kevin Houlihan
                                    [term  08/15/01]
                                   FTS 442-7194
                                   305-442-1522
                                   Suite 310
                                   [COR LD NTC cja]
                                   310 Aragon Avenue
                                   Coral Gables, FL 33134

                                   Stephen Howard Rosen
                                    [term  04/30/02]
                                   FTS 371-6966
                                   [COR LD NTC ret]
                                   Stephen H. Rosen
                                   1221 Brickell Avenue
                                   Suite 1020
                                   Miami, FL 33131
                                   305-358-6789


Pending Counts:                         Disposition

18:1962-5800.F RECEIVED INCOME     Imprisonment for a term of 100
DERIVED FROM RICO                  months, supervised release
(1)                                for a term of 3 years,
                                   Assessment of $100.00, Fine of
                                   $2,500.00, Restitution to be
                                   determined at a date within 90
                                   days
                                    (1)
```

Docket as of December 5, 2002 10:21 am          Page 1

Certified to be a true and
correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida

By _Hope Hill_
                              Deputy Clerk

Date 11/5/02

```
Proceedings include events between 11/4/02 and 11/27/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                   CLOSED APPEAL
```

Offense Level (opening): 4


Terminated Counts:

    NONE



Complaints:

    NONE


========================

Case Assigned to:  Judge Paul C. Huck

```
FREDERICK J. MASSARO (2)          Christopher Alan Grillo
      defendant                    [term  04/25/02]
   [term  04/25/02]                [COR LD NTC cja]
                                   Christopher Grillo
                                   1 E Broward Boulevard
                                   Suite 700
                                   Fort Lauderdale, FL 33301
                                   954-524-1125

                                   Fred Haddad
                                    [term  03/08/01]
                                   FTS 760-4421
                                   954-467-6767
                                   [COR LD NTC ret]
                                   Fred Haddad
                                   1 Financial Plaza
                                   Suite 2612
                                   Fort Lauderdale, FL 33394
                                   954-467-6767

                                   Benedict Paul Kuehne
                                   FTS 789-5987
                                   [COR LD NTC ret]
                                   Sale & Kuehne
                                   NationsBank Tower
                                   100 SE 2nd Street
                                   Suite 3550
                                   Miami, FL 33131-2154
                                   305-789-5989
```

```
Proceedings include events between 11/4/02 and 11/27/02.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                         CLOSED APPEAL
```

Pending Counts:                              Disposition

18:1962-5800.F RECEIVED INCOME          Imprisonment for term of life
DERIVED FROM RICO                       as to Counts 1 and 18; 360
(1)                                     months as to each of Counts 2 -
                                        16; 240 months as to each    of
                                        Counts 22 and 23; 120 months as
                                        to each of Counts 17,      20,
                                        21, and 24, all to run
                                        Concurrently.
                                        (1)

18:1344A.F BANK FRAUD                   Imprisonment for term of life
(2 - 16)                                as to Counts 1 and 18; 360
                                        months as to each of Counts 2 -
                                        16; 240 months as to each     of
                                        Counts 22 and 23; 120 months as
                                        to each of Counts 17,      20,
                                        21, and 24, all to run
                                        Concurrently.
                                        (2 - 16)

18:1959-7482.F RACKETEERING -           Imprisonment for term of life
THREATS                                 as to Counts 1 and 18; 360
(17 - 18)                               months as to each of Counts 2 -
                                        16; 240 months as to each     of
                                        Counts 22 and 23; 120 months as
                                        to each of Counts 17,      20,
                                        21, and 24, all to run
                                        Concurrently.
                                        (17 - 18)

18:1959-7482.F RACKETEERING -           Imprisonment for term of life
THREATS                                 as to Counts 1 and 18; 360
(20)                                    months as to each of Counts 2 -
                                        16; 240 months as to each     of
                                        Counts 22 and 23; 120 months as
                                        to each of Counts 17,      20,
                                        21, and 24, all to run
                                        Concurrently.
                                        (20)

18:513B.F POSSESSION OF                 Imprisonment for term of life
COUNTERFEITING INSTRUMENTS              as to Counts 1 and 18; 360
(21)                                    months as to each of Counts 2 -
                                        16; 240 months as to each      of
                                        Counts 22 and 23; 120 months as
                                        to each of Counts 17,      20,
                                        21, and 24, all to run
                                        Concurrently.
                                        (21)

