```
                                                      FILED by _____ D.C.
                                                          APPEALS
         UNITED STATES DISTRICT COURT
           SOUTHERN DISTRICT OF FLORIDA                   DEC 10 2002
                                                        CLARENCE MADDOX
                                                        CLERK U.S. DIST. CT.
                                                        S.D. OF FLA. · MIAMI
```

CLARENCE MADDOX                                         Appeals Section
Clerk of Court

Date:    12/10/2002

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303                           **2nd Supplement**

IN RE:    District Court No:    00-06273-cr    - PCH

          U.S.C.A. No:          02-12352-A

          Style:    ACOSTA V. USA

**CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL**

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida
hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this
appeal. The record (including the transcript or parts thereof designated for inclusion and all
necessary exhibits) consists of:

        ___0___ Volume(s) of pleadings

        ___1___ Volume(s) of Transcripts

        __X__ Exhibits:     __0__ boxes;       __0__ folders;

                            __0__ envelopes;   __0__ PSIs (sealed)

                            ☐ other: _____

                            ☐ other: _____

        ☐ Other: _____

        ☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By: _/s/ Hope Hill_
        Deputy Clerk

Attachment                                              S/F A-15
c: court file                                           Rev. 10/94

---

☒ 301 N. Miami Avenue      ☐ 299 E. Broward Boulevard   ☐ 701 Clematis Street
   Miami, Fl 33128-7788       Ft. Lauderdale, Fl 33301     West Palm Beach, Fl 33401
   305-523-5080                954-769-5413                561-803-3408

609
H.H.

```
                                                         STB      CLOSED
                                                         APPEAL
                     U.S. District Court
           Southern District of Florida (FtLauderdale)

           CRIMINAL DOCKET FOR CASE #: 00-CR-6273-ALL


USA v. Trentacosta, et al                               Filed: 09/19/00
Dkt# in other court: None

Case Assigned to: Judge Paul C. Huck

ANTHONY TRENTACOSTA (1)           Donald F. Samuel
aka                               FTS 365-5041
Tony Pep                          [COR LD NTC ret]
     defendant                    Edward T. M. Garland
  [term 04/30/02]                 FTS 365-5041
                                  [COR LD NTC ret]
                                  Garland Samuel & Loeb
                                  3151 Maple Drive NE
                                  Atlanta, GA 30305
                                  404-262-2225

                                  Richard Kevin Houlihan
                                    [term 08/15/01]
                                  FTS 442-7194
                                  305-442-1522
                                  Suite 310
                                  [COR LD NTC cja]
                                  310 Aragon Avenue
                                  Coral Gables, FL 33134

                                  Stephen Howard Rosen
                                    [term 04/30/02]
                                  FTS 371-6966
                                  [COR LD NTC ret]
                                  Stephen H. Rosen
                                  1221 Brickell Avenue
                                  Suite 1020
                                  Miami, FL 33131
                                  305-358-6789


Pending Counts:                   Disposition

18:1962-5800.F RECEIVED INCOME    Imprisonment for a term of 100
DERIVED FROM RICO                 months, supervised release
(1)                               for a term of 3 years,
                                  Assessment of $100.00, Fine of
                                  $2,500.00, Restitution to be
                                  determined at a date within 90
                                  days
                                  (1)

Docket as of December 10, 2002 2:57 pm               Page
```

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _Hope Hill_ Deputy Clerk
Date 12/10/02

```
Proceedings include events between 12/6/02 and 12/6/02.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                   CLOSED APPEAL

Offense Level (opening): 4

Terminated Counts:

   NONE



Complaints:

   NONE



==========================

Case Assigned to:  Judge Paul C. Huck

FREDERICK J. MASSARO (2)              Christopher Alan Grillo
     defendant                          [term  04/25/02]
  [term  04/25/02]                    [COR LD NTC cja]
                                      Christopher Grillo
                                      1 E Broward Boulevard
                                      Suite 700
                                      Fort Lauderdale, FL 33301
                                      954-524-1125

                                      Fred Haddad
                                        [term  03/08/01]
                                      FTS 760-4421
                                      954-467-6767
                                      [COR LD NTC ret]
                                      Fred Haddad
                                      1 Financial Plaza
                                      Suite 2612
                                      Fort Lauderdale, FL 33394
                                      954-467-6767

                                      Benedict Paul Kuehne
                                      FTS 789-5987
                                      [COR LD NTC ret]
                                      Sale & Kuehne
                                      NationsBank Tower
                                      100 SE 2nd Street
                                      Suite 3550
                                      Miami, FL 33131-2154
                                      305-789-5989
```

```
Proceedings include events between 12/6/02 and 12/6/02.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                  CLOSED APPEAL
```

