UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6273-CR-HUCK
(02-12352-AA)



UNITED STATES OF AMERICA,
    Plaintiff - Appellee,

vs.

FREDERICK J. MASSARO,
ARIEL HERNANDEZ,
ANTHONY TRENTACOSTA,
    Defendants-Appellants.
_____/

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a Status Conference will be held on **Monday, August 4, 2003 at 10:30 a.m.** before the Honorable Paul C. Huck, United States District Judge, 99 N.E. Fourth Street, 10th Floor, Courtroom 6, Miami, Florida. Counsel may appear by telephone[1]. If there are counsel appearing by phone, they are instructed to collect, through a commercial carrier, the parties appearing by telephone and to place the call to Chambers (305) 523-5520 at the above mentioned time.

DONE in Chambers at Miami, Florida this 31 day of July, 2003.

_____
Deputy Clerk
United States District Court

cc:    Larry Lavecchio, AUSA (954-356-7230)
       Lisa Hirsch, AUSA (305-530-7976)
       Jeffrey Sloman, AUSA
       Fred Haddad, Esq. (954-760-4421)
       Jeffrey Weinkle, Esq. (305-545-8514)
       Stephen Rosen, Esq. (305-371-6966)
       Benedict Keuhne, Esq. (305-789-5987)
       Richard Rosenbaum, Esq. (954-522-7003)
       Daniel Samuel, Esq. (404-365-5041)

AUG 4 2003

Rec'd in MIA DKT _____



---

[1] Any counsel who desires to appear by telephone are instructed to coordinate with each other and inform chambers as to which parties will be appearing via telephone.