**Calendar List** | **8/4/2003** | **Huck.OR6**

FILED by _____ D.C.

AUG 04 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ⏰ Calendar

| Start | End | Category | Description |
|-------|-----|----------|-------------|
| **4**<br>Aug<br>2003 | 10:30 AM | 11:00 AM | STATUS CONFERENCE |

00-6273-CR-HUCK

USA,
  Larry Lavecchio, AUSA
  Lisa Hirsch, AUSA (9214)
vs.
FREDERICK MASSARO (J)
  Fred Haddad, Esq. 954-467-6767
ARIEL HERNANDEZ (J)
  Jeffrey Weinkle, Esq. 305-373-4445
ANTHONY TRENTACOSTA (J)
  Stephen Rosen, Esq. 305-358-6789

NOTE TO MARSHALS: DEFTS NOT REQUIRED FOR THIS STATUS CONF.

If counsel wish to appear by phone they are to contact chambers and coordinate through commercial carrier.

- Status conference Held

- Atty. Richard Rosenbaum to submit legal authority as to whether the Deft. Ariel Hernandez has the right to attend hearing on limited Remand.

- All counsel to meet and try to stipulate RE: issues on limited remand from the 11th Circuit.

- Parties to File a report with the 11th circuit advising of attempts to schedule this hrg.

- This court to Set hearing on limited remand week of 9/8/03. Calendar Call Set 9/3/03 at 8:30am.