FILED

AUG 29 2003

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-Cr-Huck/Turnoff

UNITES STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK MASSARO,

    Defendant.
_____/

## NOTICE OF DEFENDANT'S DEATH DURING PENDENCY OF APPEAL

Defendant Frederick Massaro died on August 17, 2003, while in the custody of the United States Bureau of Prisons, following a surgical procedure at Leesburg Regional Medical Center. As a result, undersigned counsel filed with the Eleventh Circuit a Motion to Dismiss Appeal as Moot and Remand with Directions to Vacate Judgment and Dismiss Indictment, with Incorporated Memorandum of Law. A copy of that document is attached as Exhibit A.

                        Respectfully submitted,

CASE NO. 00-6273-Cr-Huck/Turnoff

**SALE & KUEHNE, P.A.**
Bank of America Tower, Suite 3550
100 S.E. 2 Street
Miami, Florida 33131-2154
Telephone: 305.789.5989
Fax: 305.789.5987
Email: ben.kuehne@lawyers.com

*/s/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**
Florida Bar No. 233293
**SUSAN DMITROVSKY**
Florida Bar No. 0073296
Counsel for Frederick Massaro

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail this 29th day of August 2003, to:

Donald F. Samuel, Esq.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Fax: 404.365.5041
(Counsel for Appellant Trentacosta)

Richard L. Rosenbaum, Esq.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Fax: 954.522.7003
(Counsel for Appellant Hernandez)

2

CASE NO. 00-6273-Cr-Huck/Turnoff

Lisa A. Hirsch, Esq.
Assistant United States Attorney
Office of the United States Attorney
99 N.E. 4 Street, 8th Floor
Miami, FL 33132
Fax: 305.536.7214
(Counsel for Appellee United States)

Lawrence LaVecchio, Esq.
Asst. United States Attorney
Office of the United States Attorney
500 East Broward Blvd.
Suite 700
Ft. Lauderdale, FL 33394
Fax: 954.356.7336
(Counsel for Appellee United States)

Jeffrey Sloman, Esq.
Asst. United States Attorney
Office of the United States Attorney
500 East Broward Blvd.
Suite 700
Ft. Lauderdale, FL 33394
Fax: 954.356.7336
(Counsel for Appellee United States)

_____
**BENEDICT P. KUEHNE**

S:\Firm\Massaro#1093\Pleadings\Notice of Death (USDC) 8-29-03.wpd

SALE & KUEHNE, P.A. • BANK OF AMERICA TOWER, SUITE 3550, 100 S.E. 2ND STREET, MIAMI, FL 33131-2154 • 305/789-5989 • FAX 305/789-5987

# UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

### CASE NO. 02-12352-AA

**UNITED STATES OF AMERICA**

v.

**FREDERICK MASSARO, et al.**

_____/

### APPELLANT MASSARO'S MOTION TO DISMISS APPEAL AS MOOT AND REMAND WITH DIRECTIONS TO VACATE JUDGMENT AND DISMISS INDICTMENT, WITH INCORPORATED MEMORANDUM OF LAW

**I.   CERTIFICATE OF INTERESTED PERSONS.**

Pursuant to Eleventh Circuit Rules 26.1-1 and 28-1(b), the following persons and entities may have an interest in the outcome of this appeal.

Edward T.M. Garland, Appellant Trentacosta's Counsel

Fred Haddad, Appellant Massaro's Trial Counsel

Ariel Hernandez, Appellant

Lisa A. Hirsch, Assistant U.S. Attorney

Hon. Paul C. Huck, U.S. District Judge

Marcos D. Jimenez, United States Attorney

Benedict P. Kuehne, Appellant Massaro's Counsel

Lawrence D. LaVecchio, Assistant U.S. Attorney

W. Charles Lea, Appellant Trentacosta's Counsel

Frederick Massaro, Appellant



EXHIBIT A

CASE NO. 02-12352-AA

Stephen H. Rosen, Appellant Trentacosta's Trial Counsel

Richard Rosenbaum, Appellant Hernandez's Counsel

Donald F. Samuel, Appellant Trentacosta's Counsel

Anne R. Schultz, Assistant U.S. Attorney

Jeffrey H. Sloman, Assistant U.S. Attorney

Anthony Trentacosta, Appellant

Jeffrey Weinkle, Appellant Hernandez's Trial Counsel

## II.   MOTION TO DISMISS APPEAL AS MOOT.

1.   Appellant Massaro's appeal is pending from his convictions and sentence of life imprisonment. While incarcerated at the United States Penitentiary, Coleman, Florida, appellant Massaro died on August 17, 2003. His body was released by the Bureau of Prisons to his family's custody for funeral arrangements. Attached as Exhibit A is a Bureau of Prisons document reflecting Mr. Massaro's death on August 17, 2003.

