# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA



Appeals Section

**CLARENCE MADDOX**
Clerk of Court

Date: 10/30/2003

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**4th Supplement**

IN RE:  District Court No: 00-06273-cr - PCH

U.S.C.A. No: 02-12352-A

Style: ACOSTA V. USA

### CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

- 0 Volume(s) of pleadings
- 0 Volume(s) of Transcripts
- X Exhibits: 7 boxes; 0 folders; 0 envelopes; 0 PSIs (sealed)
- ☐ other: _____
- ☑ other: 7 BOXES OF EXHIBITS CONTAINING TAPES & TRANSCRIPTS
- ☐ Other: _____
- ☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By: _Hope Hill_
Deputy Clerk

Attachment                                           S/F A-15
c: court file                                        Rev. 10/94

☒ 301 N. Miami Avenue          ☐ 299 E. Broward Boulevard          ☐ 701 Clematis Street
  Miami, Fl 33128-7788             Ft. Lauderdale, Fl 33301           West Palm Beach, Fl 33401
     305-523-5080                      954-769-5413                        561-803-3408

659
H.H

STB      CLOSED
APPEAL

U.S. District Court
Southern District of Florida (FtLauderdale)

CRIMINAL DOCKET FOR CASE #: 00-CR-6273-ALL

USA v. Trentacosta, et al                              Filed: 09/19/00
Dkt# in other court: None

Case Assigned to: Judge Paul C. Huck

ANTHONY TRENTACOSTA (1)                Richard Kevin Houlihan
aka                                      [term  08/15/01]
Tony Pep                               FTS 442-7194
     defendant                         305-442-1522
  [term  04/30/02]                     Suite 310
                                       [COR LD NTC cja]
                                       300 Aragon Avenue
                                       Gables International Center
                                       Coral Gables, FL 33134

                                       Donald F. Samuel
                                       FTS 365-5041
                                       [COR LD NTC ret]
                                       Edward T. M. Garland
                                       FTS 365-5041
                                       [COR LD NTC ret]
                                       Garland Samuel & Loeb
                                       3151 Maple Drive NE
                                       Atlanta, GA 30305
                                       404-262-2225

                                       Stephen Howard Rosen
                                         [term  04/30/02]
                                       FTS 371-6966
                                       [COR LD NTC ret]
                                       Stephen H. Rosen
                                       1221 Brickell Avenue
                                       Suite 1020
                                       Miami, FL 33131
                                       305-358-6789

Pending Counts:                        Disposition

18:1962-5800.F RECEIVED INCOME         Imprisonment for a term of 100
DERIVED FROM RICO                      months, supervised release
(1)                                    for a term of 3 years,
                                       Assessment of $100.00, Fine of
                                       $2,500.00, Restitution to be
                                       determined at a date within 90
                                       days
                                       (1)

Docket as of October 30, 2003 3:16 pm                           Page 1

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _Hope Hill_
                    Deputy Clerk
Date  10/30/03

Proceedings include events between 10/29/03 and 10/29/03.                                STB
0:00cr6273-ALL USA v. Trentacosta, et al                                        CLOSED APPEAL


Offense Level (opening): 4

Terminated Counts:

    NONE


Complaints:

    NONE


==========================

Case Assigned to:  Judge Paul C. Huck

FREDERICK J. MASSARO (2)            Christopher Alan Grillo
    defendant                         [term  04/25/02]
 [term  04/25/02]                   [COR LD NTC cja]
                                    Christopher Grillo
                                    1 E Broward Boulevard
                                    Suite 700
                                    Fort Lauderdale, FL 33301
                                    954-524-1125

                                    Fred Haddad
                                      [term  03/08/01]
                                    FTS 760-4421
                                    954-467-6767
                                    [COR LD NTC ret]
                                    Fred Haddad
                                    1 Financial Plaza
                                    Suite 2612
                                    Fort Lauderdale, FL 33394
                                    954-467-6767

