# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

November 06, 2003

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128



FILED by _____ D.C.
APPEALS

NOV 1 2 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • MIAMI

RE: 02-12352-AA    USA v. Frederick J. Massaro
DC DKT NO.: 00-06273 CR-PCH

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Shirley M. Brown (404) 335-6170

Dismissed as to Appellant Frederick J. Massaro.

Encl.

DIS-4 (3-2003)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 02-12352-AA

UNITED STATES OF AMERICA,

                                  Plaintiff-Appellee,

versus

FREDERICK J. MASSARO,
ARIEL HERNANDEZ,
ANTHONY TRENTACOSTA,
a.k.a. Tony Pep

                                  Defendants-Appellants.

On Appeal from the United States District Court for the
Southern District of Florida

BEFORE: BIRCH, DUBINA and MARCUS, Circuit Judges.

BY THE COURT:

Due to the death of Appellant Massaro on August 17, 2003, Appellant's motion to dismiss this appeal as moot and for remand to the District Court with instructions to vacate the judgment and dismiss the indictment as to Appellant Massaro is GRANTED.

A True Copy - Attested
Clerk, U.S. Court of Appeals
Eleventh Circuit

By: /s/ Shirley M Brown
Deputy Clerk
Atlanta, Georgia