UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-Cr-Huck/Turnoff

UNITES STATES OF AMERICA,

 Plaintiff,

v.

FREDERICK MASSARO,

 Defendant.
_____/

### DEFENDANT MASSARO'S MOTION TO VACATE JUDGMENT AND DISMISS THE INDICTMENT, PURSUANT TO APPELLATE COURT ORDER

Defendant Frederick Massaro asks this court to vacate the judgment and dismiss the indictment due to his death on August 17, 2003, pursuant to the order of the United States Court of Appeals for the Eleventh Circuit (attached as Exhibit A).

Respectfully submitted,
**SALE & KUEHNE, P.A.**
Bank of America Tower, Suite 3550
100 S.E. 2 Street
Miami, Florida 33131-2154
Telephone: 305.789.5989
Fax: 305.789.5987
Email: ben.kuehne@lawyers.com

**BENEDICT P. KUEHNE**

CASE NO. 00-6273-Cr-Huck/Turnoff

Florida Bar No. 233293
**SUSAN DMITROVSKY**
Florida Bar No. 0073296
Counsel for Frederick Massaro

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by mail and fax this 13th day of November 2003, to:

Donald F. Samuel, Esq.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Fax: 404.365.5041
(Counsel for Defendant Trentacosta)

Richard L. Rosenbaum, Esq.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Fax: 954.522.7003
(Counsel for Defendant Hernandez)

Lisa A. Hirsch, Esq.
Assistant United States Attorney
Office of the United States Attorney
99 N.E. 4 Street, 8th Floor
Miami, FL 33132
Fax: 305.536.7214
(Counsel for United States)

Lawrence LaVecchio, Esq.
Assistant United States Attorney
Office of the United States Attorney
500 East Broward Blvd.
Suite 700

CASE NO. 00-6273-Cr-Huck/Turnoff

Ft. Lauderdale, FL 33394
Fax: 954.356.7336
(Counsel for United States)

Jeffrey Sloman, Esq.
Assistant United States Attorney
Office of the United States Attorney
500 East Broward Blvd.
Suite 700
Ft. Lauderdale, FL 33394
Fax: 954.356.7336
(Counsel for United States)

_____
**BENEDICT P. KUEHNE**

S:\Firm\Massaro#1093\Pleadings\Def.Motion to Vacate Judgment11-13-03.wpd

3

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT



No. 02-12352-AA

UNITED STATES OF AMERICA,

                Plaintiff-Appellee,

versus

FREDERICK J. MASSARO,
ARIEL HERNANDEZ,
ANTHONY TRENTACOSTA,
a.k.a. Tony Pep

                Defendants-Appellants.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: BIRCH, DUBINA and MARCUS, Circuit Judges.

BY THE COURT:

    Due to the death of Appellant Massaro on August 17, 2003, Appellant's motion to dismiss this appeal as moot and for remand to the District Court with instructions to vacate the judgment and dismiss the indictment as to Appellant Massaro is GRANTED.

