UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6273-Cr-Huck/Turnoff



FILED by _____ D.C.

NOV 24 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.

UNITES STATES OF AMERICA,

    Plaintiff,

v.

FREDERICK MASSARO,

    Defendant.

_____/

## ORDER VACATING JUDGMENT AND DISMISSING INDICTMENT AS TO MASSARO DUE TO DEATH DURING PENDENCY OF DIRECT APPEAL

This cause came before this court on Defendant Massaro's Motion to Vacate Judgment and Dismiss the Indictment. The court has been advised that the United States Court of Appeals for the Eleventh Circuit, by order dated November 6, 2003, instructed the District Court to vacate the judgment and dismiss the indictment as to Massaro due to his death during the pendency of his direct appeal. Accordingly, it is

ORDERED AND ADJUDGED that the judgment and sentence of Defendant Frederick Massaro are VACATED and the Indictment is DISMISSED with prejudice as to defendant Massaro.



CASE NO. 00-6273-Cr-Huck/Turnoff

DONE AND ORDERED at Miami, Miami-Dade County, Florida this 24th day of November 2003.

**PAUL C. HUCK**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Donald F. Samuel, Esq.
3151 Maple Drive, N.E.
Atlanta, Georgia 30305
Fax: 404.365.5041
(Counsel for Defendant Trentacosta)

Richard L. Rosenbaum, Esq.
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
Fax: 954.522.7003
(Counsel for Defendant Hernandez)

Lisa A. Hirsch, Esq.
Assistant United States Attorney
Office of the United States Attorney
99 N.E. 4 Street, 8th Floor
Miami, FL 33132
Fax: 305.536.7214
(Counsel for United States)

Lawrence LaVecchio, Esq.
Asst. United States Attorney
Office of the United States Attorney
500 East Broward Blvd.
Suite 700
Ft. Lauderdale, FL 33394

2

CASE NO. 00-6273-Cr-Huck/Turnoff

Fax: 954.356.7336
(Counsel for United States)

Jeffrey Sloman, Esq.
Asst. United States Attorney
Office of the United States Attorney
500 East Broward Blvd.
Suite 700
Ft. Lauderdale, FL 33394
Fax: 954.356.7336
(Counsel for United States)