```
Proceedings include events between 11/4/02 and 11/27/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                        CLOSED APPEAL
```

| | |
|---|---|
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION (22) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each      of Counts 22 and 23; 120 months as to each of Counts 17,        20, 21, and 24, all to run Concurrently. (22) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (23) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each     of Counts 22 and 23; 120 months as to each of Counts 17,        20, 21, and 24, all to run Concurrently. (23) |
| 18:659.F INTERSTATE/FOREIGN SHIPMENT CARRIERS: Possession of stolen goods (24) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each      of Counts 22 and 23; 120 months as to each of Counts 17,        20, 21, and 24, all to run Concurrently. (24) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:922Q.F CARRYING/USING FIREARMS: Felon in possession of a  firearm (25) | Acquitted by Jury (25) |

Offense Level (disposition): 4

Complaints:

    NONE

========================

```
Proceedings include events between 11/4/02 and 11/27/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

FRANCIS RUGGIERO (3) , DOB:        Samuel R. De Luca
12/24/37  Prisoner #: 61919-         [term  01/29/02]
004 Address: 7356 Gray Avenue,     FTS 653-6979
Miami, Florida 33141               [COR LD NTC ret]
aka                                De Luca and Tate
Little Frankie                     3451 Kennedy Boulevard
     defendant                     Jersey City, NJ 07307
  [term  01/29/02]                 201-653-7200


Pending Counts:                         Disposition

18:1962-5800.F RECEIVED INCOME     Imprisonment for 18 months.
DERIVED FROM RICO                  Supervised Release for 3 years.
(1)                                Assessment $100.00
                                   (1)


Offense Level (opening): 4


Terminated Counts:                      Disposition

18:892.F EXTENSIONS OF CREDIT      Dismissed.
BY EXTORTION                       (22)
(22)

18:894.F COLLECTION OF CREDIT      Dismissed.
BY EXTORTION                       (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


=========================
```

```
Proceedings include events between 11/4/02 and 11/27/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL
```

Case Assigned to:  Judge Paul C. Huck

```
ARIEL HERNANDEZ (4)                Jeffrey David Weinkle
    defendant                        [term  04/25/02]
[term  04/25/02]                   FTS 545-8514
                                   305-373-4445
                                   [COR LD NTC cja]
                                   1035 NW 11th Avenue
                                   Miami, FL 33136

                                   William Donald Matthewman
                                     [term  04/25/02]
                                   FTS 416-0171
                                   [COR LD NTC cja]
                                   Seiden Alder & Matthewman
                                   2300 Glades Road
                                   Suite 340-W
                                   Boca Raton, FL 33431
                                   561-416-0170

                                   Richard L. Rosenbaum
                                   FTS 522-7003
                                   954-522-7007
                                   Suite 1700
                                   [COR LD NTC cja]
                                   Las Olas Center
                                   350 E Las Olas Boulevard
                                   Fort Lauderdale, FL 33301
```

Pending Counts:                        Disposition

```
18:1962-5800.F RECEIVED INCOME     Imprisonment for a term of Life
DERIVED FROM RICO                  as to Counts 1-18, 360
(1)                                months as to Counts 2-16, 120
                                   months as to Counts 17 and 21
                                   to run Concurrently. Supervised
                                   Release for 5 years as to
                                   Counts 1, 2-16, 18, and 3 years
                                   as to Counts 17 and 21 to
                                   run Concurrently. Assessment $1,
                                   900.00 Fine $10,000.00
                                   (1)

18:1344A.F BANK FRAUD              Imprisonment for a term of Life
(2 - 16)                           as to Counts 1-18, 360
                                   months as to Counts 2-16, 120
                                   months as to Counts 17 and 21
                                   to run Concurrently. Supervised
                                   Release for 5 years as to
                                   Counts 1, 2-16, 18, and 3 years
                                   as to Counts 17 and 21 to
                                   run Concurrently. Assessment $1,
                                   900.00 Fine $10,000.00        (2
```

```
Proceedings include events between 11/4/02 and 11/27/02.             STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL
                                    - 16)

18:1959-7482.F RACKETEERING -      Imprisonment for a term of Life
THREATS                            as to Counts 1-18, 360
(17 - 18)                          months as to Counts 2-16, 120
                                   months as to Counts 17 and 21
                                   to run Concurrently. Supervised
                                   Release for 5 years as to
                                   Counts 1, 2-16, 18, and 3 years
                                   as to Counts 17 and 21 to
                                   run Concurrently. Assessment $1,
                                   900.00 Fine $10,000.00
                                   (17 - 18)

18:513B.F POSSESSION OF            Imprisonment for a term of Life
COUNTERFEITING INSTRUMENTS         as to Counts 1-18, 360
(21)                               months as to Counts 2-16, 120
                                   months as to Counts 17 and 21
                                   to run Concurrently. Supervised
                                   Release for 5 years as to
                                   Counts 1, 2-16, 18, and 3 years
                                   as to Counts 17 and 21 to
                                   run Concurrently. Assessment $1,
                                   900.00 Fine $10,000.00
                                   (21)