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO (1) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (1) |
| 18:1344A.F BANK FRAUD (2 - 16) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (2 - 16) |
| 18:1959-7482.F RACKETEERING - THREATS (17 - 18) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (17 - 18) |
| 18:1959-7482.F RACKETEERING - THREATS (20) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (20) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS (21) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (21) |

```
Proceedings include events between 12/6/02 and 12/6/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                     CLOSED APPEAL
```

| | |
|---|---|
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION (22) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (22) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (23) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (23) |
| 18:659.F INTERSTATE/FOREIGN SHIPMENT CARRIERS: Possession of stolen goods (24) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (24) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:922Q.F CARRYING/USING FIREARMS: Felon in possession of a firearm (25) | Acquitted by Jury (25) |

Offense Level (disposition): 4


Complaints:

    NONE


==========================

```
Proceedings include events between 12/6/02 and 12/6/02.            STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck
```

| | |
|---|---|
| FRANCIS RUGGIERO (3) , DOB: 12/24/37   Prisoner #: 61919-004 Address: 7356 Gray Avenue, Miami, Florida 33141 aka Little Frankie<br>      defendant<br>  [term   01/29/02] | Samuel R. De Luca<br>  [term  01/29/02]<br>FTS 653-6979<br>[COR LD NTC ret]<br>De Luca and Tate<br>3451 Kennedy Boulevard<br>Jersey City, NJ 07307<br>201-653-7200 |

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Imprisonment for 18 months. Supervised Release for 3 years. Assessment $100.00<br>(1) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION<br>(22) | Dismissed.<br>(22) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION<br>(23) | Dismissed.<br>(23) |

Offense Level (disposition): 4

Complaints:

    NONE

=======================

```
Proceedings include events between 12/6/02 and 12/6/02.            STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL
Case Assigned to: Judge Paul C. Huck
```

| | |
|---|---|
| ARIEL HERNANDEZ (4)<br>    defendant<br>  [term  04/25/02] | Jeffrey David Weinkle<br>  [term  04/25/02]<br>FTS 545-8514<br>305-373-4445<br>[COR LD NTC cja]<br>1035 NW 11th Avenue<br>Miami, FL 33136<br><br>William Donald Matthewman<br>  [term  04/25/02]<br>FTS 416-0171<br>[COR LD NTC cja]<br>Seiden Alder & Matthewman<br>2300 Glades Road<br>Suite 340-W<br>Boca Raton, FL 33431<br>561-416-0170<br><br>Richard L. Rosenbaum<br>FTS 522-7003<br>954-522-7007<br>Suite 1700<br>[COR LD NTC cja]<br>Las Olas Center<br>350 E Las Olas Boulevard<br>Fort Lauderdale, FL 33301 |

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00<br>(1) |
| 18:1344A.F BANK FRAUD<br>(2 - 16) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00        (2 |

Proceedings include events between 12/6/02 and 12/6/02.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                            CLOSED APPEAL

|  |  |
|---|---|
|  | - 16) |
| 18:1959-7482.F RACKETEERING - THREATS (17 - 18) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00 (17 - 18) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS (21) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00 (21) |

Offense Level (opening): 4

Terminated Counts:

   NONE


Complaints:

   NONE


=========================

```
Proceedings include events between 12/6/02 and 12/6/02.            STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL
```

Case Assigned to:  Judge Paul C. Huck

```
JULIUS BRUCE CHIUSANO (5)          Donald Richard Spadaro
     defendant                       [term   01/29/02]
[term   01/29/02]                   FTS 522-6888
                                    954-763-5504
                                    Suite 103
                                    [COR LD NTC ret]
                                    1000 S Federal Highway
                                    Fort Lauderdale, FL 33316
```

Pending Counts:                          Disposition

18:1962-5800.F RECEIVED INCOME           Imprisonment for 24 months to
DERIVED FROM RICO                        run concurrently with the
(1)                                      sentence imposed by Judge Seitz
                                         under case number
                                         00-6309-CR-PAS. Supervised
                                         Release of 3 years to run
                                         concurrent with the sentence
                                         imposed under 00-6309-CR-PAS.
                                         Assessment $100.00
                                         (1)

Offense Level (opening): 4


Terminated Counts:                       Disposition

18:1344A.F BANK FRAUD                    Dismissed.
(2 - 16)                                 (2 - 16)

18:513B.F POSSESSION OF                  Dismissed.
COUNTERFEITING INSTRUMENTS               (21)
(21)

Offense Level (disposition): 4



Complaints:

    NONE


========================

```
Proceedings include events between 12/6/02 and 12/6/02.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                   CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

ADAM TODD SILVERMAN (6) , DOB:     Michael Gary Smith
7/6/67; Prisoner # 02405-748;        [term  02/20/02]
     defendant                     FTS 767-8343
 [term  02/20/02]                   954-303-7843
                                    [COR LD NTC cja]
                                   Michael Gary Smith
                                   110 SE 6th Street
                                   Suite 1970
                                   Fort Lauderdale, FL 33301
                                   954-761-7201


Pending Counts:                       Disposition

18:373-0300.F MANSLAUGHTER         Imprisonment for 42 months;
(19)                               Supervised Release for 3 years;
                                   Assessment $100.00
                                     (19)


Offense Level (opening): 4


Terminated Counts:                    Disposition

18:1962-5800.F RECEIVED INCOME     Dismissed.
DERIVED FROM RICO                    (1)
(1)

18:894.F COLLECTION OF CREDIT      Dismissed.
BY EXTORTION                         (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


========================
```

```
Proceedings include events between 12/6/02 and 12/6/02.              STB
0:00cr6273-ALL USA v. Trentacosta, et al                       CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck
```

| | |
|---|---|
| CARLOS GARCIA (7) , DOB: 11/14/66 PRISONER #61939-004<br>    defendant<br>    [term  02/27/02] | Albert Zachary Levin<br>  [term  02/27/02]<br>FTS 372-0052<br>[COR LD NTC cja]<br>Albert Z. Levin<br>888 Brickell Avenue<br>6th Floor<br>Miami, FL 33131<br>305-379-7101 |

| Pending Counts: | Disposition |
|---|---|
| 18:1959-7482.F RACKETEERING - THREATS<br>(20) | Imprisonment for 25 months; Supervised Release for 3 years; Assessment $100.00<br>(20) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Dismissed.<br>(1) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION<br>(23) | Dismissed.<br>(23) |

Offense Level (disposition): 4

Complaints:

    NONE


========================

```
Proceedings include events between 12/6/02 and 12/6/02.          STB
0:00cr6273-ALL USA v. Trentacosta, et al              CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck
```

| | |
|---|---|
| CHARLES PATRICK MONICO (8) ,<br>DOB: 12/8/56  Prisoner #:<br>02406-748<br>    defendant<br> [term  01/29/02] | Susan W. Vandusen<br>  [term  01/29/02]<br>305-540-0050<br>[COR LD NTC cja]<br>1899 S Bayshore Drive<br>Miami, FL 33133<br><br>Thomas Franklin Almon, Jr.<br>  [term  01/29/02]<br>FTS 573-6251<br>305-576-8568<br>[COR LD NTC cja]<br>321 NE 26th Street<br>Miami, FL 33137 |

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Imprisonment for TIME SERVED. Supervised Release for 3 years. Assessment $100.00<br>(1) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:373-0300.F MANSLAUGHTER<br>(19) | Dismissed.<br>(19) |

Offense Level (disposition): 4


Complaints:

    NONE


========================

```
Proceedings include events between 12/6/02 and 12/6/02.             STB
0:00cr6273-ALL USA v. Trentacosta, et al                     CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck
```

| | |
|---|---|
| ANTHONY RAYMOND BANKS (9) ,<br>DOB: 11/29/72; Prisoner<br>#02407-748; English<br>    defendant<br>[term  01/29/02] | Manuel Gonzalez, Jr.<br>[term  01/29/02]<br>FTS 445-0543<br>305-567-0100<br>Suite 440<br>[COR LD NTC cja]<br>782 NW 42nd Avenue<br>Miami, FL 33126 |

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME<br>DERIVED FROM RICO<br>(1) | Imprisonment for 21 months.<br>Supervised Release for 3 years.<br>Assessment $100.00<br>(1) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:373-0300.F MANSLAUGHTER<br>(19) | Dismissed.<br>(19) |

Offense Level (disposition): 4


Complaints:

   NONE


U. S. Attorneys:

   Jeffrey Henry Sloman, AUSA
   FTS 356-7230
   954-356-7255
   [COR LD NTC]
   Lawrence D. LaVecchio
   FTS 356-7230
   954-356-7255
   [COR LD NTC]
   United States Attorney's Office
   500 E Broward Boulevard
   7th Floor
   Fort Lauderdale, FL 33394-3002
   954-356-7255

```
Proceedings include events between 12/6/02 and 12/6/02.                STB
0:00cr6273-ALL USA v. Trentacosta, et al                        CLOSED APPEAL
```

```
PTS Officer
305-808-6500
[COR LD NTC]
Pretrial Services Office
330 Biscayne Boulevard
Miami, FL 33132

Probation Officer
FTS 523-5497
305-523-5300
[COR LD NTC]
United States Probation Office
300 NE 1st Avenue
Room 315
Miami, FL 33132-2126
305-523-5300
```

```
Proceedings include events between 12/6/02 and 12/6/02.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL
```

| | | |
|---|---|---|
| 12/6/02 | 608 | TRANSCRIPT filed as to Anthony Trentacosta, Frederick J. Massaro, Ariel Hernandez of status conference held 10/26/01 before Judge Paul C. Huck Pages: 1-44 re: [522-1] appeal, [519-1] appeal, [516-1] appeal . (ga) [Entry date 12/09/02] *2nd Supplemental Vol. 1* |