2.   When a defendant dies pending direct appeal of a criminal conviction, this court's precedent is to dismiss the appeal as moot with respect to that defendant, and to remand that portion of the case to the district court for vacation of the judgment and dismissal of the indictment. *United States v. Schumann,* 861 F.2d 1234, 1237 (11th Cir. 1988) ("the defendant's

2

CASE NO. 02-12352-AA

death pending his appeal serves to abate the conviction *ab initio* as pointed out earlier."); *United States v. Romano*, 755 F.2d 1401 (11th Cir. 1985). "This circuit has adopted the general rule that the death of a defendant during the pendency of his direct appeal renders his conviction and sentence void *ab initio*; *i.e.*, it is as if the defendant had never been indicted and convicted." *United States v. Logal*, 106 F.3d 1547, 1551-1552 (11th Cir. 1997).

3. In *United States v. Wright*, 160 F.3d 905 (2d Cir. 1998), the court acknowledged that where a defendant dies during a direct criminal appeal, the death abates not only the appeal, but all proceedings had in the prosecution from the inception of the case. *See United States v. Oberlin*, 718 F.2d 894 (9th Cir. 1983) ("when an appeal has been taken from a criminal conviction to the court of appeals and death has deprived the accused of his right to our decision, the interests of justice ordinarily require that he not stand convicted without resolution of the merits of his appeal, which is an 'integral part of [our] system for finally adjudicating [his] guilt or innocence.'"); *United States v. Asset*, 990 F.2d 208 (5th Cir. 1993).

4. Because appellant Massaro died while in the constructive custody of the Bureau of Prisons upon being hospitalized for a medical procedure, this

3

SALE & KUEHNE, P.A. • BANK OF AMERICA TOWER, SUITE 3550, 100 S.E. 2ND STREET, MIAMI, FL 33131-2154 • 305/789-5989 • FAX 305/789-5987

CASE NO. 02-12352-AA

court must dismiss his pending appeal as moot, and remand his case to the district court with instructions to vacate the judgment and dismiss the indictment.

Respectfully submitted,

**SALE & KUEHNE, P.A.**
Bank of America Tower, Suite 3550
100 S.E. 2 Street
Miami, Florida 33131-2154
Telephone: 305.789.5989
Fax: 305.789.5987
Email: ben.kuehne@lawyers.com

*/s/ Benedict P. Kuehne*
**BENEDICT P. KUEHNE**
Florida Bar No. 233293
**SUSAN DMITROVSKY**
Florida Bar No. 0073296
Counsel for Frederick Massaro

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail this 29th day of August 2003, to:

Donald F. Samuel, Esq.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Fax: 404.365.5041
(Counsel for Appellant Trentacosta)

4

CASE NO. 02-12352-AA

Richard L. Rosenbaum, Esq.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Fax: 954.522.7003
(Counsel for Appellant Hernandez)

Lisa A. Hirsch, Esq.
Assistant United States Attorney
Office of the United States Attorney
99 N.E. 4 Street, 8th Floor
Miami, FL 33132
Fax: 305.536.7214
(Counsel for Appellee United States)

*Benedict P. Kuehne*
**BENEDICT P. KUEHNE**

S:\Firm\Massaro#1093\Pleadings\Motion to Dismiss Appeal, etc..8-29-03.wpd

5

```
MIMB7            *       PUBLIC INFORMATION       *    08-29-2003
PAGE 001         *          INMATE DATA           *    11:23:50
                          AS OF 08-29-2003

REGNO..: 02399-748 NAME: MASSARO, FREDERICK J
COMP NO: 010       ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS       RESP OF: COP / DEATH
                   PHONE..: 352-689-6000    FTS: N/A
                                            RACE/SEX...: WHITE / MALE
FBI NUMBER.: 855780J4                       DOB/AGE....: 10-20-1939 / 63
ACTUAL RELEASE METH.: DEATH
ACTUAL RELEASE DATE.: 08-17-2003
------------------------------- ADMIT/RELEASE HISTORY -------------------------
FCL   ASSIGNMENT DESCRIPTION                START DATE/TIME STOP  DATE/TIME
COP   DEATH      DEATH                      08-17-2003 1903 CURRENT
COP   A-REL CHNG ADMISSION FOR RELEASE CHANGE 08-17-2003 1901 08-17-2003 1903
COP   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 08-12-2003 1226 08-17-2003 1901
COP   A-DES      DESIGNATED, AT ASSIGNED FACIL 08-08-2003 1737 08-12-2003 1226
COP   LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 08-08-2003 1304 08-08-2003 1737
COP   A-DES      DESIGNATED, AT ASSIGNED FACIL 05-13-2003 1003 08-08-2003 1304
B14   RELEASE    RELEASED FROM IN-TRANSIT FACL 05-13-2003 1003 05-13-2003 1003
B14   A-ADMIT    ADMITTED TO AN IN-TRANSIT FACL 05-13-2003 0437 05-13-2003 1003

G0002          MORE PAGES TO FOLLOW . . .
```



DEFENDANT'S EXHIBIT A