                                    Benedict Paul Kuehne
                                    FTS 789-5987
                                    [COR LD NTC ret]
                                    Sale & Kuehne
                                    NationsBank Tower
                                    100 SE 2nd Street
                                    Suite 3550
                                    Miami, FL 33131-2154
                                    305-789-5989

Proceedings include events between 10/29/03 and 10/29/03.                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                            CLOSED APPEAL

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently.<br>(1) |
| 18:1344A.F BANK FRAUD<br>(2 - 16) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently.<br>(2 - 16) |
| 18:1959-7482.F RACKETEERING - THREATS<br>(17 - 18) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently.<br>(17 - 18) |
| 18:1959-7482.F RACKETEERING - THREATS<br>(20) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently.<br>(20) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS<br>(21) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently.<br>(21) |

Proceedings include events between 10/29/03 and 10/29/03.                                    STB
0:00cr6273-ALL USA v. Trentacosta, et al                                                CLOSED APPEAL

| | |
|---|---|
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION (22) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (22) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION (23) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (23) |
| 18:659.F INTERSTATE/FOREIGN SHIPMENT CARRIERS: Possession of stolen goods (24) | Imprisonment for term of life as to Counts 1 and 18; 360 months as to each of Counts 2 - 16; 240 months as to each of Counts 22 and 23; 120 months as to each of Counts 17, 20, 21, and 24, all to run Concurrently. (24) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:922Q.F CARRYING/USING FIREARMS: Felon in possession of a firearm (25) | Acquitted by Jury (25) |

Offense Level (disposition): 4


Complaints:

    NONE


========================

Docket as of October 30, 2003 3:16 pm                                         Page 4

```
Proceedings include events between 10/29/03 and 10/29/03.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                    CLOSED APPEAL
Case Assigned to:  Judge Paul C. Huck
```

| | |
|---|---|
| FRANCIS RUGGIERO (3) , DOB: 12/24/37  Prisoner #: 61919-004 Address: 7356 Gray Avenue, Miami, Florida 33141 aka Little Frankie <br>    defendant <br> [term   01/29/02] | Samuel R. De Luca <br> [term   01/29/02] <br> FTS 653-6979 <br> [COR LD NTC ret] <br> De Luca and Tate <br> 3451 Kennedy Boulevard <br> Jersey City, NJ 07307 <br> 201-653-7200 |

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO <br> (1) | Imprisonment for 18 months. Supervised Release for 3 years. Assessment $100.00 <br> (1) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:892.F EXTENSIONS OF CREDIT BY EXTORTION <br> (22) | Dismissed. <br> (22) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION <br> (23) | Dismissed. <br> (23) |

Offense Level (disposition): 4

Complaints:

    NONE

=========================

```
Proceedings include events between 10/29/03 and 10/29/03.                STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck
```

| | |
|---|---|
| ARIEL HERNANDEZ (4)<br>      defendant<br>[term   04/25/02] | Jeffrey David Weinkle<br>  [term   04/25/02]<br>FTS 377-2324<br>305-373-4445<br>Suite 409<br>[COR LD NTC cja]<br>19 W Flagler Street<br>Miami, FL 33130<br><br>William Donald Matthewman<br>  [term   04/25/02]<br>FTS 416-0171<br>[COR LD NTC cja]<br>Seiden Alder & Matthewman<br>2300 Glades Road<br>Suite 340-W<br>Boca Raton, FL 33431<br>561-416-0170<br><br>Richard L. Rosenbaum<br>FTS 522-7003<br>954-522-7007<br>Suite 1700<br>[COR LD NTC cja]<br>Las Olas Center<br>350 E Las Olas Boulevard<br>Fort Lauderdale, FL 33301 |