Offense Level (opening): 4


Terminated Counts:

    NONE



Complaints:

    NONE


========================
```

```
Proceedings include events between 11/4/02 and 11/27/02.          STB
0:00cr6273-ALL USA v. Trentacosta, et al              CLOSED APPEAL
```

Case Assigned to:  Judge Paul C. Huck

```
JULIUS BRUCE CHIUSANO (5)          Donald Richard Spadaro
     defendant                        [term  01/29/02]
  [term  01/29/02]                  FTS 522-6888
                                    954-763-5504
                                    Suite 103
                                    [COR LD NTC ret]
                                    1000 S Federal Highway
                                    Fort Lauderdale, FL 33316
```

Pending Counts:                      Disposition

```
18:1962-5800.F RECEIVED INCOME     Imprisonment for 24 months to
DERIVED FROM RICO                  run concurrently with the
(1)                                sentence imposed by Judge Seitz
                                   under case number
                                   00-6309-CR-PAS. Supervised
                                   Release of 3 years to run
                                   concurrent with the sentence
                                   imposed under 00-6309-CR-PAS.
                                   Assessment $100.00
                                   (1)
```

Offense Level (opening): 4

Terminated Counts:                   Disposition

```
18:1344A.F BANK FRAUD              Dismissed.
(2 - 16)                           (2 - 16)

18:513B.F POSSESSION OF            Dismissed.
COUNTERFEITING INSTRUMENTS         (21)
(21)
```

Offense Level (disposition): 4

Complaints:

    NONE

========================

```
Proceedings include events between 11/4/02 and 11/27/02.            STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL
```

Case Assigned to:  Judge Paul C. Huck

```
ADAM TODD SILVERMAN (6) , DOB:     Michael Gary Smith
7/6/67; Prisoner # 02405-748;       [term  02/20/02]
     defendant                     FTS 767-8343
  [term  02/20/02]                 954-303-7843
                                    [COR LD NTC cja]
                                   Michael Gary Smith
                                   110 SE 6th Street
                                   Suite 1970
                                   Fort Lauderdale, FL 33301
                                   954-761-7201
```

Pending Counts:                    Disposition

18:373-0300.F MANSLAUGHTER         Imprisonment for 42 months;
(19)                               Supervised Release for 3 years;
                                   Assessment $100.00
                                   (19)


Offense Level (opening): 4


Terminated Counts:                 Disposition

18:1962-5800.F RECEIVED INCOME     Dismissed.
DERIVED FROM RICO                  (1)
(1)

18:894.F COLLECTION OF CREDIT      Dismissed.
BY EXTORTION                       (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


========================

```
Proceedings include events between 11/4/02 and 11/27/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL
```

Case Assigned to:  Judge Paul C. Huck

```
CARLOS GARCIA (7) , DOB:          Albert Zachary Levin
11/14/66 PRISONER #61939-004       [term  02/27/02]
     defendant                    FTS 372-0052
  [term  02/27/02]                [COR LD NTC cja]
                                  Albert Z. Levin
                                  888 Brickell Avenue
                                  6th Floor
                                  Miami, FL 33131
                                  305-379-7101
```

Pending Counts:                       Disposition

```
18:1959-7482.F RACKETEERING -     Imprisonment for 25 months;
THREATS                          Supervised Release for 3 years;
(20)                             Assessment $100.00
                                 (20)
```

Offense Level (opening): 4

Terminated Counts:                    Disposition

```
18:1962-5800.F RECEIVED INCOME   Dismissed.
DERIVED FROM RICO                (1)
(1)

18:894.F COLLECTION OF CREDIT    Dismissed.
BY EXTORTION                     (23)
(23)
```

Offense Level (disposition): 4

Complaints:

    NONE

=======================

```
Proceedings include events between 11/4/02 and 11/27/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL
```

Case Assigned to:  Judge Paul C. Huck

```
CHARLES PATRICK MONICO (8) ,        Susan W. Vandusen
DOB:  12/8/56   Prisoner #:          [term  01/29/02]
02406-748                           305-540-0050
     defendant                      [COR LD NTC cja]
  [term  01/29/02]                  1899 S Bayshore Drive
                                    Miami, FL 33133

                                    Thomas Franklin Almon, Jr.
                                     [term  01/29/02]
                                    FTS 573-6251
                                    305-576-8568
                                    [COR LD NTC cja]
                                    321 NE 26th Street
                                    Miami, FL 33137
```

Pending Counts:                     Disposition

18:1962-5800.F RECEIVED INCOME      Imprisonment for TIME SERVED.
DERIVED FROM RICO                   Supervised Release for 3
(1)                                 years. Assessment $100.00
                                    (1)

Offense Level (opening): 4

Terminated Counts:                  Disposition

18:373-0300.F MANSLAUGHTER          Dismissed.
(19)                                (19)

Offense Level (disposition): 4

Complaints:

    NONE

========================