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00<br>(1) |
| 18:1344A.F BANK FRAUD<br>(2 - 16) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1, |

```
Proceedings include events between 10/29/03 and 10/29/03.                STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL
```

|  |  |
|---|---|
|  | 900.00 Fine $10,000.00       (2 - 16) |
| 18:1959-7482.F RACKETEERING - THREATS (17 - 18) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00 (17 - 18) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS (21) | Imprisonment for a term of Life as to Counts 1-18, 360 months as to Counts 2-16, 120 months as to Counts 17 and 21 to run Concurrently. Supervised Release for 5 years as to Counts 1, 2-16, 18, and 3 years as to Counts 17 and 21 to run Concurrently. Assessment $1,900.00 Fine $10,000.00 (21) |

Offense Level (opening): 4

Terminated Counts:

    NONE

Complaints:

    NONE

=========================

```
Proceedings include events between 10/29/03 and 10/29/03.          STB
0:00cr6273-ALL USA v. Trentacosta, et al                     CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck
```

| | |
|---|---|
| JULIUS BRUCE CHIUSANO (5)<br>    defendant<br>[term  01/29/02] | Donald Richard Spadaro<br>  [term  01/29/02]<br>  FTS 522-6888<br>  954-763-5504<br>  Suite 103<br>  [COR LD NTC ret]<br>  1000 S Federal Highway<br>  Fort Lauderdale, FL 33316 |

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Imprisonment for 24 months to run concurrently with the sentence imposed by Judge Seitz under case number 00-6309-CR-PAS. Supervised Release of 3 years to run concurrent with the sentence imposed under 00-6309-CR-PAS. Assessment $100.00<br>(1) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:1344A.F BANK FRAUD<br>(2 - 16) | Dismissed.<br>(2 - 16) |
| 18:513B.F POSSESSION OF COUNTERFEITING INSTRUMENTS<br>(21) | Dismissed.<br>(21) |

Offense Level (disposition): 4


Complaints:

    NONE


========================

```
Proceedings include events between 10/29/03 and 10/29/03.           STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck
```

| | |
|---|---|
| ADAM TODD SILVERMAN (6) , DOB: 7/6/67; Prisoner # 02405-748;<br>    defendant<br>  [term 02/20/02] | Michael Gary Smith<br>  [term 02/20/02]<br>FTS 767-8343<br>[COR LD NTC cja]<br>Michael Gary Smith<br>110 SE 6th Street<br>Suite 1970<br>Fort Lauderdale, FL 33301<br>954-761-7201 |

| Pending Counts: | Disposition |
|---|---|
| 18:373-0300.F MANSLAUGHTER<br>(19) | Imprisonment for 42 months;<br>Supervised Release for 3 years;<br>Assessment $100.00<br>(19) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Dismissed.<br>(1) |
| 18:894.F COLLECTION OF CREDIT BY EXTORTION<br>(23) | Dismissed.<br>(23) |

Offense Level (disposition): 4

Complaints:

    NONE

========================

```
Proceedings include events between 10/29/03 and 10/29/03.            STB
0:00cr6273-ALL USA v. Trentacosta, et al                      CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

CARLOS GARCIA (7) , DOB:           Albert Zachary Levin
11/14/66 PRISONER #61939-004         [term  02/27/02]
    defendant                      FTS 372-0052
[term  02/27/02]                   [COR LD NTC cja]
                                   Albert Z. Levin
                                   888 Brickell Avenue
                                   6th Floor
                                   Miami, FL 33131
                                   305-379-7101


Pending Counts:                    Disposition

18:1959-7482.F RACKETEERING -      Imprisonment for 25 months;
THREATS                            Supervised Release for 3 years;
(20)                               Assessment $100.00
                                   (20)


Offense Level (opening): 4


Terminated Counts:                 Disposition

18:1962-5800.F RECEIVED INCOME     Dismissed.
DERIVED FROM RICO                  (1)
(1)

18:894.F COLLECTION OF CREDIT      Dismissed.
BY EXTORTION                       (23)
(23)


Offense Level (disposition): 4



Complaints:

    NONE


==========================
```

```
Proceedings include events between 10/29/03 and 10/29/03.      STB
0:00cr6273-ALL USA v. Trentacosta, et al                   CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck
```