```
Proceedings include events between 11/4/02 and 11/27/02.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                            CLOSED APPEAL
```

Case Assigned to:  Judge Paul C. Huck

```
ANTHONY RAYMOND BANKS (9) ,          Manuel Gonzalez, Jr.
DOB: 11/29/72; Prisoner              [term  01/29/02]
#02407-748; English                  FTS 445-0543
     defendant                       305-567-0100
   [term  01/29/02]                  Suite 440
                                     [COR LD NTC cja]
                                     782 NW 42nd Avenue
                                     Miami, FL 33126
```

```
Pending Counts:                      Disposition

18:1962-5800.F RECEIVED INCOME       Imprisonment for 21 months.
DERIVED FROM RICO                    Supervised Release for 3 years.
(1)                                  Assessment $100.00
                                     (1)
```

Offense Level (opening): 4

```
Terminated Counts:                   Disposition

18:373-0300.F MANSLAUGHTER           Dismissed.
(19)                                 (19)
```

Offense Level (disposition): 4

Complaints:

    NONE

U. S. Attorneys:

    Jeffrey Henry Sloman, AUSA
    FTS 356-7230
    954-356-7255
    [COR LD NTC]
    Lawrence D. LaVecchio
    FTS 356-7230
    954-356-7255
    [COR LD NTC]
    United States Attorney's Office
    500 E Broward Boulevard
    7th Floor
    Fort Lauderdale, FL 33394-3002
    954-356-7255

```
Proceedings include events between 11/4/02 and 11/27/02.                STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL
```

```
PTS Officer
305-808-6500
[COR LD NTC]
Pretrial Services Office
330 Biscayne Boulevard
Miami, FL 33132

Probation Officer
FTS 523-5497
305-523-5300
[COR LD NTC]
United States Probation Office
300 NE 1st Avenue
Room 315
Miami, FL 33132-2126
305-523-5300
```

Proceedings include events between 11/4/02 and 11/27/02.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

*Begin 1st Supplementals*

| | | |
|---|---|---|
| 11/4/02 | 596 | TRANSCRIPT filed as to Anthony Trentacosta of ex parte, in camera hearing held 11/9/01 before Judge Paul C. Huck Pages: 1-95 re: [522-1] appeal . (ga) [Entry date 11/05/02] *1st Supplement Vol. 5* |
| 11/13/02 | -- | ACKNOWLEDGMENT of receipt by U.S.C.A. of: COR/ROA on 11/04/02; U.S.C.A. # 02-12352-A (hh) [Entry date 11/13/02] |
| 11/21/02 | 598 | Transcript Information Form as to Anthony Trentacosta for Transcript of: hearing held 6/22/01 (SEE DE#594 & 586) filed re: [522-1] appeal by Anthony Trentacosta (ga) [Entry date 11/25/02] |
| 11/21/02 | 599 | TRANSCRIPT INFORMATION FORM as to Anthony Trentacosta re: [522-1] appeal received on 11/25/02 from Court Reporter. (Returned to Court Reporter Coordinator) (ga) [Entry date 11/25/02] |
| 11/21/02 | 600 | ORDER as to Anthony Trentacosta granting [597-1] motion to allow transcripts (DE 270 & 271 only) to be Unsealed for purpose of appeal as to Anthony Trentacosta (1) ( Signed by Judge Paul C. Huck on 11/21/02) [EOD Date: 11/25/02] CCAP (hh) [Entry date 11/25/02] [Edit date 12/02/02] |
| 11/22/02 | 597 | MOTION by Anthony Trentacosta to allow transcripts to be Unsealed for purpose of appeal (nt) [Entry date 11/25/02] |
| 11/27/02 | 601 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez, Adam Todd Silverman, Carlos Garcia, Charles Patrick Monico of status conference held 11/6/00 before Judge Paul C. Huck Pages: 1-28 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 11/27/02] *1st Supplement Vol. 1* |
| 11/27/02 | 602 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Francis Ruggiero, Ariel Hernandez, Carlos Garcia of status conference held 3/6/01 before Judge Paul C. Huck Pages: 1-17 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 11/27/02] *1st Supplement Vol. 2* |
| 11/27/02 | 603 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Francis Ruggiero, Ariel Hernandez, Julius Bruce Chiusano, Adam Todd Silverman of status conference held 9/4/01 before Judge Paul C. Huck Pages: 1-15 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 11/27/02] *1st Supplement Vol. 3* |
| 11/27/02 | 604 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of status conference held 10/04/01 before Judge Paul C. Huck Pages: 1-16 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 11/27/02] *1st Supplement Vol. 4* |