| | |
|---|---|
| CHARLES PATRICK MONICO (8) ,<br>DOB: 12/8/56  Prisoner #:<br>02406-748<br>    defendant<br> [term  01/29/02] | Susan W. Vandusen<br>  [term  01/29/02]<br>305-540-0050<br>[COR LD NTC cja]<br>1899 S Bayshore Drive<br>Miami, FL 33133<br><br>Thomas Franklin Almon, Jr.<br>  [term  01/29/02]<br>FTS 573-6251<br>305-576-8568<br>[COR LD NTC cja]<br>321 NE 26th Street<br>Miami, FL 33137 |

| Pending Counts: | Disposition |
|---|---|
| 18:1962-5800.F RECEIVED INCOME DERIVED FROM RICO<br>(1) | Imprisonment for TIME SERVED. Supervised Release for 3 years. Assessment $100.00<br>(1) |

Offense Level (opening): 4

| Terminated Counts: | Disposition |
|---|---|
| 18:373-0300.F MANSLAUGHTER<br>(19) | Dismissed.<br>(19) |

Offense Level (disposition): 4


Complaints:

    NONE


=========================

```
Proceedings include events between 10/29/03 and 10/29/03.         STB
0:00cr6273-ALL USA v. Trentacosta, et al                   CLOSED APPEAL

Case Assigned to:  Judge Paul C. Huck

ANTHONY RAYMOND BANKS (9) ,          Manuel Gonzalez, Jr.
DOB: 11/29/72; Prisoner                [term  01/29/02]
#02407-748; English                  FTS 444-1487
     defendant                       305-444-1400
 [term  01/29/02]                    Suite 500
                                     [COR LD NTC cja]
                                     2222 Ponce De Leon Blvd
                                     Coral Gables, FL 33134


Pending Counts:                      Disposition

18:1962-5800.F RECEIVED INCOME       Imprisonment for 21 months.
DERIVED FROM RICO                    Supervised Release for 3 years.
(1)                                  Assessment $100.00
                                     (1)


Offense Level (opening): 4


Terminated Counts:                   Disposition

18:373-0300.F MANSLAUGHTER           Dismissed.
(19)                                 (19)


Offense Level (disposition): 4



Complaints:

   NONE


U. S. Attorneys:

  Lisa Anne Hirsch
  FTS 530-7976
  305-961-9214
  [COR LD NTC]
  United States Attorney's Office
  99 NE 4th Street
  Miami, FL 33132
  305-961-9000

  Jeffrey Henry Sloman, AUSA
  FTS 356-7230
  954-356-7255
  [COR LD NTC]
```

Docket as of October 30, 2003 3:16 pm                    Page 12

```
Proceedings include events between 10/29/03 and 10/29/03.                STB
0:00cr6273-ALL USA v. Trentacosta, et al                          CLOSED APPEAL

Lawrence D. LaVecchio
FTS 356-7230
954-356-7255
 [COR LD NTC]
United States Attorney's Office
500 E Broward Boulevard
7th Floor
Fort Lauderdale, FL 33394-3002
954-356-7255

PTS Officer
305-808-6500
 [COR LD NTC]
Pretrial Services Office
330 Biscayne Boulevard
Miami, FL 33132

Probation Officer
FTS 523-5497
305-523-5300
 [COR LD NTC]
United States Probation Office
300 NE 1st Avenue
Room 315
Miami, FL 33132-2126
305-523-5300
```

```
Proceedings include events between 10/29/03 and 10/29/03.            STB
0:00cr6273-ALL USA v. Trentacosta, et al                       CLOSED APPEAL

10/29/03   657      MOTION by Carlos Garcia for Early Termination of
                    Supervised Release (nt) [Entry date 10/30/03]

10/29/03   658      NOTICE of Filing Trial Exhibits (tapes and transcripts
                    attached) by USA as to Anthony Trentacosta, Frederick J.
                    Massaro, Ariel Hernandez (hh) [Entry date 10/30/03]
```

*4th Supplemental                    7 Boxes*